CO-386
10/2018

# United States District Court
# For the District of Columbia

National Association of Minority Veterans )
)
)
)
Plaintiff )
vs )    Civil Action No. __21-1298_____
)
United States Department of Veterans Affairs )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __National Association of Minority Veterans__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Association of Minority__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

__/s/ Matthew Strugar__
Signature

__1010198_____
BAR IDENTIFICATION NO.

Matthew Strugar
Print Name

3435 Wilshire Blvd., Suite 2910
Address

Los Angeles, CA 90010
City          State          Zip Code

323-696-2299
Phone Number