UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>        Defendant. | Civil Action No. 21-1298 (RC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Stephen DeGenaro as counsel of record for the Defendant in the above captioned case.

Dated: June 22, 2021

                                            Respectfully submitted,

                                            /s/ *Stephen DeGenaro*
                                          STEPHEN DEGENARO
                                          D.C. Bar #1047116
                                          Assistant United States Attorney
                                          555 Fourth Street, NW
                                          Washington, D.C. 20530
                                          Telephone: (202) 252-7229
                                          Facsimile: (202) 252-2599
                                          Stephen.Degenaro@usdoj.gov

                                          *Attorney for Defendants*