UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 21-1298 (RC) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant United States Department of Veterans Affairs, respectfully moves for an extension of time from June 23, 2021 until August 6, 2021, to respond to Plaintiff's Complaint.  Counsel for the Parties conferred pursuant to Local Civil Rule 7(m) and Plaintiff graciously consents to the requested relief.  There are no other deadlines in this case, and this is Defendant's first motion for an extension of time.  The grounds for this motion are set forth below.

There is good cause for granting the requested enlargement of time.  The complaint identifies a Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") request for records and data from the U.S. Department of Veterans Affairs Office of Inspector General pertaining to the Department of Veterans Affairs Police Force.  The undersigned counsel for Defendant, who joined the U.S. Attorney's Office on March 29, 2021 and has an ever-increasing docket of active cases with many deadlines, needs a reasonable amount of additional time to learn more about the status of Plaintiff's FOIA request—which contains multiple enumerated subparts—in order to meaningfully confer with agency counsel regarding the agency's response to the FOIA request and

Complaint. Additional time is also necessary for the undersigned to investigate the underlying claims in this case to prepare a proper response for agency and supervisory review prior to filing with the Court.

For the foregoing reasons, Defendant respectfully requests that the Court grant this consent motion and extend the deadline to August 6, 2021 for Defendant to file its initial response to Plaintiff's Complaint. A proposed order is attached.

Dated: June 22, 2021

        Respectfully submitted,

        CHANNING D. PHILLIPS, D.C. Bar #415793
        Acting United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

By:     */s/ Stephen DeGenaro*
        STEPHEN DEGENARO
        D.C. Bar #1047116
        Assistant United States Attorney
        555 Fourth Street, NW
        Washington, DC 20530
        Telephone: (202) 252-7229
        Facsimile: (202) 252-2599
        stephen.degenaro@usdoj.gov

*Attorneys for Defendant*