UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 21-1298 (RC) |

### **[PROPOSED] ORDER**

Upon consideration of the Defendant's Consent Motion for an Extension of Time to Respond to the Complaint, any responses thereto, and the entire record in this case, and good cause having been shown, it is this ____ day of ___, 2021 hereby

**ORDERED** that Defendant's Motion is Granted; and it is further

**ORDERED** that the time for Defendant to respond to Plaintiff's Complaint is hereby extended up to and including August 6, 2021.

_____            _____
DATE                                             RUDOLPH CONTRERAS
                                                 UNITED STATES DISTRICT JUDGE