UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-1298 (RC) |
| THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## **DEFENDANT'S STATUS REPORT AND PROPOSED SCHEDULE**

Defendant, U.S. Department of Veterans Affairs, by and through counsel, file this Defendant's Status Report and Proposed Schedule. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted a FOIA to the Department of Veterans Affairs for, *inter alia,* records concerning notice and compliance with certain Office of Inspector General guidelines and recommendations for the Department's police. Plaintiff filed the Complaint on May 11, 2021 (ECF No. 1) and Defendants filed their Answer on August 6, 2021 (ECF No. 7). The status of Defendants' searches and records processing and a proposed schedule for proceeding is below.

## **STATUS OF PLAINTIFF'S FOIA REQUESTS**

On November 11, 2021, Plaintiff submitted a FOIA request to the Department of Veterans Affairs ("VA") that was assigned tracking number 21-00112-FOIA. The VA's FOIA office reviewed Plaintiff's FOIA request to designate which offices within the VA was likely to have responsive records. The Veterans Affairs Office of Inspector General ("VA OIG") received a copy of Plaintiff's FOIA request on November 20, 2020. In reviewing the FOIA request, VA OIG had difficulty

determining if VA OIG had any responsive records due to the broad nature of the request and due to the fact that the VA had not designated the VA OIG as having potentially responsive records. VA OIG, however, conducted a search for records responsive to Plaintiff's FOIA request that mentioned a 2013 OIG report but found that all records related to the report had been properly destroyed in accordance with records management policies.

On December 23, 2020, the VA OIG Office of Information Release sent a response letter to Plaintiff indicating that the agency was providing Plaintiff with a "no records" response. On January 25, 2021, the VA OIG received an appeal letter from Plaintiff. On January 28, 2021, the VA OIG Director of Information Release provided a response to the appeal, explaining that the search was adequate based on a reasonable interpretation of the request. The letter also noted that Plaintiff added additional requests and descriptions of records in the appeal and explained how Plaintiff could submit a new FOIA request for those documents directly to VA OIG for the newly described records. The Plaintiff did not file another FOIA request.

Since the filing of the lawsuit, the parties have begun the process of negotiating over the scope of Plaintiff's FOIA Request. Thus, at this time, Defendant cannot provide an estimate of the volume of potentially responsive records or an anticipated date for its first production of non-exempt, responsive records for Plaintiff's FOIA Request. Over the next few weeks, Plaintiff and Defendant plan to confer in good faith over the scope of Plaintiff's FOIA Request and update the Court in the next Joint Status Report.

### *OPEN AMERICA* STAY

Defendant does not anticipate seeking a stay under *Open America* at this time.

### *VAUGHN* INDEX /BRIEFING SCHEDULE

In light of the case's current posture, Defendant believes that it is too early to know whether it will be necessary for Defendant to prepare a *Vaughn* index or to brief dispositive motions

because it has neither completed its review of potentially responsive records to Plaintiff's FOIA requests nor produced any records to Plaintiff.  While Defendant processes any responsive records and after Defendants make their final release determinations for Plaintiff's FOIA requests, Plaintiff will need time to review the records with counsel.  After that, counsel for Plaintiff and Defendants will confer in good faith and attempt to resolve or narrow any issues.

### NEXT JOINT STATUS REPORT

Defendant proposes that the parties submit another Joint Status Report in approximately sixty days, on October 5, 2021, to update the Court on the status of Plaintiff's FOIA requests.

| | |
|---|---|
| Dated:  August 6, 2021 | Respectfully submitted, |
| | CHANNING D. PHILLIPS<br>D.C. Bar #415793<br>Acting United States Attorney |
| | BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| | By:  /s Stephen DeGenaro<br>STEPHEN DEGENARO, D.C. Bar #1047116<br>Assistant United States Attorney<br>United States Attorney's Office<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-7229<br>Facsimile: (202) 252-2599<br>stephen.degenaro@usdoj.gov |
| | *Counsel for Defendant* |