UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>        Defendants. | Civil Action No. 21-1298 (RC) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Status Report, and the entire record, it is hereby

**ORDERED** that the parties file a Joint Status Report no later than October 5, 2021, updating the Court on the status of Plaintiff's FOIA request.

It is **SO ORDERED**.


_____            _____
    DATE                                                                 RUDOLPH CONTRERAS
                                                                                    UNITED STATES DISTRICT JUDGE