AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF MINORNITY VETERAN *Plaintiff* | ) ) | |
| v. | ) | Case No. 21-1298 (RC) |
| U.S. DEPARTMENT OF VETERANS AFFAIRS *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association of Minority Veterans.

Date: 08/13/2021

*Attorney's signature*

Sunita Patel D.C. Bar #1026102
*Printed name and bar number*

Veterans Legal Clinic
907 Westwood Boulevard
#444
Los Angeles, CA 90024
*Address*

patel@law.ucla.edu
*E-mail address*

(310) 792-1498
*Telephone number*

(424) 228-8295
*FAX number*