# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br>PO Box 11661<br>Shorewood, WI 53211<br><br>    Plaintiff,<br><br>        v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br>810 Vermont Avenue, NW<br>Washington, DC  20420,<br><br>    Defendant. | Civ. No. 21-1298 (RC) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Courtney Bachman *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Courtney Bachman, filed herewith. As set forth in Ms. Bachman's declaration, she is admittedand an active member in good standing the following courts and bars: the North Carolina Bar. This motion is supported and signed by Sunita Patel, an active and sponsoring member of the Bar of this Court.

Date:   August 16, 2021                    Respectfully submitted,

*Sunita Patel* (signature)
Sunita Patel
D.C. Bar #1026102
Assistant Professor of Law/
Faculty Director, UCLA Veterans
Legal Clinic
907 Westwood Boulevard
#444
Los Angeles, CA 90024
Telephone: (310) 792-1498
Facsimile: (424) 228-8295
patel@law.ucla.edu