| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br>PO Box 11661<br>Shorewood, WI 53211<br><br>   Plaintiff,<br><br>         v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br>810 Vermont Avenue, NW<br>Washington, DC  20420,<br><br>   Defendant. | Civ. No. 21-1298 (RC) |

# [PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ADAM KEATS *PRO HAC VICE*

The Court has reviewed the Plaintiff's motion for admission of attorney Courtney Bachman *prohac vice*. Upon consideration of that motion, the Court grants attorney Courtney Bachman's *pro hac vice* admission into this court.

IT IS SO ORDERED.

DATED: _____

                                                                        _____
                                                                        United States District Judge