UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br> PO Box 11661 <br> Shorewood, WI 53211 <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br> 810 Vermont Avenue, NW <br> Washington, DC  20420, <br><br> Defendant. | Civ. No. 21-1298 (RC) |

**DECLARATION OF COURTNEY BACHMAN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Courtney Bachman, hereby declare:

    1.    My full name, office address, and telephone number are as follows:

Courtney Michelle Bachman
UCLA Veterans Legal Clinic
907 Westwood Blvd., #444
Los Angeles, CA 90024
Tel: 424-235-5047

    2.    I have been admitted to the following courts and bars:

Supreme Court of North Carolina (Sept. 25, 2020) (NC Bar No. 56710)

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have not been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia, and I do not have an application for membership pending in the District of Columbia bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California, this 18th day of August, 2021.

Dated this 18th day of August, 2021.

Respectfully submitted,

/s/ Courtney Bachman
UCLA Veterans Legal Clinic
907 Westwood Blvd. #444
Los Angeles, CA 90024
(424) 235-5047
bachman@law.ucla.edu
