UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, )<br>)<br>Defendant. )<br>) | Civil Action No. 21-1298 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's September 3, 2021 Minute Order, Plaintiff, National Association of Minority Veterans, and Defendant, U.S. Department of Veterans Affairs ("VA"), by and through counsel, respectfully submit this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted a FOIA to the Department of Veterans Affairs for, *inter alia,* records concerning compliance with certain Office of Inspector General recommendations for the Department's police. Plaintiff filed the Complaint on May 11, 2021 (ECF No. 1) and Defendants filed their Answer on August 6, 2021 (ECF No. 7). The status of Defendant's searches and records processing and a proposed schedule for proceeding is below.

## STATUS OF PLAINTIFF'S FOIA REQUEST

Since the last Joint Status Report (ECF No. 8), the parties have continued the process of negotiating over the scope of Plaintiff's FOIA Request. On August 10, 2021, counsel for the parties had a lengthy meet and confer to discuss the breadth of Plaintiff's FOIA request and to ask Plaintiff to identify which OIG reports and underlying data Plaintiff was interested in as a way of reaching an agreement regarding the scope of Plaintiff's FOIA request. Plaintiff provided Defendant,

through counsel, with guidance regarding three specific reports and the data from those three reports on August 23, 2021.

VA components have already responded to the Requester in five (5) separate document releases totaling approximately 800 pages, with the last release occurring on August 31, 2021, or well-after initiation of the present action. The Office of Inspector General is an independent component of the Department of Veterans Affairs and does not have control over records that may be within other components but has referred the Requester's request to those additional offices. The responsive records identified within VA OIG have been identified and reviewed and will be provided to Plaintiff's counsel on October 6, 2021.

### *OPEN AMERICA* STAY

Defendant does not anticipate seeking a stay under *Open America* at this time.

### *VAUGHN* INDEX /BRIEFING SCHEDULE

In light of the case's current posture, Defendant believes that it is too early to know whether it will be necessary for Defendant to prepare a *Vaughn* index or to brief dispositive motions.

### NEXT JOINT STATUS REPORT

The parties propose that the parties submit another Joint Status Report in approximately sixty days, on December 6, 2021, to update the Court on the status of Plaintiff's FOIA requests.

- 3 -

Dated:  October 5, 2021

By: /s/ Sunita Patel
SUNITA PATEL
D.C. Bar #1026102
UCLA Veterans Legal Clinic
907 Westwood Boulevard Unit 444
Los Angeles, CA 90024
Telephone: 310-792-1498
Email: patel@law.ucla.edu

Courtney Bachman
UCLA Veterans Legal Clinic
907 Westwood Boulevard Unit 444
Los Angeles, CA 90024
Telephone: 424-235-5047
Email: bachman@law.ucla.edu

MATTHEW STRUGAR
The Law Offices of Matthew Struger
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone: (323) 696-2299
Email: matthew@matthewstrugar.com

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s Stephen DeGenaro
STEPHEN DEGENARO,
D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendant*