UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendants. | Civil Action No. 21-1298 (RC) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, and the entire record, it is hereby

**ORDERED** that the parties file a Joint Status Report no later than December 6, 2021, updating the Court on the status of Plaintiff's FOIA request.

It is **SO ORDERED**.

_____           _____
DATE                                                                  RUDOLPH CONTRERAS
                                                                              UNITED STATES DISTRICT JUDGE