UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>             Plaintiff,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>             Defendant. | Civil Action No. 21-1298 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's October 6, 2021 Minute Order, Plaintiff, National Association of Minority Veterans, and Defendant, U.S. Department of Veterans Affairs ("VA"), by and through counsel, respectfully submit this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter in which Plaintiff submitted a FOIA to the Department of Veterans Affairs for, *inter alia,* records concerning compliance with certain Office of Inspector General ("VA OIG") recommendations for the Department's police. Plaintiff filed the Complaint on May 11, 2021 (ECF No. 1) and Defendant its Answer on August 6, 2021 (ECF No. 7). The status of Defendant's searches and records processing and a proposed schedule for proceeding is below.

## STATUS OF PLAINTIFF'S FOIA REQUEST

As previously reported in the previous Joint Status Report, in light of the parties' continued efforts to negotiate over the scope of Plaintiff's FOIA request and based on guidance provided by Plaintiff's counsel on August 23, 2021, VA OIG has identified responsive records within VA OIG. On October 6, 2021, VA OIG completed the review and produced 95 redacted pages of records, consisting of redacted surveys of VHA Chiefs of Police and VHA Medical Directors. VA OIG

identified 128 pages of requested records that are in the possession of VHA and 1645 pages of requested records in the possession of the Office of Operations Security and Preparedness (OSP). On October 6, 2021 VA OIG referred those records requests to the respective offices where the records originated. The agency asserts that much of the volume of records identified by Plaintiff's counsel are in the possession of VHA and OSP, two other components of the VA, and are maintained in a manner separate and apart from the OIG.  VA components have already responded to the Requester in five (5) separate document releases totaling approximately 800 pages, with the last release occurring on August 31, 2021, or well-after initiation of the present action. There are no other anticipated productions of records from VA OIG.

In addition, the parties continue the process of negotiating over the scope of Plaintiff's FOIA Request.  The parties have scheduled a further meeting for December 10, 2021 to discuss the scope of Plaintiff's FOIA request and what potentially responsive records are in the possession of VA OIG.

### *OPEN AMERICA* STAY

Defendant does not anticipate seeking a stay under *Open America* at this time.

### *VAUGHN* INDEX /BRIEFING SCHEDULE

In light of the case's current posture, Defendant believes that it is too early to know whether it will be necessary for Defendant to prepare a *Vaughn* index or to brief dispositive motions.

### NEXT JOINT STATUS REPORT

The parties propose that the parties submit another Joint Status Report in approximately sixty days, on February 4, 2022, to update the Court on the status of Plaintiff's FOIA requests.

*   *   *

- 3 -

| | |
|---|---|
| Dated:  December 6, 2021<br><br>By: */s/ Sunita Patel*<br>SUNITA PATEL<br>D.C. Bar #1026102<br>UCLA Veterans Legal Clinic<br>907 Westwood Boulevard Unit 444<br>Los Angeles, CA 90024<br>Telephone: 310-792-1498<br>Email: patel@law.ucla.edu<br><br>Courtney Bachman<br>UCLA Veterans Legal Clinic<br>907 Westwood Boulevard Unit 444<br>Los Angeles, CA 90024<br>Telephone: 424-235-5047<br>Email: bachman@law.ucla.edu<br><br>MATTHEW STRUGAR<br>The Law Offices of Matthew Struger<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>Telephone: (323) 696-2299<br>Email: matthew@matthewstrugar.com<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>MATTHEW M. GRAVES<br>D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: */s Stephen DeGenaro*<br>STEPHEN DEGENARO<br>D.C. Bar #1047116<br>Assistant United States Attorney<br>United States Attorney's Office<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-7229<br>stephen.degenaro@usdoj.gov<br><br>*Counsel for Defendant* |