UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES DEPARTMENT OF ) VETERANS AFFAIRS, ) ) Defendants. ) ) | Civil Action No. 21-1298 (RC) |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, and the entire record, it is hereby

**ORDERED** that the parties file a Joint Status Report no later than February 4, 2022, updating the Court on the status of Plaintiff's FOIA request.

It is **SO ORDERED**.

_____  _____
DATE  RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE