UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 21-1298 (RC) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Bradley G. Silverman and remove the appearance of Assistant United States Attorney Stephen DeGenaro as counsel for the United States in the above-captioned case.

Respectfully submitted,

By:   /s/
BRADLEY G. SILVERMAN
Assistant United States Attorney
DC Bar #1531664
555 4th St. NW
Washington, DC 20530
Phone: (202) 252-2575
Email: bradley.silverman@usdoj.gov

*Counsel for the United States*