UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendant*. | Civil Action No. 21-1298 (RC) |

## JOINT STATUS REPORT

Plaintiff National Association of Minority Veterans and Defendant U.S. Department of Veterans Affairs, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") pursuant to this Court's December 6, 2021 Minute Order in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff filed a FOIA request seeking, as Plaintiff's complaint characterizes it, certain "records concerning notice, discussion of, and compliance with [the Department's Office of Inspector General ("OIG")] guidelines and recommendations issued between 2014 and 2020." Compl. ¶ 7, ECF No. 1.

Defendant takes the positions that (1) Plaintiff's FOIA request does not "reasonably describ[e]" the records sought, 5 U.S.C. § 552(a)(3)(A); (2) the complaint in this case is limited to OIG, *see* Compl. ¶¶ 7-21; and (3) notwithstanding the complaint's failure to reasonably describe the records sought, OIG has conducted an adequate search for responsive records, which is now complete and has turned up no responsive records. While other departmental components have produced 800+ pages of records in response to Plaintiff's request, the Department contends that no such records are in the custody of OIG, the only departmental component within the complaint's

scope. The parties believe that dispositive motions briefing is necessary, and respectfully request that the Court set the following briefing schedule:

| **Filing** | **Due Date** |
|---|---|
| Defendant's Motion to Dismiss or Alternatively for Summary Judgment | April 1, 2022 |
| Plaintiff's Response to Defendant's Motion to Dismiss or Alternatively for Summary Judgment, and Cross-Motion for Summary Judgment | May 6, 2022 |
| Defendant's Reply in Support of Motion to Dismiss or Alternatively for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment | June 10, 2022 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment | July 1, 2022 |

Dated: February 4, 2022

MATTHEW STRUGAR
D.C. Bar #1010198
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
matthew@matthewstrugar.com

COURTNEY BACHMAN
*Pro Hac Vice*
UCLA Veterans Legal Clinic
907 Westwood Blvd., Unit 444
Los Angeles, CA 90024
(424) 235-5047
bachman@law.ucla.edu

/s/
SUNITA PATEL
D.C. Bar. #1026102
UCLA Veterans Legal Clinic
907 Westwood Blvd., Unit 444
Los Angeles, CA 90024
(310) 792-1498
patel@law.ucla.edu

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN
    Assistant United States Attorney
    D.C. Bar #1531664
    U.S. Attorney's Office
    District of Columbia
    555 4th St. NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendant*. | Civil Action No. 21-1298 (RC) |

# **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, the Court hereby enters the following schedule for dispositive motions briefing:

| Filing | Due Date |
|---|---|
| Defendant's Motion to Dismiss or Alternatively for Summary Judgment | April 1, 2022 |
| Plaintiff's Response to Defendant's Motion to Dismiss or Alternatively for Summary Judgment, and Cross-Motion for Summary Judgment | May 6, 2022 |
| Defendant's Reply in Support of Motion to Dismiss or Alternatively for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment | June 10, 2022 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment | July 1, 2022 |

SO ORDERED.

_____                                      _____
Dated                                                                                           RUDOLPH CONTRERAS
                                                                                                    United States District Court Judge