UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> *Defendant*. | Civil Action No. 21-1298 (RC) |

**CONSENT MOTION TO EXTEND DEADLINE
TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests that this Court extend the deadline to file its motion for summary judgment by one week, to April 8, 2022, and to extend all other briefing deadlines by a corresponding week. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiff, who consents to this request. Defendant's motion currently is due on April 1, 2022. Good cause to grant this motion exists. On Thursday, March 31, 2022, the undersigned will appear for jury duty in District of Columbia Superior Court. On Friday, April 1, 2022, the undersigned must unexpectedly travel all day for a family obligation. The undersigned also has another motion for summary judgment due on April 1 in another under Freedom of Information Act case, *Wheatland v. Department of Health and Human Services*, Civ. A. No. 21-3216 (CJN) (although in the interest of full candor, he is seeking a two-day extension in that case as well). The undersigned apologizes for filing this motion so late in the day; he had originally thought that he might be able complete this motion and obtain necessary supervisory review by Friday, but as the deadline draws nearer realizes that he may have been over-ambitious. The proposed revised briefing schedule is as follows:

| Filing | Date |
|---|---|
| Defendant's Motion for Summary Judgment | April 8, 2022 |
| Plaintiff's Response to Motion and Cross-Motion for Summary Judgment | May 13, 2022 |
| Defendant's Reply in Support of Motion and Response to Cross-Motion | June 17, 2022 |
| Plaintiff's Reply in Support of Cross-Motion | July 8, 2022 |

A proposed order is attached.

Date: March 29, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 252-2675

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> *Defendant*. | Civil Action No. 21-1298 (RC) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion to Extend Deadline to File Motion for Summary Judgment and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that the following schedule shall govern summary judgment briefing in this case:

| Filing | Date |
|---|---|
| Defendant's Motion for Summary Judgment | April 8, 2022 |
| Plaintiff's Response to Motion and Cross-Motion for Summary Judgment | May 13, 2022 |
| Defendant's Reply in Support of Motion and Response to Cross-Motion | June 17, 2022 |
| Plaintiff's Reply in Support of Cross-Motion | July 8, 2022 |

SO ORDERED.

Dated: _____    _____
RUDOLPH CONTRERAS
United States District Judge