UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendant*. | Civil Action No. 21-1298 (RC) |

## CONSENT MOTION TO EXTEND BRIEFING SCHEDULE BY ONE DAY

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant respectfully requests a one-business-day extension of the deadline to move for summary judgment, to April 11, 2022, and extension of all other briefing deadlines by one business day. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiff, who consents to this request. Defendant's motion currently is due today. No further extensions of this deadline will be sought, and good cause to grant this motion exists. Defendant's motion and the supporting papers have been drafted, and are currently undergoing supervisory review. This process entails multiple rounds of review by different supervisors, and one more day is needed for supervisory review to be completed and any appropriate revisions in response made. Defendant proposes the following briefing schedule:

| **Filing** | **Date** |
|---|---|
| Defendant's Motion for Summary Judgment | April 11, 2022 |
| Plaintiff's Response and Cross-Motion | May 16, 2022 |
| Defendant's Reply and Cross-Response | June 20, 2022 |
| Plaintiff's Cross-Reply | July 11, 2022 |

|  |  |
|---|---|
| Date: April 8, 2022 | Respectfully submitted, |
|  | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
|  | BRIAN P. HUDAK<br>Acting Chief, Civil Division |
|  | <u>/s/ Bradley G. Silverman</u><br>BRADLEY G. SILVERMAN<br>D.C. Bar #1531664<br>Assistant United States Attorney<br>555 4th St. NW<br>Washington, DC 20530<br>(202) 252-2675 |
|  | *Counsel for Defendant* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendant*. | Civil Action No. 21-1298 (RC) |

# **[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Extend Briefing Schedule By One Day and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that the following schedule shall govern briefing in this case:

| **Filing** | **Date** |
|---|---|
| Defendant's Motion for Summary Judgment | April 11, 2022 |
| Plaintiff's Response and Cross-Motion | May 16, 2022 |
| Defendant's Reply and Cross-Response | June 20, 2022 |
| Plaintiff's Cross-Reply | July 11, 2022 |

SO ORDERED.

Dated: _____
RUDOLPH CONTRERAS
United States District Judge