UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> *Defendant*. | Civil Action No. 21-1298 (RC) |

# **[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, the memoranda and exhibits submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED; and it is further

ORDERED that this case is DISMISSED with prejudice.

SO ORDERED.

Dated: _____              _____
                                                            RUDOLPH CONTRERAS
                                                            United States District Judge