UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>    Plaintiff,<br><br>        v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendant. | Civ. No. 21-1258 |

**Consent Motion to Extend Deadline to File Plaintiff's Response to Motion and Cross-Motion for Summary Judgment**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests this Court extend the deadline to file Plaintiff's Response to Defendant's Motion for Summary Judgement and Plaintiff's Cross-Motion for Summary Judgment by fifteen days, to May 31, 2022, and to extend all other briefing deadlines by a corresponding fifteen days. Pursuant to Local Civil Rule 7(m), Plaintiff's counsel conferred with counsel for Defendant, who consents to this request.

Plaintiff's Response to Defendant's Motion for Summary Judgement and Plaintiff's Cross-Motion for Summary Judgment motion currently is due on May 16, 2022. Good cause to grant this motion exists. Plaintiff's counsel had argued two appeals in person at the Ninth Circuit's Pioneer Courthouse in Portland, Oregon on May 11, 2022: *Menges v. Knudsen*, Case No. 21-35370, and *Doe v. Wasden*, Case No. 21-35826. Preparation and travel for both arguments consumed a significant portion of Plaintiff's briefing window in this action.

Plaintiff's counsel apologizes to the Court for filing this motion so close to the current briefing deadline.

The proposed revised briefing schedule is as follows:

| Filing | Date |
|---|---|
| Plaintiff's Response to Motion and Cross- Motion for Summary Judgment | May 30, 2022 |

| | |
|---|---|
| Defendant's Reply in Support of Motion and Response to Cross-Motion | July 5, 2022 |
| Defendant's Reply in Support of Motion and Response to Cross-Motion | July 26, 2022 |

A proposed order is attached.

Date:  May 13, 2022     Respectfully submitted,

/s/ Matthew Strugar  _____
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>    Plaintiff,<br><br>        v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendant. | Civ. No. 21-1258 |

### [Proposed] Order

Upon consideration of Plaintiff's Response to Motion and Cross-Motion for Summary Judgment and the record herein, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that the following schedule shall govern the remaining summary judgment briefing in this case:

| **Filing** | **Date** |
|---|---|
| Plaintiff's Response to Motion and Cross- Motion for Summary Judgment | May 30, 2022 |
| Defendant's Reply in Support of Motion and Response to Cross-Motion | July 5, 2022 |
| Defendant's Reply in Support of Motion and Response to Cross-Motion | July 26, 2022 |

        SO ORDERED

Dated: _____              _____
                                                                          RUDOLPH CONTRERAS
                                                                              United States District Judge