UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>    Plaintiff,<br><br>        v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendant. | Civ. No. 21-1258 |

**PLAINTIFF NATIONAL ASSOCIATION OF MINORITY VETERANS'
CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff National Association of Minority Veterans (NAMVETS) cross-moves for summary judgment in this case brought to remedy violations of the Freedom of Information Act (FOIA), 5 U.S.C. § 552, on the ground that there is no genuine issue of disputed material fact and NAMVETS is entitled to judgment as a matter of law. Defendant United States Department of Veterans Affairs has not demonstrated that information remaining at issue, both redacted and withheld in its entirety, is exempt from disclosure under FOIA. Accordingly, judgment should be entered for NAMVETS.

In support of this cross-motion, NAMVETS submits the accompanying Memorandum in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment; Plaintiff's Counter-Statement of Material Facts as to Which There is no Genuine Dispute; Plaintiff's Evidentiary Objections to Evidence Submitted in Support of Defendant's Motion for Summary Judgement; the Declaration of Courtney Bachman and accompanying exhibits; and the Declaration of Matthew Strugar and accompanying exhibits.

Dated: May 31, 2022            By: */s/ Matthew Strugar*
                               Matthew Strugar
                               Law Office of Matthew Strugar
                               3435 Wilshire Blvd., Suite 2910
                               Los Angeles, CA 90010
                               Telephone: (323) 696-2299
                               Email: matthew@matthewstrugar.com

                               Sunita Patel
                               UCLA Veterans Legal Clinic
                               907 Westwood Boulevard Unit 444
                               Los Angeles, CA 90024
                               Telephone: 310-792-1498
                               Email: patel@law.ucla.edu

                               Courtney Bachman
                               UCLA Veterans Legal Clinic
                               907 Westwood Boulevard Unit 444
                               Los Angeles, CA 90024
                               Telephone: 424-235-5047
                               Email: bachman@law.ucla.edu

                               *Counsel for Plaintiff*

## Certification of Service

On May 31, 2022, I filed the forgoing document through this Court's CM/ECF system, which sent notice to all of the counsel of record in this action.

Dated: May 31, 2022            /s/      Matthew Strugar
                                        Matthew Strugar