UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF MINORITY
VETERANS,

      Plaintiff,

               v.

THE UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

      Defendant.

Civ. No. 21-1298

**DECLARATION OF MATTHEW STRUGAR IN SUPPORT OF PLAINTIFF NATIONAL ASSOCIATION OF MINORITY VETERANS CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Matthew Strugar, do hereby declare the following:

1.      The facts contained in this declaration are personally known to me and, if called as a witness, I could and would testify competently thereto under oath.

2.      I am counsel for the plaintiff National Association of Minority Veteran America's (NAMVETS) in this lawsuit.

3.      I filed this lawsuit against OIG on May 11, 2021, once the administrative appeal was denied on January 28, 2021.

4.      Stephen DeGenaro, OIG's original litigation counsel, appeared for the agency on June 14, 2021.

5.      In his initial correspondence, Mr. DeGenaro requested a 44-day extension to file a response pleading. Attached as Exhibit A is an email from Stephen DeGenaro dated June 14, 2021, appearing on the case, and requesting a 44-day extension.

6.      After the 44-day period, Mr. DeGenaro emailed and requested a phone call to discuss the FOIA request issues including scope of the original request. Attached as Exhibit B is the August 4, 2021 email from Stephen DeGenaro, where he wrote:

"Thanks for checking in.  The agency will file an answer.  Additionally, I would like to know if you have some time next week to discuss the FOIA request at issue. VA OIG had

1

some concerns about the scope of the FOIA request and wanted to ask some questions and provide you and your client with some information about what records it does and does not have to hopefully focus an agreed-upon search. Do you have any particular dates that work for you?"

7.      On August 10, 2021, I spoke with Mr. DeGenaro and Kate Feingold from VA OIG. Mr. DeGenaro requested that I come back to him and: (1) specify which three OIG reports NAMVETS is inquiring about, (2) confirm whether NAMVETS wanted the underlying records OIG used to prepare said reports, and (3) identify types of documents and specific facilities or subagencies named in the reports that NAMVETS is interested in.

8.      I provided the requested information by email, with the subject line "NAMVETS v. VA" on August 23, 2021. Attached as Exhibit C is my email dated August 23, 2021, responding to Stephen DeGenaro's request, (1) identifying three OIG reports from 2018, 2018, and 2020, previously identified in the January 25 administrative appeal, (2) confirming that NAMVETS requested the underlying data used to compile the reports, and (3) providing additional narrowing parameters based on the text of the three OIG reports.

9.      Opposing counsel and I filed a Joint Status Report on October 5, 2021, detailing, in a section with the heading "STATUS OF PLAINTIFF'S FOIA REQUEST,"  "the continued process of negotiating over the scope of Plaintiff's request," and that counsel engaged in "to identify which OIG reports and underlying data Plaintiff was interested in as a way of reaching an agreement regarding the scope of Plaintiff's FOIA request." And it noted that "Plaintiff provided Defendant, through counsel, with guidance regarding three specific reports and the data from those three reports on August 23, 2021." ECF No. 12.

DECLARATION OF MATTHEW STRUGAR ISO PLAINTIFF'S CROSS-MSJ

10.     I received a response to our August 23 email on October 6, 2021, entitled "Agency Final Response." Attached as Exhibit D is the October 6, 2021 "Agency Final Response" with the responses to our clarification email from August 23rd mistakenly labeled as a final FOIA decision letter.

11.     The response referred several of the requested items in the August 23 email to either VHA or OSP, as the proper custodian, and completely withheld the majority of items OIG deemed responsive, including two spreadsheets in full.

12.     The response additionally provided a 95-page document, which was completely redacted pursuant to FOIA Exemption (b)(5), (b)(6), and (b)(7)(E).

13.     I received communication from Bradley Silverman on February 1, 2022, stating that the case has been reassigned to him.

14.     Mr. Silverman filed a Motion for Summary Judgment on April 11, 2022, claiming that the parties' negotiations over the scope of NAMVETS' original FOIA request resulted in a "second FOIA request" that is not an issue in this lawsuit.


