UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | Civ. No. 21-1298 |

**[Proposed] Order**

Upon consideration of Plaintiff National Association of Minority Veterans' Motion for Summary Judgment, the memoranda and exhibits submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED; and it si further

ORDERED that Defendant produce with withheld responsive records in an unredacted format within fourteen days of this order.

SO ORDERED.


Dated: _____
RUDOLF CONTRERAS
United States District Judge