UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendant*. | Civil Action No. 21-1298 (RC) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Department of Veterans Affairs moves, by and through the undersigned counsel, for a 3-day extension, to July 8, 2022, of its deadline to file its combined reply in support of its motion for summary judgment and response in opposition to Plaintiff National Association of Minority Veterans' cross-motion for summary judgment. Pursuant to Local Civil Rule 7(m), the undersigned counsel has conferred with Plaintiff's counsel, who consents to this extension.[1]

Good cause to extend this deadline exists. The undersigned has a response to a motion to enforce due in *Colorado Wild Public Lands v. U.S. Forest Service*, Civ. A. No. 21-2802 (CRC), on July 7, 2022, and a motion to dismiss due in *Taj v. Department of State*, Civ. A. No. 22-1087 (RDM), on July 8, 2022. A three-day extension here will provide sufficient time for Defendant to prepare a hopefully-persuasive reply/cross-response brief, while also enabling the undersigned to meet his obligations in his other assigned cases. A proposed order is attached.

---

[1] The undersigned sought and received Plaintiff's consent to an even longer extension, so he assumes that Plaintiff consents to this shorter extension as well.

Dated: July 5, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN
    Assistant United States Attorney
    D.C. Bar #1531664
    601 D Street NW
    Washington, DC 20530
    (202) 252-2675

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> *Plaintiff*, <br><br> v. <br><br> DEPARTMENT OF VETERANS AFFAIRS, <br><br> *Defendants*. | Civil Action No. 21-1298 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time, it is hereby ORDERED that Defendants shall respond to the complaint by July 8, 2022.

SO ORDERED.

_____   _____
Dated                                         RUDOLPH CONTRERAS
                                                    United States District Court Judge