UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendant*. | Civil Action No. 21-1298 (RC) |

## NOTICE OF ERRATA

On July 6, 2022, Defendant Department of Veterans Affairs filed its reply in support of its motion for summary judgment, ECF No. 23, and its response in opposition to Plaintiff National Association of Minority Veterans' cross-motion for summary judgment, ECF No. 24. The Department had intended to attach to these filings a declaration by Ruthlee Gowins-Bellamy, a Supervisory Government Information Specialist in the Department's Office of Inspector General. Inadvertently, the Department instead attached a *Vaughn* Index that it had prepared to submit with these filings, but ultimately decided not to use. ECF Nos. 23-1, 24-1. The Department attached the wrong file because it had mistakenly mislabeled the *Vaughn* Index as the declaration in converting documents from Word to PDF format. Attached to this notice is the declaration that the Department intended to file earlier. The Department apologizes to the Court and Plaintiff for the inconvenience.

Dated: July 11, 2022    Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

2

By: /s/
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2675

*Attorneys for the United States*

2