UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> *Plaintiff,* <br><br> v. <br><br> DEPARTMENT OF VETERANS AFFAIRS, <br><br> *Defendant.* | Civil Action No. 21-1298 (RC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christina O'Tousa and withdraw the appearance of Assistant United States Attorney Bradley G. Silverman as counsel for Defendant in the above captioned case.

Dated: October 31, 2022
Washington, D.C.

Respectfully submitted,

 */s/ Christina O'Tousa*
CHRISTINA O'TOUSA
DC Bar #241667
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
Telephone: (202) 252-2536
christina.o'tousa@usdoj.gov

*Counsel for Defendant*