UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UCLA VETERANS LEGAL CLINIC,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>      Defendant. | Civil Action No. 21-1298 (RC) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Courtney Bachman as counsel of record for the Plaintiff in the above captioned case.

Dated: November 9, 2022

                                              Respectfully submitted,

                                              /s/ *Courtney Bachman*
                                              Courtney Bachman
                                              NC Bar # 56710
                                              Staff Attorney, UCLA Veterans Legal Clinic
                                              907 Westwood Boulevard #444
                                              Los Angeles, CA 90024
                                              Telephone: (424) 235-5047
                                              Facsimile: (424) 228-8295
                                              bachman@law.ucla.edu

                                              *Attorney for Plaintiff*