# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, : : : | |
| Plaintiff, : : | Civil Action No.:    21-1298 (RC) |
| v.   : : | Re Document Nos.:    18, 21 |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, : : : | |
| Defendant.   : | |

## ORDER

### DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT; OVERRULING PLAINTIFF'S EVIDENTIARY OBJECTIONS AS MOOT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion for Summary Judgment (ECF No. 18) is **DENIED**, Plaintiff's Cross-Motion for Summary Judgment (ECF No. 21) is **GRANTED** in part and **DENIED** in part, and Plaintiff's evidentiary objections are **OVERRULED** as moot. It is hereby **ORDERED** that Defendant shall file a *Vaughn* index or other adequate submission to justify the redactions and withholdings applied to the October 6, 2021 production. It is **FURTHER ORDERED** that the parties shall submit a proposed schedule for further proceedings within two weeks of the issuance of this Order.

**SO ORDERED**.

Dated: November 18, 2022                                              RUDOLPH CONTRERAS
                                                                                       United States District Judge