# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br> PO Box 11661 <br> Shorewood, WI 53211 <br><br>     Plaintiff, <br><br>         v. <br><br> THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br> 810 Vermont Avenue, NW <br> Washington, DC  20420, <br><br>     Defendant. | Civ. No. 21-1298 (RC) <br><br> **Motion for Admission *Pro Hac Vice*** |

Pursuant to Local Civil Rule 83.2(c), Plaintiff moves for the admission and appearance of attorney Aisha Cheri Novasky *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Aisha Novasky, filed herewith.

As set forth in Ms. Novasky's declaration, she is admitted and an active member in good standing in the State Bars of New York and California. This motion is supported and signed by Matthew Strugar, an active and sponsoring member of

the Bar of this Court.

Dated: November 21, 2022	Respectfully submitted,

/s/ Matthew Strugar
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
Matthew@matthewstrugar.com