UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br>PO Box 11661<br>Shorewood, WI 53211<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br>810 Vermont Avenue, NW<br>Washington, DC  20420,<br><br>    Defendant. | Civ. No. 21-1298 (RC)<br><br>**Declaration of Aisha Novasky in Support of Motion for Admission** *Pro Hac Vice* |

I, Aisha Cheri Novasky, hereby declare:

    1.    I am an attorney licensed to practice law in the State of California. My state bar number is 328120.

    2.    I am also licensed to practice law in the State of New York. My state bar number is 5240924.

    3.    I was admitted to practice law in the State of New Jersey on November 13, 2013, under my maiden name Aisha Cheri Elston-Wesley.  My state bar number was 069202013. On or around March 2017, I voluntarily withdrew admission from the New Jersey State Bar.

    4.    I am admitted to practice in the Southern District of New York, Southern District of California, and Central District of California.

5.  I am an attorney at Disability Rights California. I have been working there since September 30, 2019.

6.  I am also a part-time lecturer in the Veterans Legal Clinic at UCLA School of Law. I have been working there since July 1, 2022.

7.  I am currently in good standing with all states, courts, and bars in which I am admitted. *Exhibits A-B*. I have not been disciplined by any bar.

8.  I have not previously been admitted *pro hac vice* in this Court.

9.  I do not have an office located within the District of Columbia, and I do not have an application for membership pending in the District of Columbia bar.

I swear under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed on November 21, 2022, in Ontario, California.

By: Aisha C. Novasky
UCLA Veterans Legal Clinic
907 Westwood Blvd., Suite 444
Los Angeles, CA 90024
(310) 478-371121, ext. 53837
Novasky@law.ucla.edu