## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br>PO Box 11661<br>Shorewood, WI 53211<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br>810 Vermont Avenue, NW<br>Washington, DC  20420,<br><br>　　　　Defendant. | Civ. No. 21-1298 (RC)<br><br>**[Proposed] Order Granting Motion for Admission of Attorney Aisha Novasky *Pro Hac Vice*** |

GOOD CAUSE APPEARING THEREFORE, the Court hereby grants attorney Aisha Cheri Novasky's motion for admission into this court *pro hac vice*.

IT IS SO ORDERED.

DATED: _____                     _____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge