AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| National Association of Minority Veterans ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-01298-RC |
| The United States Department of Veterans Affairs ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Association of Minority Veterans.

Date: 11/23/2022

/s/ Aisha Novasky
*Attorney's signature*

Aisha C. Novasky (328120 - CA)
*Printed name and bar number*
UCLA Veterans Legal Clinic
907 Westwood Blvd., Suite 444
Los Angeles, CA 90024

*Address*

novasky@law.ucla.edu
*E-mail address*

(310) 478-3711
*Telephone number*

(424) 228-8295
*FAX number*