UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>      Defendant. | Civil Action No. 21-1298 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 18, 2022 Order and Memorandum Opinion (ECF Nos. 29, 30), Plaintiff National Association of Minority Veterans and Defendant U.S. Department of Veterans Affairs ("VA"), by and through counsel, respectfully submit this Joint Status Report with a proposed schedule for further proceedings. This is a Freedom of Information Act ("FOIA") matter concerning a FOIA request submitted to the Department of Veterans Affairs, as narrowed during this litigation. *See* Nov. 18, 2022 Mem. Op. at 4-5, 13-15.

The Court's order instructed "that Defendant shall file a *Vaughn* index or other adequate submission to justify the redactions and withholdings applied to the October 6, 2021 production" and "that the parties shall submit a proposed schedule for further proceedings within two weeks of the issuance of this Order." (ECF 29).

The parties met and conferred regarding this matter on November 29, 2022. The parties jointly propose that, by December 20, 2022, Defendant will provide a draft *Vaughn* index to Plaintiff regarding the redactions and withholdings applied to the October 6, 2021 production by

the VA's Office of the Inspector General. The parties have agreed to use the draft *Vaughn* index to engage in further discussions to potentially narrow contested issues in this litigation.

      The parties jointly propose that the parties submit another Joint Status Report on January 17, 2023, to update the Court on the status of discussions and to propose, if necessary, a briefing schedule to include the filing of Defendant's renewed summary judgment motion along with its *Vaughn* index, declaration, and/or other supporting materials.

Dated: December 2, 2022

/s/
MATTHEW STRUGAR
D.C. Bar #1010198
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
matthew@matthewstrugar.com

SUNITA PATEL
D.C. Bar. #1026102
UCLA Veterans Legal Clinic
907 Westwood Blvd., Unit 444
Los Angeles, CA 90024
(310) 792-1498
patel@law.ucla.edu

COURTNEY BACHMAN
*Pro Hac Vice*
UCLA Veterans Legal Clinic
907 Westwood Blvd., Unit 444
Los Angeles, CA 90024
(424) 235-5047
bachman@law.ucla.edu

AISHA CHERI NOVASKY
*Pro Hac Vice*
UCLA School of Law
Veterans Legal Clinic 907 Westwood
Boulevard Suite 444
Los Angeles, CA 90024
(310) 478-3711
Novasky@law.Ucla.Edu


*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/
    CHRISTINA O'TOUSA
    D.C. Bar # 241667
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252- 2437
    christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>     Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>     Defendant. | Civil Action No. 21-1298 (RC) |

### **[PROPOSED] ORDER**

In view of the parties' Joint Status Report, and the entire record, it is hereby

**ORDERED** that, by December 20, 2022, Defendant will provide a draft *Vaughn* index to Plaintiff regarding the redactions and withholdings applied to the October 6, 2021 production by the VA's Office of the Inspector General; and

**ORDERED** that the parties file another Joint Status Report no later than January 17, 2023, to update the Court on the status of discussions and to propose, if necessary, a briefing schedule to include the filing of Defendant's renewed summary judgment motion along with its *Vaughn* index, declaration, and/or other supporting materials.

It is **SO ORDERED**.

_____  
Dated

_____  
RUDOLPH CONTRERAS  
United States District Court Judge