UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF VETERAN AFFAIRS,<br><br>   Defendant. | Civil Action No. 21-1298 (RC) |

**CONSENT MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE**

  Defendant U.S. Department of Veterans Affairs ("VA") respectfully moves to amend the summary judgment briefing schedule entered by the Court's January 18, 2023 Minute Order. Plaintiff, through counsel, graciously consents to the relief requested herein.

  In support of this motion, Defendant states as follows:

  1. This is a Freedom of Information Act ("FOIA") case. *See* ECF No. 1.

  2. In the January 18, 2023, Minute Order, the Court ordered the following briefing schedule for the parties' motions for summary judgment: "Defendant shall submit its motion for summary judgment on or before March 3, 2023; Plaintiff shall submit its opposition and cross-motion for summary judgment on or before April 3, 2023; Defendant shall submit its opposition and any reply on or before May 3, 2023; and Plaintiff shall submit any reply on or before May 24, 2023."

  3. Defendant respectfully requests that the Court enter a modified briefing schedule that would allow Defendant a 13-day extension of its deadline to move for summary judgment and

adjust the other briefing deadlines accordingly. Specifically, Defendant moves for the following modified briefing schedule:

- March 16, 2023: Defendant's motion for summary judgment
- April 17, 2023: Plaintiff's opposition / cross-motion for summary judgment
- May 17, 2023: Defendant's reply / opposition to Cross-motion for summary judgment
- June 7, 2023: Plaintiff's reply

4.  There is good cause to grant this extension request. Given how the Court narrowed the scope of the litigation to "the October 6, 2021 production" in the November 18, 2022 Opinion (ECF 30), which production was made by the VA Office of Inspector General's FOIA office, the scope of the remaining litigation does not appear to cover the referrals to the other VA components. However, upon further review and out of an abundance of caution, the Agency has decided to address the OIG referrals to the other agency components in its motion for summary judgment, and additional time is needed gather information and prepare supporting materials regarding the referrals.

5.  This is the first extension that Defendant has requested in connection with the summary judgment briefing schedule. As Defendant moves to amend the entire briefing schedule, granting the relief requested by Defendant will not affect any other deadlines in this case.

6.  Moreover, pursuant to Local Rule 7(m), the undersigned counsel for Defendant conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the relief requested herein.

7.  For the foregoing reasons, Defendant respectfully requests that the Court grant this motion to modify the summary judgment briefing schedule. A proposed Order has been filed with this motion.

Dated:  February 28, 2023
        Washington, DC                        Respectfully submitted,

                                            MATTHEW M. GRAVES, D.C. Bar #481052
                                            United States Attorney

                                            BRIAN P. HUDAK
                                            Chief, Civil Division

                                            By:  /s/ *Christina O'Tousa*
                                            CHRISTINA O'TOUSA, DC Bar #241667
                                            Assistant United States Attorney
                                            601 D Street NW
                                            Washington, D.C. 20530
                                            Telephone: (202) 252-2437
                                            christina.o'tousa@usdoj.gov

                                            *Attorneys for the United States of America*