UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERAN AFFAIRS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 21-1298 (RC) |

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Modify the Summary Judgment Briefing Schedule, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that following schedule shall govern:

- March 16, 2023: Defendant's motion for summary judgment
- April 17, 2023: Plaintiff's opposition / cross-motion for summary judgment
- May 17, 2023: Defendant's reply / opposition to Cross-motion for summary judgment
- June 7, 2023: Plaintiff's reply

SO ORDERED this _____ day of _____, 2023.

_____
HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE