UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERAN AFFAIRS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 21-1298 (RC) |

**CONSENT MOTION TO EXTEND DEFENDANT'S DEADLINE
TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

Defendant U.S. Department of Veterans Affairs ("VA") respectfully requests a three business-day extension—that is, until March 21, 2023—of its deadline for filing Defendant's Motion for Summary Judgment. *See* March 1, 2023 Minute Order. Plaintiff, through counsel, graciously consents to the relief requested herein.

In support of this motion, Defendant states as follows:

1. This is a Freedom of Information Act ("FOIA") case. *See* ECF No. 1.

2. On February 28, 2023, Defendant filed a consent motion to modify the summary judgment briefing schedule. ECF 35.

3. The Court granted the motion and ordered the parties to follow the summary judgment briefing schedule proposed. *See* March 1, 2023 Minute Order.

4. Under this Scheduling Order, the deadline for Defendant to file the motion for summary judgment is Thursday, March 16, 2023. *Id.*

5. Defendant respectfully requests a short three-business day extension of this deadline—until Tuesday, March 21, 2023—to file his motion for summary judgment.

6. There is good cause to grant this extension request. The undersigned counsel is still waiting to receive information from one of the referral components of the VA, but expects to receive it soon.

7. This is the second extension that Defendant has requested, and the extension requested by Defendant will not affect any other deadlines in this case.  Defendant has already consented to Plaintiff's anticipated extension for the Response/Cross-Motion for Summary Judgment.

8. Moreover, pursuant to Local Rule 7(m), the undersigned counsel for Defendant conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the relief requested herein.

9. For the foregoing reasons, Defendant respectfully requests that the Court grant this motion and allow Defendant to file his motion for summary judgment on or before March 21, 2023. A proposed Order has been filed with this motion.

Dated:  March 15, 2023
    Washington, DC                    Respectfully submitted,

                                      MATTHEW M. GRAVES, D.C. Bar #481052
                                      United States Attorney

                                      BRIAN P. HUDAK
                                      Chief, Civil Division

                                      By:  /s/ *Christina O'Tousa*
                                      CHRISTINA O'TOUSA, DC Bar #241667
                                      Assistant United States Attorney
                                      601 D Street NW
                                      Washington, D.C. 20530
                                      Telephone: (202) 252-2437
                                      christina.o'tousa@usdoj.gov


                                      *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF VETERAN AFFAIRS, ) ) ) Defendant. ) ) | Civil Action No. 21-1298 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Extend the Deadline to File Its Motion for Summary Judgment, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until March 21, 2023, to file his motion for summary judgment.

SO ORDERED this _____ day of _____, 2023.

_____
HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE