UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | Civil Action No. 21-1298 (RC) |

## DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant, U.S. Department of Veterans Affairs, respectfully moves for summary judgment on the grounds that there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law. In support of this Motion, Defendants respectfully refers the Court to the attached memorandum of points and authorities, supporting exhibits, statement of material facts not in genuine dispute, and a proposed order.

Dated: March 23, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: /s/ *Christina O'Tousa*
    Christina O'Tousa
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437
    christina.otousa@usdoj.gov

*Attorneys for the United States of America*