

**Department of Veterans Affairs**
**Office of Inspector General**
**Washington, DC  20420**

December 23, 2020

Sunita Patel
385 Charles E. Young Drive East
Los Angeles, CA 90095
Sent via email to: patel@law.ucla.edu

Dear Ms. Patel:

This is in response to your Freedom of Information Act (FOIA) request dated November 11, 2020 in which you asked for a copy of all records concerning behavioral record flags policies and procedures.  Portions of your request was referred to the Office of Inspector General (OIG) for a search to be performed.  Specifically, the portions relating to all records concerning notice, discussion of, and compliance with Department of Veterans Affairs Office of Inspector General guidelines and recommendations issued between 2014 and 2020.

Your request was received in this office on November 20, 2020 and we assigned it FOIA Tracking Number 21-00112-FOIA. Please refer to this number whenever communicating with VA OIG about your request.

Please be advised this project and all information gathered were legally destroyed on 1/18/2019, since they have reached the end of their records retention period established by the National Archives and Records Administration (NARA).  Consequently, we must provide a "no records" found response.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may appeal the determination made in this response to: Department of Veterans Affairs, Office of Inspector General, Office of Counselor (50C), 810 Vermont Avenue NW, Washington, DC 20420, or by email to: VAOIGFOIA-Appeals@va.gov, or by fax to: (202) 495-5867. If you should choose to make an appeal, your appeal must be sent no later than ninety (90) calendar days after the date of this letter. Your appeal must

include the assigned FOIA Tracking Number and any reason(s) why you believe the response was in error. If you choose to appeal only a portion of the determination, you must specify which part of the determination you are appealing. The appeal should include a copy of the request and VA's response. The appeal should be marked, or subject-titled, "Freedom of Information Act Appeal."


Sincerely,


Ruthlee G. Bellamy
Supervisory Government Information Specialist
VA OIG Release of Information Office