January 25, 2021

Department of Veterans Affairs,
Office of Inspector General, Office of Counselor (50C),
810 Vermont Avenue NW,
Washington, DC 20420

Re:     Freedom of Information Act Appeal-- FOIA Request 21-00112-FOIA

Dear Ms. Bellamy:

We write in response to your December 23, 2020 letter responding to our original FOIA request dated November 11, 2020 (FOIA Tracking Number 21-00112-FOIA). We appreciate your timely response. We believe your "no records" found response was in error.

As a preliminary matter, we made two requests related to OIG in our November 11 letter. In Part II A.3, we asked for a copy of all records concerning behavioral record flag policies and procedures utilized by VAPD and VHA staff including definitions of "disruptive behavior" recommended by OIG in 2013 and, in Part II D, we requested records concerning notice, discussion of, and compliance with Department of Veterans Affairs Office of Inspector General guidelines and recommendations between 2014 and 2020.

In Part II A.3, we requested any information concerning behavioral record flag policies related to definitions recommended by the Office of Inspector General (OIG) in the 2013 report, *Management of Disruptive Patient Behavior at VA Medical Facilities*. Based on your December 23 response, we recognize that the information gathered for the 2013 report was legally destroyed on January 18, 2019. We no longer seek that data, however, for the benefit of our academic analysis at UCLA School of Law, we request a list of the thirty facilities examined in the 2013 report.

Instead, and consistent with our November 11 FOIA request, we would like to see any data that examines behavioral record flag policies from relevant OIG reports including OFFICE OF THE INSPECTOR GENERAL, DEP'T OF VETERANS AFF., HEALTHCARE INSPECTION: MANAGEMENT OF DISRUPTIVE PATIENT BEHAVIOR IN VA MEDICAL FACILITIES (Jan. 30, 2018), OFFICE OF THE INSPECTOR GENERAL, DEP'T OF VETERANS AFF., INADEQUATE GOVERNANCE OF THE VA POLICE PROGRAM AT MEDICAL FACILITIES (Dec. 13, 2018),  and OFFICE OF THE INSPECTOR GENERAL, DEP'T OF VETERANS AFF., VA POLICE MANAGEMENT SYSTEM NEEDS IMPROVEMENT (Jun. 17, 2020). Specifically, this includes but is not limited to, any data collected or used for "Issue 2: Patient Record Flag Placement, Follow-up, and Notification" in the January 30, 2018 OIG report.

Our request in Part II D was not limited to the 2013 report mentioned in Part II, A.3. We believe records should exist concerning notice, discussion of, and compliance with OIG guidelines and recommendations between 2014 and 2020 including:

> 1. Implementation of recommended designated manager of the records management systems for the VAPF; and

> 2. Findings of the working group established to evaluate whether the Report Exec system meets the needs of VAPF, including strategies to implement this system or its replacement; and

> 3. Development and implementation of a plan for resolving issues with the police records management system.

Particularly, we are interested in any related data collected or compiled for the January 30, 2018, December 13, 2018, and June 17, 2020 OIG reports including the aggregate data by facility compiled for Table 1: Facilities' Policies, Assessments, and Committees and Table 2: Electronic Health Record Review Results in the 2018 report: *Healthcare Inspection: Management of Disruptive Patient Behavior in VA Medical Facilities*. This data will greatly benefit our academic analysis.

Lastly, we request any data collected from the above cited reports concerning vulnerable populations. "Vulnerable Populations" include, but is not limited to, undocumented veterans, women veterans, LGBTQIA+ veterans, transgender veterans, disabled veterans, veterans with mental health diagnosis or complex trauma, unhoused veterans, and non-white veterans. "Non-White" veterans include biracial and White Hispanic veterans.

Thank you for your assistance and prompt attention to this matter.


Sincerely,

*Courtney M. Bachman*

Courtney Bachman
Sunita Patel
UCLA Veterans Legal Clinic

Matthew Strugar
Law Offices of Matthew Strugar


(on behalf of )
Damon Dorsey
Horace Walker
National Association of Minority Veterans (NAMVETS)