**From:** VA OIG FOIA-PA
**To:** Matthew Strugar
**Subject:** supplemental release 21-00363
**Date:** Monday, January 30, 2023 4:52:00 PM
**Attachments:** Supplemental release 21-00363-FOIA Bates 001-095.pdf

Good Afternoon –

Attached please find a supplemental release for FOIA request 21-00363.

Department of Veterans Affairs
Office of Inspector General

WARNING - This email, and any attachment, is confidential and may be protected by the attorney-client privilege, the attorney work product privilege, or another applicable privilege.  Any further use or dissemination of this material to anyone other than the intended recipient(s) is prohibited, absent authorization of the VA Office of Inspector General.  If you have received this document in error, please notify the sender at the telephone number provided above.