| | |
|---|---|
| **From:** | VA OIG FOIA-PA |
| **To:** | Matthew Strugar |
| **Subject:** | 21-00363-FOIA supplemental release |
| **Date:** | Friday, March 10, 2023 10:33:00 AM |
| **Attachments:** | 32. Supplemental release 21-00363-FOIA Bates 004.pdf |

Good Morning –

Please find a supplemental release attached for 21-00363-FOIA.

VA OIG FOIA
Department of Veterans Affairs
Office of Inspector General

WARNING - This email, and any attachment, is confidential and may be protected by the attorney-client privilege, the attorney work product privilege, or another applicable privilege.  Any further use or dissemination of this material to anyone other than the intended recipient(s) is prohibited, absent authorization of the VA Office of Inspector General.  If you have received this document in error, please notify the sender at the telephone number provided above.