## *Vaughn* Index – Veterans Health Administration, Department of Veterans Affairs
*Nat'l Ass'n of Minority Veterans v. U.S. Department of Veterans Affairs*

| Bates Numbers | Document Description | FOIA Exemption | Withholding Description | Exemption Justification |
|---|---|---|---|---|
| 00001-00018 | Pre-decisional draft of unnumbered VHA Directive Workplace Violence Prevention Program, 11MHSP - Mental Health and Suicide Prevention | b (5) – DP | Withheld in full, except for last page which is blank except for the document heading. | This document is a pre-decisional unnumbered draft VHA Directive. It is an inter-agency document containing deliberative conversations expressing opinions on policy and legal matters. It is not a final decision of the agency. Disclosure would serve only to confuse the public and discourage frank and open discussion on matters of policy. As noted in the provided Initial Agency Decision, issued on December 22, 2021, a copy of the final and approved VHA directive regarding workplace violence may be found at https://www.va.gov/vhapublications/publications.cfm?Pub=1<br><br>The author of the pre-decisional document was the VHA Office of Patient Care Services and if the document was released it would impair VHA operations as the document.  The document contains discussion between VA employees regarding adoption or rejection of ideas, policies, language, and legal requirements. They also contain discussion about union matters that could hamper or impede future labor negotiations. Release of these types of deliberations is exactly what b(5) was designed to protect form disclosure so that a free flow of ideas is encouraged, not suppressed. Release of these documents would suppress open discussion about any future policies.<br><br>The final document that was produced, referenced above, makes no reference to these pre-decisional documents and the agency has not expressly adopted or incorporated by reference these pre-decisional deliberative documents. Thus, b(5) protections remain applicable. |

| Bates Numbers | Document Description | FOIA Exemption | Withholding Description | Exemption Justification |
|---|---|---|---|---|
| | | | | The final issued Directive has been provided in full to Plaintiff and receiving these pre-decisional documents would result in revealing the exact types of deliberations on pre-decisional documents that are protected by b(5). These discussions are both pre-decisional and deliberative and disclosure would serve only to confuse the public and discourage frank and open discussion on matters of policy. |
| 00019-00020 | Acting Deputy Under Secretary for Health for Operations and Management. "Meeting New Mandatory Safety Training Requirements using Veterans Health Administration's Prevention and Management of Disruptive Behavior (PMDB) Curriculum." Memorandum. November 7, 2013. | b (6) | Withheld in Part | Lower-level employee names have been withheld under b(6) as these employees' privacy interest exceeds the interest of the public in disclosure. Further, email addresses, phone numbers, and signatures have been withheld as again the privacy interest exceeds the public interest in disclosure and disclosure would provide no greater insight into the operations of the government. |
| 00021 | Report of Contact | b(5) - DP<br><br>b(6) | Withheld in Part | This Report of Contact involves notes of a June 19, 2017 review discussion and follow up call on June 28, 2017, between the Director of the VHA Workplace Violence Prevention Program and other VA employees. It concerns discussions about limiting the escalation of disruptive behavior and the notification of patients. The communications directly concern the |

| Bates Numbers | Document Description | FOIA Exemption | Withholding Description | Exemption Justification |
|---|---|---|---|---|
| | | | | development of specific policy in the draft Directive.<br><br>Policy recommendations and frank and open discussion regarding policy issues have been withheld under b(5). These discussions are both pre-decisional and deliberative and disclosure would serve only to confuse the public and discourage frank and open discussion on matters of policy.<br><br>Lower-level employees names have been withheld under b(6) as these employees' privacy interest exceeds the interest of the public in disclosure and disclosure would provide no greater insight into the operations of the government. |
| 00022-00129 | VHA Center for Engineering and Occupational Safety and Health, Employee Threat Assessment Team (ETAT): A Guidebook for Managing Risks Posed by the Disruptive and Threatening Employee, April 2016. | b (6) | Released in full, except for names on two pages that list names of individuals who contributed in different capacities to the guidebook. | Lower-level employee names have been withheld under b(6) as these employees' privacy interest exceeds the interest of the public in disclosure and disclosure would provide no greater insight into the operations of the government. |