UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>       Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>       Defendant. | Civil Action No. 21-1298 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Renewed Motion for Summary Judgment, and the entire record herein, it is hereby:

ORDERED that Defendant's Motion is GRANTED; and it is

FURTHER ORDERED that summary judgment is entered for Defendant.

SO ORDERED.


_____
DATE

_____
UNITED STATES DISTRICT JUDGE

- 3 -