**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>        Plaintiff,<br><br>   v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>        Defendant. | **Case No.**  1:21-cv-01298-RC<br>**Judge:** Hon. Rudolph Contreras<br><br>**CONSENT MOTION TO EXTEND DEADLINES** *NUNC PRO TUNC*<br><br>**Current Dates:**<br>Plaintiff's Cross-MSJ/Opp: April 18, 2023<br>Defendant's Reply/Opp: May 3, 2023<br>Plaintiff's Reply: May 24, 2023<br><br>**Proposed Dates:**<br>Plaintiff's Cross-MSJ/Opp: May 5, 2023<br>Defendant's Reply/Opp: June 16, 2023<br>Plaintiff's Reply: June 30, 2023 |

    Counsel for Plaintiff National Association of Minority Veterans (NAMVETS) hereby submits the following request to extend the Court's deadlines *nunc pro tunc*. In support of this motion, Plaintiff states as follows:

1. On January 18, 2023, the Court ordered the following schedule to govern further proceedings in this matter:

    Defendant shall submit its motion for summary judgment on or before March 3, 2023.

    Plaintiff shall submit its opposition and cross-motion for summary judgment on or before April 3, 2023.

    Defendant shall submit its opposition and any reply on or before May 3, 2023.

    Plaintiff shall submit any reply on or before May 24, 2023.

2. On February 24, 2023, Defendant informed Plaintiff that it needed a 13-day extension of its deadline to file the motion for summary judgment. Plaintiff consented to this request. On March 1, 2023, the Court granted Defendant's Consent Motion to Modify the Summary Judgment Briefing Schedule, and issued the following schedule:

    Defendant shall submit its motion for summary judgment on or before March 16, 2023.

      Plaintiff shall submit its opposition and cross-motion for summary judgment on or before April 17, 2023.

      Defendant shall submit its opposition and any reply on or before May 17, 2023.

      Plaintiff shall submit any reply on or before June 7, 2023.

3. On March 14, 2023, Defendant informed Plaintiff that it needed a 3-business day extension of its deadline to file the motion for summary judgment. Plaintiff consented to this request, on the condition that Plaintiff would have until April 21, 2023 to file its cross-motion for summary judgment and opposition. Defendant consented to Plaintiff's request. Exhibit A. On March 15, 2023, the Court granted Defendant's Consent Motion for Extension of Time and ordered Defendant to file its motion for summary judgment on or before March 21, 2023.

4. In light of the aforementioned exchange between counsel for the parties, Plaintiff planned to file its cross-motion for summary judgement and opposition on April 21, 2023.

5. On April 17, 2023, counsel for Plaintiff contacted counsel for Defendant and requested an extension to May 5, 2023, to file its cross-motion for summary judgement and opposition due to competing personal and professional obligations and deadlines. Notably, on December 20, 2022, Defendant provided Plaintiff with one 14-page draft *Vaughn* index, but Defendant's motion for summary judgment had two additional *Vaughn* indices, one of which was 136 pages. Accordingly, it took more time than anticipated for Plaintiff's counsel to thoroughly review the additional *Vaughn* indices.

6. On April 18, 2023, counsel for Plaintiff learned that it had missed the Court's deadline to file Plaintiff's cross-motion for summary judgment and opposition.

7. On April 20, 2023, counsel for Defendant consented to the new proposed briefing schedule.

8. Plaintiff respectfully requests an extension *nunc pro tunc* to file its cross-motion for summary judgment and opposition.

9. There is good cause to grant this motion. Plaintiff did not anticipate receiving additional *Vaughn* indices from Defendant, which impacted counsel for Plaintiff's other obligations and deadlines. Moreover, Plaintiff was under the impression that it had until April 21, 2023, to file its cross-

motion for summary judgment and opposition based upon the exchange between the parties' counsel. Exhibit A.

10. This is the first extension Plaintiff has requested.

11. Pursuant to Local Rule 7(m), the undersigned counsel for Plaintiff conferred with counsel for Defendant, who indicated that Defendant consents to the relief requested herein.

12. For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and order the following schedule to govern further proceedings in this matter:

    Plaintiff's Cross-MSJ/Opp: May 5, 2023

    Defendant's Reply/Opp: June 16, 2023

    Plaintiff's Reply: June 30, 2023

Respectfully submitted,

DATED: April 20, 2023

By: /s/ Matthew Strugar
Matthew Strugar, DC Bar No. 1010198
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone: (323) 696-2299
matthew@matthewstrugar.com

DATED: April 20, 2023

By: /s/ Aisha C. Novasky
Aisha C. Novasky, CA Bar No. 328120
Sunita Patel, DC. Bar No. 1026102
Courtney Bachman, NC Bar No. 56710
UCLA School of Law Veterans Legal Clinic
907 Westwood Blvd., Unit 444
Los Angeles, CA 90024
Telephone: (310) 792-1498
novasky@law.ucla.edu

*Attorneys for Plaintiff National Association of Minority Veterans*

Case No: 1:21-cv-01298-RC
CONSENT MOTION TO EXTEND DEADLINES *NUNC PRO TUNC*