**Novasky, Aisha**

---

| | |
|---|---|
| **From:** | O'Tousa, Christina (USADC) <Christina.O'Tousa@usdoj.gov> |
| **Sent:** | Tuesday, March 14, 2023 1:44 PM |
| **To:** | Novasky, Aisha |
| **Cc:** | Matthew Strugar; Bachman, Courtney; Patel, Sunita |
| **Subject:** | RE: Nat'l Ass'n Minority Veterans v. VA, 21-1298 - 3 business day extension |

Hi Aisha,

Thanks for getting back to me. And yes, Defendant consents to that extension for Plaintiff's opp/cross-motion.

Regards,
Christina

**Christina O'Tousa**
Assistant United States Attorney
(202) 252-2437  |  christina.o'tousa@usdoj.gov

---

**From:** Novasky, Aisha <novasky@law.ucla.edu>
**Sent:** Tuesday, March 14, 2023 4:34 PM
**To:** O'Tousa, Christina (USADC) <COTousa@usa.doj.gov>
**Cc:** Matthew Strugar <matthew@matthewstrugar.com>; Bachman, Courtney <bachman@law.ucla.edu>; Patel, Sunita <patel@law.ucla.edu>
**Subject:** [EXTERNAL] RE: Nat'l Ass'n Minority Veterans v. VA, 21-1298 - 3 business day extension

Christina, that is fine with us. We will also need an extension for our opp/cross-motion, with a deadline of April 21st. Let us know if that works for you.

Best,

Aisha C. Novasky (she/her)
Lecturer
UCLA Veterans Legal Clinic

---

**From:** O'Tousa, Christina (USADC) <Christina.O'Tousa@usdoj.gov>
**Sent:** Tuesday, March 14, 2023 10:10 AM
**To:** Novasky, Aisha <novasky@law.ucla.edu>
**Cc:** Matthew Strugar <matthew@matthewstrugar.com>; Bachman, Courtney <bachman@law.ucla.edu>; Patel, Sunita <patel@law.ucla.edu>
**Subject:** Nat'l Ass'n Minority Veterans v. VA, 21-1298 - 3 business day extension

Counsel,

I am still waiting on some materials from a referral component, but I think a short extension should be enough. I also was out sick and could use the short extension for that reason as well. Will Plaintiff consent to a 3-business day extension of the deadline for Defendant's MSJ? The deadline is currently Thursday, March 16, and this would make the deadline Tuesday, March 21. I'm also happy to work with you on any extension of deadlines you may need.

Thanks,
Christina

**Christina O'Tousa**
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW, Washington, DC 20530
(202) 252-2437 | christina.o'tousa@usdoj.gov