**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION OF MINORITY VETERANS,

        Plaintiff,

  v.

THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

        Defendant.

**Case No.**  1:21-cv-01298-RC

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Deadlines *Nunc Pro Tunc*, IT IS HEREBY ORDERED, and the entire record herein, that the motion is GRANTED.

IT IS FURTHER ORDERED that the following schedule shall govern further proceedings in this matter:

Plaintiff shall submit its opposition and cross-motion for summary judgment on or before May 5, 2023.

Defendant shall submit its opposition and any reply on or before June 16, 2023.

Plaintiff shall submit any reply on or before June 30, 2023.

SO ORDERED this _____ day of _____, 2023.

                                                    _____
                                                    Honorable Rudolph Contreras
                                                    District Judge
                                                    United States District Court