|  | Percents | Counts |
|---|---|---|
| No one | 73.1 | 87 |
| Office of Security and Law Enforcement | 4.2 | 5 |
| Veterans Integrated Service Network | 2.5 | 3 |
| Office of the Deputy Under Secretary for Health for Operations and Management | 0.0 | 0 |
| Not Applicable | 17.6 | 21 |
| Other | 2.5 | 3 |
| Totals | 100.0% | 119 |

Replies = 119.

Other blank answers:

- Director
- I am the (b)(6) not sure if my final rating is reviewed by the (b)(6); (b)(7)(C)
- I dont believe it is reviewed outside of our duty station, but I am not certain

Figure 4: Q4: Which of the following offices outside of your facility independently reviews your final performance rating as the facility police chief?

|  | Percents | Counts |
|---|---|---|
| Yes | 100.0 | 119 |
| No | 0.0 | 0 |
| Totals | 100.0% | 119 |

Mean = 2.00. Replies = 119.

Figure 5: Q5: Has your facility ever had a police inspection by the Office of Security and Law Enforcement?

|  | Percents | Counts |
|---|---|---|
| August | 14.4 | 17 |
| July | 11.9 | 14 |
| March | 11.0 | 13 |
| April | 11.0 | 13 |
| June | 9.3 | 11 |
| September | 9.3 | 11 |
| January | 8.5 | 10 |
| May | 8.5 | 10 |
| February | 6.8 | 8 |
| November | 4.2 | 5 |
| December | 4.2 | 5 |
| October | 0.8 | 1 |
| Totals | 100.0% | 118 |

Replies = 118.

Figure 6: Q6: What month and year did your facility last receive a police inspection performed by the Office of Security and Law Enforcement?

|  | Percents | Counts |
|---|---|---|
| 2017 | 28.6 | 34 |
| 2016 | 26.1 | 31 |