UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　Defendant. | Civ. No. 21-1298 |

**[Proposed] Order**

Upon consideration of Plaintiff National Association of Minority Veterans' Renewed Motion for Summary Judgment, the memoranda and exhibits submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Renewed Motion for Summary Judgment is GRANTED; and it is further

ORDERED that Defendant produce (1) the OIG survey questions and responses and related follow up communications use to prepare OIG reports; and (2) two "large [E]xcel spreadsheets" without withholdings under Exemption 5 or 7E within fourteen days of this order.

SO ORDERED.

Dated:　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RUDOLF CONTRERAS
　　　　　　　　　　　　　　　　　　　　United States District Judge