UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>     Plaintiff,<br><br>          v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>     Defendant. | Civ. No. 21-1298 |

**PLAINTIFF NATIONAL ASSOCIATION OF MINORITY VETERANS' RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff National Association of Minority Veterans (NAMVETS) renews its cross-moves for summary judgment in this case brought to remedy violations of the Freedom of Information Act (FOIA), 5 U.S.C. § 552, on the ground that there is no genuine issue of disputed material fact and NAMVETS is entitled to judgment as a matter of law. Defendant United States Department of Veterans Affairs has not demonstrated that information remaining at issue, both redacted and withheld in its entirety, is exempt from disclosure under FOIA. Accordingly, judgment should be entered for NAMVETS.

In support of this renewed cross-motion, NAMVETS submits the accompanying Memorandum in Opposition to Defendant's Renewed Motion for Summary Judgment and in Support of Plaintiff's Renewed Cross-Motion for Summary Judgment; Plaintiff's Counter-Statement of Material Facts as to Which There is no Genuine Dispute; and the Declaration of Matthew Strugar and accompanying exhibits.

Dated: May 5, 2023	By: */s/ Matthew Strugar*
	Matthew Strugar
	Law Office of Matthew Strugar
	3435 Wilshire Blvd., Suite 2910
	Los Angeles, CA 90010
	Telephone: (323) 696-2299
	Email: matthew@matthewstrugar.com

	By: /s/ Aisha C. Novasky
	Aisha C. Novasky, CA Bar No. 328120
	novasky@law.ucla.edu
	Sunita Patel, DC Bar No. 1026102
	patel@law.ucla.edu
	Courtney Bachman, NC Bar No. 56710
	bachman@law.ucla.edu
	UCLA School of Law Veterans Legal Clinic
	907 Westwood Blvd., Unit 444
	Los Angeles, CA 90024
	Telephone: (310) 792-1498

	*Counsel for Plaintiff*

## Certification of Service

On May 5, 2023, I filed the forgoing document through this Court's CM/ECF system, which sent notice to all counsel of record in this action.

Dated: May 5, 2023	/s/	Matthew Strugar
		Matthew Strugar