UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | Civ. No. 21-1298 |

**PLAINTIFF NATIONAL ASSOCIATION OF MINORITY VETERANS' COUNTER-STATEMENT OF MATERIAL FACTS**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), Plaintiff National Minority Association of Minority Veterans (NAMVETS) submits the following counter-statement of material facts in support of its Renewed Cross-Motion for Summary Judgment and Opposition to Defendant's Renewed Motion for Summary Judgment in support thereof.

| | |
|---|---|
| 1." On November 11, 2020, Plaintiff National Association of Minority Veterans submitted a request to the VA under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. 3rd Gowins-Bellamy Decl. ¶ 5, Ex. A; Compl. ¶ 7, ECF No. 1." | 1. Undisputed. |
| 2. "Part I, the Defined Terms, conveyed that the request sought records dating back to the year 2012. It also stated that the request was to the "U.S. Department of Veterans Affairs and any subcomponents of that department, including the Department of Veterans Affairs Office of Operations, Security, and Preparedness ('OSP') and the | 2. Undisputed. |

| | |
|---|---|
| Office of Security and Law Enforcement (OS&LE)." FOIA Request, Part I." | |
| 3. "The remainder of the FOIA request sought the following categories of records:<br><br>**II. REQUEST FOR INFORMATION AND RECORDS**<br><br>A. Any and all Records concerning the behavioral record flag policies and procedures utilized by the VAPD and VHA staff including, but not limited to:<br><br>1. Policies and procedures related to "disruptive behavior flags;"<br><br>2. Each Veterans Integrated Service Networks' (VISNs) guidelines and procedures outlining the process for authorizing placement of record flags, notifying veterans of the flags, and the process for appealing and removing them;<br><br>3. VA and VHA definitions and applications of "disruptive behavior" as applied in each VISN and any uniform definitions across the VA, including but not limited to definitions recommended by the Office of the Inspector General (OIG) Management of Disruptive Patient Behavior at VA Medical Facilities (2013).6<br><br>B. Any and all Records concerning Disruptive Behavior Committees/Boards (DBC/Bs) policies and procedures including, but not limited to records related to:<br><br>1. issuance of Orders of Behavioral Restriction or placement of Category I or Category II record flags; and<br><br>2. reevaluation of previously issued Red Flags by the DBC/B.<br><br>C. Any and all records concerning the placement, use, and outcomes of Panic Alarms activation by VA staff and VA police, including, but not limited to:<br><br>1. VA Police policies and procedures relating to the activation of Panic Alarms, including but not limited to stationary, electronic personal, and computer-based Panic Alarms; and | 3.  Undisputed. |

2. VA guidelines and procedures for Panic alarm testing.

3. arrests made following the use of a panic alarm or security alarm triggered by a staff member.

D. Any and all Records concerning notice, discussion of, and compliance with Department of Veterans Affairs Office of Inspector General guidelines and recommendations issued between 2014 and 2020 including, but not limited to:

1. Implementation of recommended designated manager of the records management systems for the VAPF;[7] and

2. Findings of the working group established to evaluate whether the Report Exec system meets the needs of VAPF, including strategies to implement this system or its replacement;[8] and

3. Development and implementation of a plan for resolving issues with the police records management system.[9]

### III. RECORDS RELATED TO DATA AND STATISTICS

A. **National and Regional Data and Statistics:** Requester seeks any and all Records containing data or statistics prepared, compiled, or maintained by the VA or any agency or subdivision thereof, pertaining to the VA Police, beginning in year 2010 to the present. Requesters seek such national, State, or VISN Records. Requesters seek such Records encompassing information on and off VA property. Such Records should include information related to numbers of police officers, citations, arrests (on and off VA property; subject to a judicial warrant and warrantless), searches of persons and property, use of force, weapons use, numbers of complaints against VAPF officers.

B. **District Court Violation Notices:**

1. Records that contain data or statistical information on the total amount of District Court Violation Notices VA Police issued in each state, VISN, or facility.

2. Records that contain data or numerical information for District Court Violation Notices involving VA Police

officers in connection with local, state, other federal, OIG, or university police.

C. **Vehicle Removal:**

1. Records that contain data or statistical information on the total vehicles removed from VA Property.

2. Records that contain data or numerical information for vehicle removal involving VA Police officers in connection with local, state, other federal, OIG, private security, or university police.

D. **Traffic Enforcement:**

1. Records that contain data or statistical information on citations for traffic or parking violations on or around VA medical facility property in each state, whether issued by VA Police, other authorized law enforcement or private security.

2. Records that contain data or numerical information for traffic enforcement involving VA Police officers in connection with local, state, other federal, OIG, or university police.

E. **Panic Button Data:**

1. Records that contain data or statistical information on the usage of Panic Alarms by VA staff or VA police in VA facilities in each state.

2. Records that contain data or statistical information on the testing of Panic Alarms in each state, VISN, and/or Facility.

3. Records that contain data or numerical information for panic buttons involving VA Police officers in connection with local, state, other federal, OIG, or university police.

F. **Behavioral Record Flag Data**

1. Records that contain data or statistical information on the issuance of Behavioral Red Flags and/or Patient Record Flags to veterans who are members of Vulnerable Population in VA Facilities in each state, VISN, and/or Facility.

