UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | Civ. No. 21-1298 |

**DECLARATION OF MATTHEW STRUGAR IN SUPPORT OF PLAINTIFF NATIONAL ASSOCIATION OF MINORITY VETERANS RENEWED CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

I, Matthew Strugar, do hereby declare the following:

1. The facts contained in this declaration are personally known to me and, if called as a witness, I could and would testify competently thereto under oath.

2. I am counsel for the plaintiff National Association of Minority Veteran America's (NAMVETS) in this lawsuit.

3. Attached as Exhibit A is a true and correct copy of the contested survey and responses, Bates numbered OIG 001–095, produced to me by the agency on January 30, 2023.

4. Attached as Exhibit B is a true and correct copy of the contested survey and responses, Bates numbered OIG 096–107, produced to me by the agency on January 11, 2023.

5. Attached as Exhibit C is a true and correct copy of Bates number OIG 004, produced to me by the agency on March 10, 2023.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on May 5, 2023 in Los Angeles, CA

/s/ Matthew Strugar
Matthew Strugar

**Certification of Service**

On May 5, 2023, I filed the forgoing document through this Court's CM/ECF system, which sent notice to all of the counsel of record in this action.

Dated: May 5, 2023

/s/    Matthew Strugar
Matthew Strugar

DECLARATION OF MATTHEW STRUGAR ISO PLAINTIFF'S RENEWED CROSS-MSJ