In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.


Executed on May 31, 2022 in Los Angeles, CA

                                          /s/ Matthew Strugar_____
                                          Matthew Strugar

**Certification of Service**

On May 31, 2022, I filed the forgoing document through this Court's CM/ECF system, which sent notice to all of the counsel of record in this action.


Dated: May 31, 2022                    /s/     Matthew Strugar
                                                      Matthew Strugar

DECLARATION OF MATTHEW STRUGAR ISO PLAINTIFF'S CROSS-MSJ

# Exhibit A



**Matthew Strugar <matthew@matthewstrugar.com>**

## NAMV v Veterans Affairs 21-1298 | MTE

**DeGenaro, Stephen (USADC)** <Stephen.DeGenaro@usdoj.gov>            Mon, Jun 14, 2021 at 11:21 AM
To: "Matthew@matthewstrugar.Com" <Matthew@matthewstrugar.com>

Matthew,

My name is Stephen DeGenaro and I am the line AUSA assigned to the *NAMV v Veterans Affairs* matter.  I am reaching out to get your position on an anticipated MTE.  Presently, Defendant's response is due on 6/23.  I would like to request until 8/6—roughly 44 days—to file a response to allow adequate time to review the status of Plaintiff's FOIA requests, and to prepare a response for agency and supervisory review.  Please let me know what Plaintiff's position.

Thanks,

Stephen

Stephen M. DeGenaro

Assistant United States Attorney

United States Attorney's Office

District of Columbia

555 Fourth Street, N.W.

Washington, D.C. 20530

Phone: (202) 252-7229

Email: Stephen.DeGenaro@usdoj.gov

# Exhibit B



Matthew Strugar <matthew@matthewstrugar.com>

---

## NAMV v Veterans Affairs 21-1298 | MTE

---

**DeGenaro, Stephen (USADC)** <Stephen.DeGenaro@usdoj.gov>          Wed, Aug 4, 2021 at 2:26 PM
To: Matthew Strugar <matthew@matthewstrugar.com>

Good afternoon Matt,

Thanks for checking in.  The agency will file an answer.  Additionally, I would like to know if you have some time next week to discuss the FOIA request at issue.  VA OIG had some concerns about the scope of the FOIA request, and wanted to ask some questions and provide you and your client with some information about what records it does and does not have to hopefully focus an agreed-upon search.  Do you have any particular dates that work for you?

Thanks,

Stephen

Stephen M. DeGenaro

Assistant United States Attorney

United States Attorney's Office

District of Columbia

555 Fourth Street, N.W.

Washington, D.C. 20530

Phone: (202) 252-7229

Email: Stephen.DeGenaro@usdoj.gov

[Quoted text hidden]

Exhibit C



**Matthew Strugar <matthew@matthewstrugar.com>**

---

## NAMVETS v. VA

---

**Matthew Strugar <matthew@matthewstrugar.com>**        Mon, Aug 23, 2021 at 3:20 PM
To: "DeGenaro, Stephen (USADC)" <Stephen.DeGenaro@usdoj.gov>
Cc: "Patel, Sunita" <patel@law.ucla.edu>, Courtney Bachman <bachman@law.ucla.edu>

Stephen,

Thank you again for talking to me about this case. I am copying Sunita Patel and Courtney Bachman with the Veterans Legal Clinic at UCLA Law School. They've both recently entered appearances in this case.

You asked, with regard to the OIG's production, if my client could specify which OIG reports it was interested in and which of the underlying data referenced in this reports my client is interested in.