2. Records that contain data or statistical information on the number of veterans who are members of Vulnerable

| | |
|---|---|
| Populations that currently have Behavioral Red Flags and/or Patient Record Flags | |
| 3. Records that contain data or statistical information on the number of veterans who are members of Vulnerable Populations that have had their Behavioral Red Flags and/or Patient Record Flags removed. | |
| 4. Records that contain data or numerical information for Behavioral Record Flags involving VA Police officers in connection with local, state, other federal, OIG, or university police. | |
| 5. Previously compiled data, records, or other information relied upon by the | |
| a. Office of the Inspector General | |
| b. Government Accountability Office | |
| c. Office of Security and Law Enforcement | |
| d. Office of Operations, Security, and Preparedness. | |
| G. **Disruptive Behavior Committee/Board Data** | |
| 1. Records that contain data or statistical information on the attendance of DBC/Bs in VA Facilities in each state, VISN, and/or Facility. | |
| 2. Records that contain data or statistical information on the issuance of Orders of Behavioral Restriction (OBR). | |
| H. **Uniform Monthly Crime Reports** for VA Facilities in Ohio, New York, Florida, and California from 2010 to present." | |
| "6 *See, e.g.*, Department of Veterans Affairs, Office of the Inspector General, *Management of Disruptive Patient Behavior at VA Medical Facilities* | |
| 7 *See, e.g.*, Department of Veterans Affairs, Office of the Inspector General, *VA Police Management System Needs Improvement* (2020) | |
| 8 Id. | |
| 9 Id. | |
| FOIA Request ¶¶ II-III." | |
| 4. "Upon intake of the FOIA request, the request was directed to numerous components of the VA, including | 4. Undisputed. |

| | |
|---|---|
| the VA's Office of Operations, Security, and Preparedness ('OSP') and the Office of Security and Law Enforcement (OS&LE), VHA, OS&LE, and the VA's Office of the Inspector General ("OIG"). See 3rd Gowins-Bellamy Decl. ¶ 11–12; Marakowski Decl. ¶ 9." | |
| 5. "On December 23, 2020, the Office of the Inspector General issued a response to the FOIA request. 3rd Gowins-Bellamy Decl. ¶ 6, Ex. B; Compl. ¶¶ 11–12." | 5. Undisputed. |
| 6. "On January 25, 2021, Plaintiff administratively appealed the OIG's response. 3rd Gowins-Bellamy Decl. ¶ 7, Ex. C; Compl. ¶ 15." | 6. Undisputed. |
| 7. "On January 28, 2021, OIG denied the Association's appeal. 3rd Gowins-Bellamy Decl. ¶ 8, Ex. D; Compl. ¶ 17." | 7. Undisputed. |
| 8. "On May 11, 2021, the Association filed a civil action against the VA under FOIA with respect to the OIG portion of the request. See generally Compl." | 8. Undisputed. |
| 9. "Meanwhile, Plaintiff continued to pursue records from the other Agency components in response to the FOIA request. 3rd Gowins-Bellamy Decl. ¶¶ 10–11[.]" | 9. Undisputed. |
| 10. "On August 23, 2021, Plaintiff requested documents from the OIG as part of this litigation. 3rd Gowins-Bellamy Decl. ¶¶ 14–15, Ex. E." | 10. Disputed but immaterial. Plaintiff did not "requested documents from the OIG as part of this litigation" but negotiated its original request through litigation. This Court found as much. *See* Fact No. 11. |
| 11. "On November 22, 2022, the Court ruled that this request was a modified request that replaced the original FOIA request from Plaintiff. Mem. Op. (ECF No. 30)." | 11. Undisputed. |
| 12. "The Office of the Inspector General searched for the records requested in the modified FOIA request, as described further in the Third Gowins-Bellamy Declaration." | 12. Undisputed. |
| 13. "The Office of the Inspector General processed and released the requested records, as described further in the Third Gowins-Bellamy Declaration." | 13. Undisputed. |
| 14. "The Veterans Health Administration processed and released the documents that the Office of the Inspector General referred to in response to the modified FOIA | 14. Undisputed. |

| | |
|---|---|
| Request, as described further in the Marakowski Declaration." | |
| 15. "The Office of Operations, Security, and Preparedness processed and released the documents that the Office of the Inspector General referred to in response to modified FOIA request, as described further in the Smalls Declaration." | 15. Undisputed that NAMVETS took this position. Bisputed that the position was this broad. The Association provided specific, narrowing examples of sought records between 2014 and 2020. Declaration of Courtney Bachman (hereinafter Bachman Decl.) ¶ 13-14. |
| 16. "The three components of the VA properly considered each record and released all reasonably segregable information. See 3rd Gowins-Bellamy Decl. ¶ 66; Marakowski Decl. ¶ 19; Smalls Decl. ¶¶ 14, 19, 20." | 16. Disputed. Whether the three components of the VA properly considered each record and released all reasonably segregable information is the ultimate dispute of law at issue in this motion. |

Date:   May 5, 2023                               Respectfully submitted,

/s/ Matthew Strugar_____
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

By: /s/ Aisha C. Novasky
Aisha C. Novasky, CA Bar No. 328120
novasky@law.ucla.edu
Sunita Patel, DC Bar No. 1026102
patel@law.ucla.edu
Courtney Bachman, NC Bar No. 56710
bachman@law.ucla.edu
UCLA School of Law Veterans Legal Clinic
907 Westwood Blvd., Unit 444
Los Angeles, CA 90024
Telephone: (310) 792-1498

**Certification of Service**

      On May 5, 2023, I filed the forgoing document through this Court's CM/ECF system, which sent notice to all of the counsel of record in this action.

Dated: May 5, 2023              /s/    Matthew Strugar
                                                    Matthew Strugar