As I suspected during our call, the reports themselves are the three reports identified in our administrative appeal:

- January 30, 2018 - Management of Disruptive Patients Behavior in VA Medical Facilities;
- December 13, 2018 - Inadequate Governance of the VA Police Program at Medical Facilities; and
- June 17, 2020, VA Police Management System Needs Improvement

As far as data relied on in each report, I think it it can be broken down like this:

January 30, 2018 - Management of Disruptive Patients Behavior in VA Medical Facilities:
- List of facilities included in OIG review
- Documents related to noncompliance with VHA policy to inform patients about patient record flags and their right to request amendment or appeal of the designation (page ii of executive summary; and Issue 2 on pp. 12-13) This portion of the report discusses a draft policy that OIG approved and we would like a copy of the draft or final policy. It also discusses an exchange between OIG and VHA to change the notification policy from all patients with record flags to only patients with orders of behavioral restriction.
- Documents related to Issue 4, management of non-patient assaults (p. 15)
- The underlying records for Table 2 (p. 20). I think this would involve records for 1,025 patients involved in disruptive behavior incidents from July 1, 2015 to June 30, 2016. Any summary analysis, spreadsheets, data records compiled that include the justifications or narrative reasoning for flags or orders of behavioral restriction.
  - Specific Documents:
    - Acting Deputy Under Secretary for Health for Operations and Management. "Meeting New Mandatory Safety Training Requirements using Veterans Health Administration's Prevention and Management of Disruptive Behavior (PMDB) Curriculum." Memorandum. November 7, 2013.
    - VHA Center for Engineering and Occupational Safety and Health, *Employee Threat Assessment Team: a Guidebook for Managing Risks Posed by the Disruptive and Threatening Employee*, April 2016.
- Records related to Employee Threat Assessment Teams

December 13, 2018 - Inadequate Governance of the VA Police Program at Medical Facilities
- The OS&LE reports used by OIG that assess the effectiveness of the inspection program for every VA medical facility w/police unit (referenced on page27)
- The documentation from the interviews with OSP and VHA employees about roles and responsibilities
- Underlying data from Table 1: Overview of Police Program Requirements Inspected by OS&LE
- The underlying data from discussion and cited examples regarding the 119 police chief and 88 medical facility director survey responses

June 17, 2020 - VA Police Management System Needs Improvement
-

List of five facilities included in OIG review

- Documentation from the referenced testimonial and documentary information from the 90 VHA, OSP, OIT, and Office of Acquisition and Logistics, and Construction employees (discussed in Appendix B)
- Data from the responses of the online survey given to 139 VA facility police chiefs on March 5, 2019 and any data from the clarification follow ups (discussed in Appendix B)
- Documentation related to the referenced responses from DUSHOM

Let us know if you need to discuss this portion of the request further.


Thank you,
Matthew Strugar
--
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthewstrugar.com

# Exhibit D



**Department of Veterans Affairs**
**Office of Inspector General**
**Washington, DC  20420**

October 6, 2021

Matthew Strugar
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
Sent via email: matthew@matthewstrugar.com

Dear Mr. Strugar:

This is in response to your Freedom of Information Act (FOIA) request dated August 26, 2021 in which you are requesting a copy of the following VA OIG records:

**January 30, 2018** - Management of Disruptive Patients Behavior in VA Medical Facilities:
   • List of facilities included in OIG review.  **Response: See report appendix B (attached), the inspected facilities are those listed under "Facility Clinical Assessment Program Review Reports."**
   • Documents related to noncompliance with VHA policy to inform patients about patient record flags and their right to request amendment or appeal of the designation (page ii of executive summary; and Issue 2 on pp. 12-13) This portion of the report discusses a draft policy that OIG approved, and we would like a copy of the draft or final policy. It also discusses an exchange between OIG and VHA to change the notification policy from all patients with record flags to only patients with orders of behavioral restriction. **Response: To clarify, OIG did not "approve" the policy, rather OIG agreed with VHA's policy changes. The copy of the draft policy will be referred to VHA FOIA Office for processing since it was created by their agency.**
   • Documents related to Issue 4, management of non-patient assaults (p. 15) **Response: Withheld pursuant to FOIA Exemption (b)(5), (b)(6) and (b)(7)(E).**
   • The underlying records for Table 2 (p. 20). I think this would involve records for 1,025 patients involved in disruptive behavior incidents from July 1, 2015 to June 30, 2016. Any summary analysis, spreadsheets, data records compiled that include the justifications or narrative reasoning for flags or orders of behavioral restriction. **Response: Withheld pursuant to FOIA Exemption (b)(3), citing Federal Statutes 38 U.S.C. §§ 5701, 5705 and 7332 which prohibits the release of certain information as indicated on pages 2 of each of the reports.**
   • Specific Documents:
   o Acting Deputy Under Secretary for Health for Operations and Management. "Meeting New Mandatory Safety Training Requirements using Veterans Health

Administration's Prevention and Management of Disruptive Behavior (PMDB) Curriculum." Memorandum. November 7, 2013. **Response: This document will be referred to VHA FOIA Officer for processing since it's a copy of the original created by VHA.**
o VHA Center for Engineering and Occupational Safety and Health, Employee Threat Assessment Team: A Guidebook for Managing Risks Posed by the Disruptive and Threatening Employee, April 2016. **Response: This document will be referred to VHA FOIA Officer for processing since it's a copy of the original created by VHA.**
• Records related to Employee Threat Assessment Teams
**Response: This document will be referred to VHA FOIA Officer for processing since it's a copy of the original created by VHA.**


**December 13, 2018** - Inadequate Governance of the VA Police Program at Medical Facilities:
> • The OS&LE reports used by OIG that assess the effectiveness of the inspection program for every VA medical facility w/police unit (referenced on page 27) **Response: This document will be referred to OSP FOIA Officer for processing since it's a copy of the original created by OSP.**
> • The documentation from the interviews with OSP and VHA employees about roles and responsibilities **Response: These documents are being referred to OSP FOIA Officer for processing since they are copies of the original created by OSP.**
> • Underlying data from Table 1: Overview of Police Program Requirements Inspected by OS&LE. **Response: These documents will be referred to OSP FOIA Officer for processing since they are copies of the original created by OSP.**
> • The underlying data from discussion and cited examples regarding the 119 police chief and 88 medical facility director survey responses. **Response: This information is being withheld pursuant to FOIA Exemption (b)(5), (b)(6) and (b)(7)(E).**

**June 17, 2020** - VA Police Management System Needs Improvement:
> • List of five facilities included in OIG review. **Response: The OIG did not specifically have a list five facilities as indicated in the initial FOIA request. The audit focused on the effectiveness of the police program's information management strategy and systems for the 139 VA medical facilities that had police units during FY 2019. The audit team selected two medical facilities for on-site reviews in Richmond, Virginia, and Salt Lake City, Utah. This information is discussed in Appendix B (page 31) of the report.**
> • Documentation from the referenced testimonial and documentary information from the 90 VHA, OSP, OIT, and Office of Acquisition and Logistics, and Construction employees (discussed in Appendix B) **Response: This information is being withheld pursuant to FOIA Exemption (b)(5), (b)(6) and (b)(7)(E).**
> • Data from the responses of the online survey given to 139 VA facility police chiefs on March 5, 2019 and any data from the clarification follow ups (discussed in Appendix B) **Response: This information is being withheld pursuant to FOIA Exemption (b)(5), (b)(6) and (b)(7)(E).**

• Documentation related to the referenced responses from DUSHOM **Response: This information is being withheld pursuant to FOIA Exemption (b)(5), (b)(6) and (b)(7)(E).**

Your request was received in this office on August 26, 2021 and we assigned FOIA Tracking Number 21-00363-FOIA to the request.  Please refer to it whenever communicating with VA OIG about your request.

We conducted a search utilizing the search terms within this FOIA request.  After review of the records, it was determined that FOIA Exemption (b)(3), citing Federal Statutes 38 U.S.C. §§ 5701, 5705 and 7332 prohibits the release of certain information as indicated on pages 2 of each of the reports you referenced above.  We have also applied FOIA Exemptions (b)(5), (b)(6) and (b)(7)(E) to withhold certain information within the emails, discussions, and surveys. Below is an explanation of the FOIA Exemptions and Statutes.

FOIA Exemption 3, [5 U.S.C. § 552 (b)(3)], which permits Federal agencies to withhold information which is exempt from disclosure by another confidentiality statute. The confidentiality statute applicable to your request, 38 U.S.C. § 5701, generally provides for the protection of VA patient information. The statutory protection for this information continues beyond the death of the subjects of the records.

FOIA Exemption 3, [5 U.S.C. § 552 (b)(3)], which permits Federal agencies to withhold information which is exempt from disclosure by another confidentiality statute. The confidentiality statute applicable to your request, 38 U.S.C. § 5705, generally provides for the protection of records and documents created by the Department of Veterans Affairs (VA) as part of a medical quality-assurance program are confidential and privileged and may not be disclosed to any person or entity except as provided in section 5705(b)

FOIA Exemption 3, [5 U.S.C. § 552 (b)(3)], which permits Federal agencies to withhold information which is exempt from disclosure by another confidentiality statute. The confidentiality statute applicable to your request, 38 U.S.C. § 7332, generally provides for the protection of certain confidential medical records.

FOIA Exemption 5, [5 U.S.C. § 552 (b)(5)], protects from disclosure "inter-agency or intra-agency memorandums or information which would not be available by law to a party other than an agency in litigation with the agency." Courts have interpreted Exemption 5 to exempt records that are normally privileged in the civil discovery context.  The three primary, most frequently invoked privileges that have been held to be incorporated into Exemption 5 are **the deliberative process privilege** (referred to by some courts as "executive privilege"), the attorney work-product privilege, and the attorney-client privilege. We are invoking "the deliberative process privilege, the purpose of which is to "prevent injury to the quality of agency decisions."  Specifically, three policy purposes consistently have been held to constitute the bases for this privilege: (**1**) to encourage open, frank discussions on matters of policy between subordinates and superiors; (**2**) to protect against premature disclosure of proposed policies before they are adopted; and

(**3**) to protect against public confusion that might result from disclosure of reasons and rationales that were not in fact ultimately the grounds for an agency's action.

FOIA Exemption 6, [5 U.S.C. § 552 (b)(6)], protects all information which, if disclosed, would constitute a clearly unwarranted invasion of an individual's personal privacy. Specifically, names, job titles, investigative case numbers, email addresses and other information or statements which could reveal the identity of individuals mentioned in the records have been withheld. We do not find any public interest that outweighs the privacy interests of the individuals.

FOIA Exemption 7E, [5 U.S.C. § 552 (b)(7)(E)], protects all records compiled for law enforcement purposes which, if disclosed, would reveal techniques and procedures for law enforcement investigations and prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.

Further, during the review of the responsive records, it appears a Report of Contact, ETAT Guide, November 7, 2013 Memorandum, and a June 3, 2017 PRF Draft Policy, consisting of one hundred twenty-eight (128) pages, originated from the VHA FOIA Officer Information Access and Privacy.  Since, those documents originated from the VHA FOIA Officer Information Access and Privacy Health Information Governance Office of Health Informatics, we are referring those documents for review and processing to that FOIA Office. We are also providing you their contact information, should you need to inquire about the status.

VHA FOIA Officer
Information Access and Privacy Office
Health Information Governance
Office of Health Informatics
810 Vermont Avenue, N.W.
Washington, D.C. 20420
(202) 273-9387 (Fax)
vhafoia2@va.gov (FOIA email box)
Attn: Barbara Swailes

Also, during review, we identified one thousand six hundred-forty-five (1645) pages of records that originated from the Office of Operations Security and Preparedness (OSP). We are referring those documents for review and processing to that FOIA Office. We are also providing you their contact information, should you need to inquire about the status.

Office of the Assistant Secretary for
Operations, Security, and Preparedness (OSP)
810 Vermont Avenue, NW
(7) VACO
Washington, DC 20420
(202) 461-4984

(202) 461-0963 (Fax)
vacoospfoia@va.gov (FOIA email box)
Attn: Sylvia Dunn

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may appeal the determination made in this response to: Department of Veterans Affairs, Office of Inspector General, Office of Counselor (50C), 810 Vermont Avenue NW, Washington, DC 20420, or by email to: VAOIGFOIA-Appeals@va.gov, or by fax to: (202) 495-5867. If you should choose to make an appeal, your appeal must be sent no later than ninety (90) calendar days after the date of this letter. Your appeal must include the assigned FOIA Tracking Number and any reason(s) why you believe the response was in error. If you choose to appeal only a portion of the determination, you must specify which part of the determination you are appealing. The appeal should include a copy of the request and VA's response. The appeal should be marked, or subject-titled, "Freedom of Information Act Appeal."

Sincerely,

Ruthlee G. Bellamy
Supervisory Government Information Specialist
VA OIG Release of Information Office

Enclosures



# Survey of VHA Chiefs of Police
## Office of Inspector General

(b)(5)

Following is a summary of all completed responses so far. (b)(5)

(b)(5)

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOVF
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(5);(b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

(b)(5);(b)(6)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

Survey of Chiefs of Police

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

Survey of Chiefs of Police

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

Survey of Chiefs of Police

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5)

(b)(5);(b)(7)(E)

Survey of Chiefs of Police

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

Survey of Chiefs of Police

(b)(5)

(b)(5)



**Survey of VHA Medical Directors Office of Inspector General** (b)(5)

Following is a report of all the responses received to date. (b)(5)

(b)(5)

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

(b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

(b)(5)

Percents Counts

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5);(b)(7)(E)

(b)(5)

(b)(5)

(b)(5)

| | |
|---|---|
| **From:** | (b)(6) |
| **To:** | (b)(6)        (OIG) |
| **Subject:** | RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey |
| **Date:** | Friday, April 19, 2019 1:47:36 PM |

(b)(5)

(b)(6)  (b)(5)                                                      Thanks (b)(6)

---

**From:** (b)(6)            (OIG)
**Sent:** Tuesday, April 16, 2019 2:43 PM
**To:** (b)(6)                    @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting cases being prosecuted.

(b)(5)

Thank you,

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

**From:** (b)(6)
**To:** (b)(6)    (OIG)
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Wednesday, April 17, 2019 2:33:47 PM

(b)(5)

(b)(5)                                      I hope this helps.  If you need any additional
information please let me know. Thank-you!          (b)(5)

(b)(6)

-----Original Message-----
From: (b)(6)           (OIG)
Sent: Wednesday, April 17, 2019 1:21 PM
To: (b)(6)            @va.gov>
Subject: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities
(2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA
police information systems' delays impacting cases being prosecuted.

(b)(5)

Thank you,

(b)(6)

Department of Veterans Affairs

Office of Inspector General

iPhone:  202.664. (b)(

**From:** (b)(6)
**To:** (b)(6) OIG
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Wednesday, April 17, 2019 1:58:10 PM

(b)(6)  (b)(5)

Thank You for asking. (b)(5)

(b)(5)

**From:** (b)(6) (OIG)
**Sent:** Wednesday, April 17, 2019 1:53 PM
**To** (b)(6) @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting cases being prosecuted.

(b)(5)

Thank you,

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

| From: | (b)(6) |
|---|---|
| To: | (b)(6) _____ OIG) |
| Subject: | RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey |
| Date: | Wednesday, April 17, 2019 12:14:38 PM |
| Attachments: | (b)(5) |

Hello,

(b)(5)

(b)(5)

*Thank you,*

(b)(6)

*U.S. Department of Veterans Affairs*
*Detroit, Michigan*
Office: (313) 57 (b)(6)
Cell: (313) 47 (b)(6)

**Customer feedback is appreciated - Please click on link to submit feedback**



**VA Core Values:** **I**ntegrity, **C**ommitment, **A**dvocacy, **R**espect, **E**xcellence
**Suicide Prevention is Everyone's Business.** **_#BeThere_**

*Confidentiality Statement: This e-mail, including any attachments, may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this message as well as any and all copies, including attachments. Any unauthorized review, use, copying, disclosure or distribution of the material in this e-mail is strictly forbidden.*

**From:** (b)(6) _____ (OIG)
**Sent:** Tuesday, April 16, 2019 2:40 PM
**To:** (b)(6) _____ @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting cases being prosecuted.

(b)(5)

Thank you,

(b)(6)

| | |
|---|---|
| **From:** | (b)(6)    CAVHCS |
| **To:** | (b)(6)    OIG) |
| **Subject:** | RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey |
| **Date:** | Wednesday, April 17, 2019 9:58:34 AM |

No I am not.  (b)(5)

---

**From:** (b)(6)    OIG)
**Sent:** Tuesday, April 16, 2019 1:48 PM
**To:** (b)(6)    @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting cases being prosecuted.

(b)(5)

Thank you,

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

**From:** (b)(6)
**To:** (b)(6) (OIG)
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Tuesday, April 16, 2019 3:57:16 PM

Good Afternoon (b)(6)          (b)(5)

(b)(5)

(b)(6)

**From:** (b)(6)          (OIG)
**Sent:** Tuesday, April 16, 2019 2:42 PM
**To:** (b)(6)          @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting the prosecution of cases.

(b)(5)

Thank you,

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

**From:**
**To:** (b)(6)
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Tuesday, April 16, 2019 4:20:04 PM

(b)(5)

I hope this answers your question.

Please let me know if there is anything further.

(b)(6)

Dept of Veterans Affairs
7400 Merton Minter Blvd
San Antonio, TX  78229
(210)61 (b)(6) office
(210)94 (b)(6) fax

**From** (b)(6) (OIG)
**Sent:** Tuesday, April 16, 2019 1:28 PM
**To:** (b)(6) @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thanks for completing our OIG survey. We have a quick follow-up question regarding which record management system your facility is currently using.

We see your response was " (b)(5) "

(b)(5)

Thanks,

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

---

**From:** (b)(6) (OIG)
**Sent:** Monday, March 18, 2019 10:36 AM
**To:** (b)(6) @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Please try using (b)(6) @va.gov as the email to log in.

Our survey system will record that you completed the survey, instead o (b)(6)

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

---

**From:** (b)(6)
**Sent:** Monday, March 18, 2019 10:32 AM
**To:** (b)(6) @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Sir,

I attempted to complete by clicking link below and it reads:  The access code below is missing or not valid.  Please re-type it and click the button again.

The only thing I entered and clicked start was my email: (b)(6) @va.gov

(b)(5);(b)(6)

(b)(6)

Dept of Veterans Affairs
7400 Merton Minter Blvd
San Antonio, TX  78229
(210)94 (b)(6) office
(210)94 (b)(6) fax

**From:** (b)(6) (OIG)
**Sent:** Monday, March 18, 2019 9:24 AM
**To:** (b)(6) @va.gov>
**Subject:** FW: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Hi (b)(6)

As (b)(6) can you please complete our survey of VA police chiefs? The survey information is at the bottom of this email chain.

Please use (b)(6) @va.gov as the email to log in.

Thank you,

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

**From:** (b)(6)
**Sent:** Monday, March 18, 2019 10:20 AM
**To:** (b)(6) @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Please send this request to the (b)(6) @va.gov) I am no longer the Chief for San Antonio, TX. (b)(5)

Sent with BlackBerry Work
(www.blackberry.com)

**From:** (b)(6) @va.gov>
**Date:** Monday, Mar 18, 2019, 7:01 AM
**To** (b)(6) @va.gov> (b)(6) @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Good Morning,

**From:** (b)(6) (SPO)
**To:** (b)(6) OIG)
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Tuesday, April 16, 2019 2:31:06 PM

(b)(5)

(b)(5)

(b)(5)

Thank you,

(b)(6)

Spokane Washington VAMC

(b)(6) Long Beach VAMC

509-41 (b)(6)

**From** (b)(6) OIG)
**Sent:** Tuesday, April 16, 2019 11:20 AM
**To:** (b)(6) @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thanks for completing our OIG survey. We have a quick follow-up question regarding which record management system your facility is currently using.

We see your response was "Other- (b)(5)
(b)(5)

(b)(5)

Thanks,

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone: 202.66 (b)(6)

**From:**
**To:** (b)(6) [OIG]
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Tuesday, April 16, 2019 2:22:05 PM

(b)(5)

(b)(6)

**VAMC Altoona**

**2907 Pleasant Valley Blvd.**

**Altoona PA 16692**

**Phone (814) 943-** (b)(6) **(Office)** (b)(6) **Operations)**

**FAX (814) 94** (b)(6)

**From:** (b)(6) (OIG)
**Sent:** Tuesday, April 16, 2019 2:14 PM
**To:** (b)(6) @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thanks for completing our OIG survey. We have a quick follow-up question regarding which record management system your facility is currently using.

We see your response was (b)(5)

(b)(5)

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

| | |
|---|---|
| **From:** | (b)(6) |
| **To:** | (b)(6)    OIG) |
| **Cc:** | (b)(6)    (b)(6) |
| **Subject:** | RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) |
| **Date:** | Thursday, April 18, 2019 12:51:12 PM |

Good afternoon (b)(6) (b)(5)

The Canandaigua VAMC now falls under the umbrella of the "Fingerlakes Healthcare System", which is now inclusive of the Bath, NY VAMC.  Both sites use (b)(5)

I have included (b)(6) and (b)(6) into the CC line for their information.

Be safe,

(b)(6)

---

**From:** (b)(6) (OIG)
**Sent:** Thursday, April 18, 2019 11:56 AM
**To** (b)(6) @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 )

Greetings (b)(6)

The VA Office of Inspector General (OIG) is conducting a national audit on VA's Police Information Management Systems at Medical Facilities. For this audit, the information management system includes the electronic records management systems (b)(5)

(b)(5)

(b)(5)

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

**From:** (b)(6)
**To:** (b)(6) OIG)
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Thursday, April 18, 2019 12:13:40 PM

Sir,

We use (b)(5) at my station. Thanks.

(b)(5)

Respectfully,

(b)(6)
OKC VA Medical Center
921 NE 13th Street
Oklahoma City, OK 73104
Email: (b)(6) @va.gov
Work: 405-45 (b)(6)

*"There is nothing so fatal to character as half finished tasks." – Former British PM David Lloyd George*

---

**From:** (b)(6) OIG)
**Sent:** Thursday, April 18, 2019 10:53 AM
**To:** (b)(6) @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

(b)(5)

(b)(5)

(b)(5)

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)



# Survey of VA Police Information Management System

Respondent activity to date:           (b)(5)

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

- (b)(6)                @VA.GOV
- (b)(6)                    @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                        @VA.GOV
- (b)(6)                        @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                        @VA.GOV
- (b)(6)                    @VA.GOV
- (b)(6)                    @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                    @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)        @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                    @VA.GOV
- (b)(6)        @VA.GOV
- (b)(6)                    @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                    @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                    @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)            @VA.GOV
- (b)(6)                @VA.GOV
- (b)(6)                .GOV

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

(b)(5);(b)(6)          (b)(5)

(b)(5)

Percents Counts

(b)(5)

(b)(5)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5)

(b)(5);(b)(7)(E)

VA OIG 9 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

VA OIG 11 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

VA OIG 15 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

VA OIG 16 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5)

(b)(5);(b)(7)(E)

VA OIG 20 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

VA OIG 23 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(6);(b)(7)(E)

(b)(5);(b)(7)(E)

VA OIG 28 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

VA OIG 29 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

VA OIG 34 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

VA OIG 38 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

(b)(5);(b)(7)(E)

VA OIG 43 of 48 21-00363-FOIA

(b)(5);(b)(6);(b)(7)(E)

VA OIG 44 of 48 21-00363-FOIA

(b)(5);(b)(6);(b)(7)(E)

(b)(5);(b)(6);(b)(7)(E)

VA OIG 46 of 48 21-00363-FOIA

(b)(5);(b)(7)(E)

(b)(5)

VA OIG 47 of 48 21-00363-FOIA

(b)(5)

VA OIG 48 of 48 21-00363-FOIA

(b)(5)