

# Survey of VHA Chiefs of Police
## Office of Inspector General

(b)(5)

Following is a summary of all completed responses so far. (b)(5)
closes.

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOVF
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV

Survey of Chiefs of Police
003
Case 1:21-cv-01298-RC    Document 40-4    Filed 05/05/23    Page 3 of 95

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

(b)(5)

Replies = 119.
Figure 1: Q1: Login Unique ID



|  | Percents | Counts |  |
|---|---|---|---|
| 1 to 5 years | 49.6 | 59 | |
| 6 to 10 years | 17.6 | 21 | |
| Over 10 years | 16.8 | 20 | |
| Less than one year | 16.0 | 19 | |
| Totals | 100.0% | 119 | |

Replies = 119.
Figure 2: Q2: How long have you been the police chief at your facility?



|  | Percents | Counts |
|---|---|---|
| Assistant/associate director | 95.0 | 113 |
| Medical director | 0.8 | 1 |
| Veterans Integrated Service Network | 0.0 | 0 |
| Office of the Deputy Under Secretary for for Operations and Management | 0.0 | 0 |
| Office of Security and Law Enforcement | 0.0 | 0 |
| Other | 4.2 | 5 |
| Totals | 100.0% | 119 |

(b)(5)

Replies = 119.

Other blank answers:

- Deputy Director
- Deputy Director
- Associate Director of Facility Support
- Deputy Director
- Deputy Director (associate director equivalent)

Figure 3: Q3: Which of the following officials or offices provides your performance rating as the facility police chief?



|  | Percents | Counts |
|---|---|---|
| No one | 73.1 | 87 |
| Office of Security and Law Enforcement | 4.2 | 5 |
| Veterans Integrated Service Network | 2.5 | 3 |
| Office of the Deputy Under Secretary for Health for Operations and Management | 0.0 | 0 |
| Not Applicable | 17.6 | 21 |
| Other | 2.5 | 3 |
| Totals | 100.0% | 119 |

Replies = 119.

Other blank answers:

- (b)(6)
- I am the (b)(6) not sure if my final rating is reviewed by the (b)(6)
- I dont believe it is reviewed outside of our duty station, but I am not certain

Figure 4: Q4: Which of the following offices outside of your facility independently reviews your final performance rating as the facility police chief?

---



|  | Percents | Counts |
|---|---|---|
| Yes | 100.0 | 119 |
| No | 0.0 | 0 |
| Totals | 100.0% | 119 |

Mean = 2.00. Replies = 119.

Figure 5: Q5: Has your facility ever had a police inspection by the Office of Security and Law Enforcement?

---



|  | Percents | Counts |
|---|---|---|
| August | 14.4 | 17 |
| July | 11.9 | 14 |
| March | 11.0 | 13 |
| April | 11.0 | 13 |
| June | 9.3 | 11 |
| September | 9.3 | 11 |
| January | 8.5 | 10 |
| May | 8.5 | 10 |
| February | 6.8 | 8 |
| November | 4.2 | 5 |
| December | 4.2 | 5 |
| October | 0.8 | 1 |
| Totals | 100.0% | 118 |

Replies = 118.

Figure 6: Q6: What month and year did your facility last receive a police inspection performed by the Office of Security and Law Enforcement?

---

|  | Percents | Counts |
|---|---|---|
| 2017 | 28.6 | 34 |
| 2016 | 26.1 | 31 |



| | Percents | Counts | |
|---|---|---|---|
| 2014 | 21.8 | 26 | |
| 2015 | 20.2 | 24 | |
| 2013 | 3.4 | 4 | |
| 2012 or earlier | 0.0 | 0 | |
| Totals | 100.0% | 119 | |

Replies = 119.

Figure 7: Q7:



| | Percents | Counts |
|---|---|---|
| Medical director | 67.2 | 80 |
| VAMC fiscal service | 47.1 | 56 |
| VAMC budget committee | 33.6 | 40 |
| Police chief | 18.5 | 22 |
| Veterans Integrated Service Network | 0.0 | 0 |
| Office of the Deputy Under Secretary for Health for Operations and Management | 0.0 | 0 |
| Other | 18.5 | 22 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 119.

Other blank answers:

- Budget is briefed to the Chief Fiscal Officer, Human Resources Officer and Associate Director. Budget is then compiled and sent to the Executive Leadership. Signed off on by the Director
- Executive Leadership Team
- Facility Hospital Director
- ELT member
- This is a guess as these are who I turned my recommendations in to
- Associate Director
- Executive Leadership Council
- Resource Management Council
- Associate Director
- Associate Director
- Executive Leadership – AMTIS Briefing
- Associate Director for Operations
- Associate Director / Operations
- Deputy Director
- Associate Medical Center Director controls all admin budgets.
- Associate Director
- Associate Director
- FHCC Budget Committee
- RMC
- Entire leadership team / Quadrad
- associte director
- Facility Director/ Associate Director

Figure 8: Q8: Which of the following officials or offices approves the police service budget at your facility? Check all that apply



| | Percents | Counts | |
|---|---|---|---|
| Medical director | 76.5 | 91 | |
| Police chief | 29.4 | 35 | (b)(5) |



| | | | |
|---|---|---|---|
| VAMC budget committee | 14.3 | 17 | |
| VAMC fiscal service | 13.4 | 16 | |
| Veterans Integrated Service Network | 0.8 | 1 | |
| ADUSH for Administrative Operations | 0.0 | 0 | |
| Other | 39.5 | 47 | |
| Totals | * | * | |

* Multiple answer question so totals not meaningful. Replies = 119.

Other blank answers:

- ECO or PMC
- Executive Leadership Board
- PMB Committee
- Resource Management Committee either approves or disapproves. Ultimate decision is the Director
- Position Management Committee
- Management Advisory Committee
- Facility Associate Director
- staffing committee
- committee functions involved, multi-dscplinary representation
- Quad
- Resource Management Committee
- Executive Leadership Council
- Resaource Management Board
- Resource Management Committee
- Resource Management Council
- Resource Management Committee
- Position Management Committee
- Resource managment board
- Associate Director if "approved out of comittee"
- FTEE Committee
- Associate Director
- Resource Management Committe
- Executive Leadership - AMTIS Briefing
- Associate Director for Operations
- Resoure Management Committee
- Resource Management Committee
- Deputy Director
- Resource Management Board (RMB)
- Resources Committee
- Resources Committee
- in conjunction with the Resource Allocation Committee.
- Police Chief and Associate Director
- Associate Director, Resource Management Committee
- Quad
- Associate Director
- Associate Director
- Executive Resourse Board (ERB)
- Total Force Management (Members are a mix of FHCC & Active Duty leaders)
- RMC
- VAMC Position Management Committee
- Human Resources
- VAMC FTE Committee made up of budget, HR, and select others
- Entire leadership team / Quadrad
- Associate Director
- associate director
- Position Management Committee and Director/ Associate Director

- Finance Council

Figure 9: Q9: Which of the following officials or offices approves the police service staffing decisions at your facility? Check all that apply



|  | Percents | Counts |
|---|---|---|
| Police officers | 79.1 | 91 |
| VA Employees | 75.7 | 87 |
| Assistant/associate director | 20.0 | 23 |
| Medical director (b)(5) | 10.4 | 12 |
| Other | 23.5 | 27 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 115.

Other blank answers:

- Chief of Staff
- Don't understand question/ Poorly written.
- In-patients
- Non-Criminal complaints filed against individuals outside of police services would be def erred to the AD or other appropriate agency
- patients, visitors, labor organizaitons, supervisors, managers, etc.
- Human Resources Chief/Assistant chief for Disorderly conduct
- Patients/Visitors
- Veterans, visitors
- We investigate alleged criminal activity. Misconduct is handled by supervisors.
- Chaired AIB for Nursing Home
- Supervisors
- Service Chiefs
- VISN/OIG/Customers
- AFGE Officials
- Union Officials
- Never had a complaint against the Medical Director or Assistant
- we dont investigate misconduct
- This question is not clear
- Human Resources ER/LR
- VA police investigate all officials & offices if misconduct occurred on VA property and conduct involves criminal activity, fraud, corruption or incidents of workplace violence.
- Chief of Police
- Deputy Director (associate director equivalent)
- not allowed to investgate agaist the quad or other service chiefs
- None at the moment
- PVA employees
- Veterans/patients

Figure 10: Q10: Which of the following officials or offices have you ever been responsible for investigating misconduct complaints at your facility? Check all that apply



|  | Percents | Counts |
|---|---|---|
| None of the above | 84.0 | 100 |
| Assignment of staff and resources | 12.6 | 15 |
| Directing how the investigation will be conducted | 5.0 | 6 |
| Investigation planning | 4.2 | 5 |

| | Percents | Counts | |
|---|---|---|---|
| Case selection | 2.5 | 3 | |
| Other | 13.4 | 16 | |
| Totals | * | * | |

* Multiple answer question so totals not meaningful. Replies = 119.

Other blank answers:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-
- This question is not clear
- Director/ Associate Director will assign resources if requested by Police Service (b)(5)

Figure 11: Q11: Which investigative decisions does the medical director at your facility or his or her designee participate in? Check all that apply



| | Percents | Counts |
|---|---|---|
| Never | 72.4 | 84 |
| Always | 18.1 | 21 |
| Rarely | 7.8 | 9 |
| Sometimes | 1.7 | 2 |
| Very often | 0.0 | 0 |
| Totals | 100.0% | 116 |

(b)(5)

Replies = 116.
Figure 12: Q12: How often are you allowed to investigate misconduct complaints against your medical director without the medical director's knowledge?



| | Percents | Counts |
|---|---|---|
| Yes | 65.8 | 77 |
| No | 34.2 | 40 |
| Totals | 100.0% | 117 |

(b)(5)

Mean = 1.66. Replies = 117.
Figure 13: Q13: Are you required to notify any offices or officials before investigating your local medical director?



| | Percents | Counts |
|---|---|---|
| Office of Inspector General | 80.5 | 62 |
| Office of Security and Law Enforcement | 77.9 | 60 |
| Veterans Integrated Service Network | 40.3 | 31 |
| Office of the Deputy Under Secretary for Health | 2.6 | 2 |



for Operations and Management

| | | | |
|---|---|---|---|
| No one | | 1.3 | 1 |
| Totals | | * | * |

* Multiple answer question so totals not meaningful. Replies = 77.

Figure 14: Q14: Which of the following offices are you required to notify? Check all that apply



| | Percents | Count | (b)(5) |
|---|---|---|---|
| Yes | 13.6 | 1 | |
| No | 86.4 | 10 | |
| Totals | 100.0% | 118 | |

Mean = 1.14. Replies = 118.

Figure 15: Q15: Does your police service have policies and procedures for accepting misconduct complaints against the medical director?



- (b)(5); (b)(7)(E)
-
-

-

-

-

-
-
-

- (b)(5); (b)(7)(E)

-
-
-

-

-

Replies = 16.

Figure 16: Q16: Please explain the policies and procedures for accepting misconduct complaints against the medical director.

Percents Counts

| | Percents | Counts | |
|---|---|---|---|
| Yes | 10.9 | 13 | |
| No | 89.1 | 106 | |
| Totals | 100.0% | 119 | |

(b)(5)

Mean = 1.11. Replies = 119.

Figure 17: Q17: Does your police service have policies and procedures on how to investigate misconduct complaints against the medical director?

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-
-

Replies = 13.

Figure 18: Q18: Please explain the policies and procedures on how to investigate misconduct complaints against the medical director.

| | Percents | Counts | |
|---|---|---|---|
| Yes | 23.5 | 28 | |
| No | 76.5 | 91 | |
| Totals | 100.0% | 119 | |

(b)(5)

Mean = 1.24. Replies = 119.

Figure 19: Q19: Does your police service have policies and procedures for elevating investigative decisions implicating the medical director beyond the local level?

- See previous explanation
- You're asking the same question repeatedly. We would notify the network director and possibly the OIG depending upon the allegation.
- (b)(5); (b)(7)(E)
-
-

(b)(5); (b)(7)(E)

- 
- 
- 
- 

- (b)(5); (b)(7)(E)
- 
- 
- 
- 
- 
- 

- 
- 

- (b)(5); (b)(7)(E)
- 
- 
- 
- 
- 
- 

- 

- 

Replies = 27.
Figure 20: Q20: Please explain the policies and procedures for elevating investigative decisions implicating the medical director beyond the local level.

|  | Percents | Counts |
|---|---|---|
| Non-criminal | 98.3 | 117 |
| Criminal | 89.1 | 106 |
| None | 0.0 | 0 |
| Other | 16.8 | 20 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 119.

Other blank answers:

- Felony level complaints would be forwarded to OIG
- (b)(5); (b)(7)(E)
- 
- any complaint of any kind



- (b)(5), (b)(7)(E)
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Figure 21: Q21: What types of misconduct complaints against your police officers are you allowed to investigate? Check all that apply

|  | Percents | Counts |  |
|---|---|---|---|
| Always | 34.7 | 41 | |
| Never | 33.9 | 40 | |
| Rarely | 14.4 | 17 | |
| Very often | 9.3 | 11 | |
| Sometimes | 7.6 | 9 | |
| Totals | 100.0% | 118 | |

Replies = 118.

Figure 22: Q22: How often are you allowed to investigate misconduct complaints against police officers without the medical director's knowledge?

|  | Percents | Counts |  |
|---|---|---|---|
| Assistant/associate director | 82.4 | 98 | |
| Office of Security and Law Enforcement | 62.2 | 74 | |
| Medical director | 57.1 | 68 | |
| Veterans Integrated Service Network director | 11.8 | 14 | |
| No one | 6.7 | 8 | |
| Office of the Deputy Under Secretary for Health for Operations and Management | 2.5 | 3 | |
| Other | 31.1 | 37 | |
| Totals | * | * | |

* Multiple answer question so totals not meaningful. Replies = 119.

Other blank answers:

- Notivfication is made if there is foundation for the allegations.
- OIG depends on the situation
- depends on the circumstances
- Other agencies may be notified depending on the complaint or accusation

Survey of Chiefs of Police

013

Case 1:21-cv-01298-RC   Document 40-4   Filed 05/05/23   Page 13 of 95

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-

Figure 23: Q23: Please identify who you are required to notify about investigations of misconduct complaints against police officers at your facility? Check all that apply

|        | Percents | Counts |
|--------|----------|--------|
| Yes    | 54.2     | 64     |
| No     | 45.8     | 54     |
| Totals | 100.0%   | 118    |

Mean = 1.54. Replies = 118.

Figure 24: Q24: Does your police service have policies and procedures for accepting misconduct complaints against police officers?

- (b)(5); (b)(7)(E)
-
-
-
-

- See previous explanation
- (b)(5); (b)(7)(E)

VISN Chief.

- (b)(5); (b)(7)(E)
-

-
-
-

-


-
-

-

-


-

-

-

- (b)(5); (b)(7)(E)
-


-
-

-
-
- (b)(5); (b)(7)(E)


-
-
-
-
-
-

-
-


-

(b)(5); (b)(7)(E)

- 
- 
- 

Replies = 62.

Figure 25: Q25: Please explain the policies and procedures for accepting misconduct complaints against police officers.

| | Percents | Counts | |
|---|---|---|---|
| Yes | 45.3 | 53 | |
| No | 54.7 | 64 | |
| Totals | 100.0% | 117 | |

Mean = 1.45. Replies = 117.

Figure 26: Q26: Does your police service have policies and procedures on how to investigate misconduct complaints against police officers?

- (b)(5); (b)(7)(E)
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- Refer to answer 24.
- Directives, Handbooks and SOP's
- (b)(5); (b)(7)(E)
- 
- 
- 
- 
-

- (b)(5); (b)(7)(E)

-

-

-
-
-

-
-
-
-

- (b)(5); (b)(7)(E)

-
-

-
-
-

-

- (b)(5)
-
-
-

-
-
-



(b)(5), (b)(7)(C)

Replies = 52.
Figure 27: Q27: Please explain the policies and procedures on how to investigate misconduct complaints against police officers.



| | Percents | Counts | |
|---|---|---|---|
| Yes | 46.2 | 55 | |
| No | 53.8 | 64 | |
| Totals | 100.0% | 119 | |

Mean = 1.46. Replies = 119.
Figure 28: Q28: Does your police service have policies and procedures for moving an investigation to a level higher of review above the police chief?



| | Percents | Counts | |
|---|---|---|---|
| None of the above | 74.6 | 88 | |
| Office of Security and Law Enforcement | 21.2 | 25 | |
| Veterans Integrated Service Network | 16.1 | 19 | |
| Office of the Deputy Under Secretary for Health for Operations and Management | 5.1 | 6 | |
| Totals | * | * | |

* Multiple answer question so totals not meaningful. Replies = 118.
Figure 29: Q29: Which of the following offices does your facility have showing where employees, and visitors can submit misconduct complaints against police officers? Check all that apply

| | Percents | Counts | |
|---|---|---|---|
| Police inspection deficiencies and corrective actions | 71.4 | 85 | |
| Police complaints and allegations | 31.9 | 38 | |
| None of the above | 21.8 | 26 | |
| Police behavioral problems | 19.3 | 23 | |

| | Percents | Counts | |
|---|---|---|---|
| Other | 12.6 | 15 | |
| Totals | * | * | |

* Multiple answer question so totals not meaningful. Replies = 119.

Other blank answers:



- (b)(5), (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-

Figure 30: Q30: Which of the following does your police service track in an information management system? Check all that apply

---

29 ... 60 ... 34 ... 57 ... 27 ... 25 ... 22 ... 23 ... 51 ... 31 ... 9 ... 19 ... 12 ... 31 ... 21 ... 57 ... 28 ... 16 ... 29 ... 13 ... 29 ... 19 ... 38 ... 36 ... 56 ... 37 ... 45 ... 28 ... 13 ... 14 ... 27 ... 34 ... 53 ... 29 ... 23 ... 57 ... 46 ... 41 ... 16 ... 15 ... 37 ... 24 ... 132 ... 19 ... 19 ... 38 ... 79 ... 13 ... 13 ... 41 ... 43 ... 22 ... 23 ... 23 ... 18 ... 52 ... 19 ... 37 ... 61 ... 22 ... 12 ... 25 ... 18 ... 26 ... 17 ... 43 ... 34 ... 15 ... 47 ... 36 ... 29 ... 30 ... 50 ... 33 ... 48 ... 20 ... 20 ... 37 ... 15 ... 19 ... 70 ... 42 ... 19 ... 121 ... 74 ... 16 ... 14 ... 32 ... 16 ... 65 ... 71 ... 19 ... 23 ... 19 ... 20 ... 88 ... 13 ... 29 ... 32 ... 16 ... 68 ... 37 ... 39 ... 16 ... 16 ... 18 ... 15 ... 27 ... 28 ... 31 ... 20 ... 31 ... 70 ... 34 ... 48 ... 24 ... 38 ... 48 ... 52

Mean = 33.76. Replies = 119.
Figure 31: Q31: How many police officers are currently authorized on your organizational chart to work at your facility?

---

26 ... 57 ... 30 ... 48 ... 16 ... 20 ... 20 ... 16 ... 43 ... 30 ... 8 ... 11 ... 8 ... 26 ... 12 ... 38 ... 16 ... 10 ... 28 ... 12 ... 21 ... 12 ... 332 ... 26 ... 38 ... 20 ... 33 ... 21 ... 12 ... 14 ... 22 ... 17 ... 41 ... 20 ... 11 ... 50 ... 35 ... 38 ... 16 ... 13 ... 33 ... 22 ... 109 ... 12 ... 14 ... 22 ... 69 ... 13 ... 13 ... 25 ... 36 ... 19 ... 19 ... 22 ... 12 ... 48 ... 16 ... 33 ... 47 ... 16 ... 11 ... 15 ... 113 ... 20 ... 11 ... 37 ... 30 ... 13 ... 31 ... 24 ... 27 ... 21 ... 47 ... 28 ... 42 ... 17 ... 20 ... 24 ... 14 ... 15 ... 63 ... 36 ... 19 ... 80 ... 68 ... 12 ... 13 ... 31 ... 12 ... 8 ... 29 ... 19 ... 11 ... 14 ... 19 ... 61 ... 11 ... 18 ... 22 ... 16 ... 58 ... 33 ... 25 ... 13 ... 14 ... 16 ... 15 ... 23 ... 15 ... 31 ... 15 ... 22 ... 49 ... 37 ... 39 ... 18 ... 22 ... 37 ... 43

Mean = 29.53. Replies = 119.
Figure 32: Q32: How many police officers are currently on-board at your facility?

---

0 ... 7 ... 1 ... 3 ... 0 ... 2 ... 4 ... 3 ... 2 ... 1 ... 1 ... 7 ... 2 ... 1 ... 1 ... 1 ... 1 ... 0 ... 6 ... 1 ... 2 ... 1 ... 7 ... 9 ... 1 ... 5 ... 3 ... 0 ... 0 ... 0 ... 4 ... 1 ... 1 ... 8 ... 0 ... 3 ... 1 ... 3 ... 1 ... 5 ... 1 ... 21 ... 1 ... 0 ... 6 ... 7 ... 0 ... 5 ... 3 ... 1 ... 2 ... 5 ... 0 ... 1 ... 3 ... 1 ... 4 ... 1 ... 2 ... 1 ... 1 ... 3 ... 1 ... 2 ... 4 ... 0 ... 2 ... 4 ... 2 ... 3 ... 1 ... 5 ... 2 ... 4 ... 1 ... 2 ... 1 ... 3 ... 5 ... 3 ... 4 ... 6 ... 9 ... 1 ... 0 ... 7 ... 0 ... 5 ... 1 ... 0 ... 3 ... 0 ... 1 ... 10 ... 1 ... 2 ... 4 ... 0 ... 6 ... 2 ... 0 ... 4 ... 2 ... 3 ... 0 ... 4 ... 2 ... 1 ... 1 ... 0 ... 10 ... 4 ... 1 ... 2 ... 3 ... 5 ... 7

Mean = 2.77. Replies = 117.
Figure 33: Q33: How many police officers are inactive or unable to perform police functions (e.g., prolonged medical leave, detailed, etc.)?

---

| | Percents | Counts | |
|---|---|---|---|
| Yes | 60.5 | 72 | |

Survey of Chiefs of Police
020
Case 1:21-cv-01298-RC   Document 40-4   Filed 05/05/23   Page 20 of 95



| | | |
|---|---|---|
| No | 39.5 | 47 |
| Totals 100.0% | | 119 |

Mean = 1.61. Replies = 119.

Figure 34: Q34: Does your facility have a staffing plan for determining your police staffing levels?

(b)(5)

| | Percents | Counts |
|---|---|---|
| Size and physical dispersion of the VA facility | 90.3 | 65 |
| Geographic location | 77.8 | 56 |
| Patient and employee population | 75.0 | 54 |
| Facility programs | 70.8 | 51 |
| Environmental conditions | 63.9 | 46 |
| Occupational Safety and Health Administration requirements | 34.7 | 25 |
| None of these apply | 6.9 | 5 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 72.

Figure 35: Q35: What factors were used to create your plan? Check all that apply

8 ... 2 ... 1 ... 12 ... 4 ... 1 ... 2 ... 1 ... 2 ... 1 ... 1 ... 2 ... 1 ... 1 ... 1 ... 1 ... 2 ... 6 ... 1 ... 1 ... 6 ... 1 ... 1 ... 2 ... 1 ... 2 ... 1 ... 2 ... 1 ... 1 ... 1 ... 2 ... 1 ... 1 ... 1 ... 2 ... 2 ... 1 ... 1 ... 1 ... 1 ... 2 ... 1 ... 2 ... 1 ... 1 ... 11 ... 2 ... 1 ... 1 ... 1 ... 1 ... 2 ... 1 ... 3 ... 1 ... 1 ... 1 ... 1 ... 1 ... 4 ... 2 ... 1 ... 1 ... 2 ... 1 ... 2 ... 2 ... 1 ... 1 ... 1 ... 1 ... 1 ... 1 ... 3 ... 15 ... 1 ... 1 ... 2 ... 1 ... 1 ... 1 ... 1 ... 3 ... 8 ... 4 ... 1 ... 1 ... 1 ... 1 ... 1 ... 5 ... 9 ... 1 ... 1 ... 2 ... 2 ... 1 ... 1 ... 1 ... 2 ... 1 ... 1 ... 1 ... 1 ... 9 ... 1 ... 1 ... 1 ... 2 ... 1

Mean = 2.04. Replies = 115.

Figure 36: Q36: How many hospitals and divisions are within your facility's jurisdiction?

| | Percents | Counts |
|---|---|---|
| VA Police | 99.2 | 118 |
| VA Contractor | 16.8 | 20 |
| Local Law Enforcement | 5.9 | 7 |
| Federal Protective Service | 1.7 | 2 |
| No One | 1.7 | 2 |
| Department of Defense | 0.8 | 1 |
| Other | 5.9 | 7 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 119.

Other blank answers:

- DOD Golf Course (MWR)
- (1) Security Guard controls access to VAMC during non duty hours
- Contract security at HCC
- Contract Security Officers
- Miles City CLC has local PD on site
- homeless shelter

(b)(5)

Figure 37: Q37: Which of the following are physically located at your hospitals and divisions to provide security services? Check all that apply

7 ... 6 ... 1 ... 9 ... 4 ... 4 ... 5 ... 3 ... 8 ... 3 ... 1 ... 2 ... 0 ... 9 ... 1 ... 1 ... 6 ... 5 ... 2 ... 8 ... 5 ... 0 ... 9 ... 3 ... 7 ... 9 ... 3 ... 0 ... 0 ... 4 ... 6 ... 2 ... 0 ... 1 ... 3 ... 8 ... 9 ... 24 ... 5 ... 0 ... 0 ... 14 ... 0 ... 1 ... 7 ... 3 ... 0 ... 3 ... 9 ... 0 ...

0 ... 1 ... 0 ... 7 ... 6 ... 12 ... 2 ... 7 ... 2 ... 5 ... 11 ... 3 ... 3 ... 2 ... 0 ... 5 ... 8 ... 0 ... 0 ... 0 ... 11 ... 5 ... 14 ... 4 ... 0 ... 8 ... 0 ... 5 ... 14 ... 7 ... 2 ... 3 ... 1 ... 0 ... 7 ... 8 ... 0 ... 5 ... 3 ... 0 ... 9 ... 4 ... 0 ... 1 ... 12 ... 5 ... 2 ... 10 ... 0 ... 15 ... 4 ... 0 ... 1 ... 0 ... 0 ... 1 ... 1 ... 8 ... 0 ... 6 ... 2 ... 4 ... 3 ... 6 ... 6 ... 3

Mean = 4.32. Replies = 118.
Figure 38: Q38: How many outpatient clinics are within your facility's jurisdiction?



|  | Percents | Counts |
|---|---|---|
| VA Police | 46.7 | 49 |
| No One | 42.9 | 45 |
| VA Contractor | 20.0 | 21 |
| Local Law Enforcement | 7.6 | 8 |
| Department of Defense | 1.0 | 1 |
| Federal Protective Service | 1.0 | 1 |
| Other | 23.8 | 25 |
| Totals | * | * |

(b)(5)

* Multiple answer question so totals not meaningful. Replies = 105.

Other blank answers:

- (b)(5); (b)(7)(E)

- (b)(5); (b)(7)(E)

Figure 39: Q39: Which of the following are physically located at your outpatient clinics to provide security services? Check all that apply

7 ... 6 ... 5 ... 9 ... 0 ... 4 ... 5 ... 3 ... 8 ... 5 ... 1 ... 6 ... 3 ... 3 ... 3 ... 10 ... 6 ... 5 ... 3 ... 8 ... 2 ... 5 ... 9 ... 2 ... 16 ... 7 ... 4 ... 3 ... 4 ... 3 ... 4 ... 6 ... 4 ... 6 ... 7 ... 5 ... 8 ... 1 ... 6 ... 5 ... 3 ... 2 ... 4 ... 6 ... 7 ... 4 ... 5 ... 11 ... 2 ... 8 ... 7 ... 11 ... 5 ... 7 ... 7 ... 5 ... 7 ... 7 ... 8 ... 2 ... 5 ... 11 ... 1 ... 4 ... 6 ... 6 ... 7 ... 8 ... 10 ... 3 ... 9 ... 11 ... 5 ... 14 ... 4 ... 2 ... 7 ... 5 ... 5 ... 14 ... 7 ... 8 ... 9 ... 3 ... 5 ... 3 ... 8 ... 4 ... 3 ... 9 ... 4 ... 9 ... 7 ... 4 ... 0 ... 10 ... 10 ... 3 ... 4 ... 4 ... 4 ... 4 ... 2 ... 6 ... 5 ... 8 ... 4 ... 6 ... 13 ... 3 ... 0 ... 6 ... 4

Mean = 5.65. Replies = 114.
Figure 40: Q40: How many community-based outpatient clinics are within your facility's jurisdiction?



|  | Percents | Counts |
|---|---|---|
| No One | 51.7 | 61 |
| VA Police | 28.8 | 34 |
| VA Contractor | 19.5 | 23 |
| Local Law Enforcement | 9.3 | 11 |
| Department of Defense | 0.8 | 1 |
| Federal Protective Service | 0.8 | 1 |
| Other | 23.7 | 28 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 118.

Other blank answers:

- police presence at one clinic
- Security Guard
- (b)(5); (b)(7)(E)
- (b)(5); (b)(7)(E)
- Contract security
- (b)(5); (b)(7)(E)
- (b)(5); (b)(7)(E)

Figure 41: Q41: Which of the following are physically located at your community-based outpatient clinics to provide security services? Check all that apply

1 ... 2 ... 5 ... 4 ... 3 ... 1 ... 0 ... 1 ... 4 ... 3 ... 1 ... 2 ... 4 ... 1 ... 2 ... 4 ... 1 ... 1 ... 1 ... 2 ... 3 ... 1 ... 2 ... 1 ... 3 ... 4
... 3 ... 3 ... 1 ... 2 ... 0 ... 3 ... 4 ... 3 ... 1 ... 4 ... 2 ... 4 ... 1 ... 1 ... 2 ... 0 ... 3 ... 0 ... 2 ... 2 ... 3 ... 1 ... 1 ... 3 ... 2
... 1 ... 2 ... 2 ... 1 ... 5 ... 2 ... 5 ... 1 ... 2 ... 1 ... 1 ... 1 ... 1 ... 2 ... 1 ... 10 ... 0 ... 0 ... 2 ... 0 ... 1 ... 2 ... 4 ... 4 ... 2

... 2 ... 0 ... 3 ... 2 ... 2 ... 10 ... 4 ... 1 ... 1 ... 2 ... 2 ... 3 ... 3 ... 1 ... 0 ... 2 ... 1 ... 3 ... 1 ... 1 ... 2 ... 2 ... 1 ... 1
... 5 ... 2 ... 1 ... 1 ... 1 ... 1 ... 1 ... 0 ... 1 ... 1 ... 3 ... 3 ... 2 ... 1 ... 1 ... 3 ... 4

Mean = 2.07. Replies = 117.
Figure 42: Q42: How many vet centers are within your facility's jurisdiction?



| | Percents | Counts |
|---|---|---|
| No One | 79.5 | 93 |
| Local Law Enforcement | 12.8 | 15 |
| VA Contractor | 3.4 | 4 |
| VA Police | 2.6 | 3 |
| Federal Protective Service | 0.9 | 1 |
| Department of Defense | 0.0 | 0 |
| Other | 5.1 | 6 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 117.

Other blank answers:

- (b)(5); (b)(7)(E)
-
-
-
-

Figure 43: Q43: Which of the following are physically located at your vet centers to provide security services? Check all that apply (b)(5)



| | Percents | Counts |
|---|---|---|
| None of these | 48.3 | 57 |
| Special salary rate | 37.3 | 44 |
| Retention incentive | 14.4 | 17 |
| Relocation incentive | 11.9 | 14 |
| Recruitment incentive | 10.2 | 12 |
| Other | 8.5 | 10 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 118.

Other blank answers:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-

Figure 44: Q44: Which of the following have been paid to police officers at your facility in fiscal year 2016 (October 1, 2015 through September 30, 2016) to recruit and retain police officers? Check all that apply



| | Percents | Counts |
|---|---|---|
| Special salary rate | 48.3 | 57 |
| None of these | 40.7 | 48 |
| Recruitment incentive | 11.9 | 14 |
| Relocation incentive | 11.0 | 13 |
| Retention incentive | 9.3 | 11 |
| Other | 5.9 | 7 |
| Totals | * | * |



* Multiple answer question so totals not meaningful. Replies = 118.

Other blank answers:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-

Figure 45: Q45: Which of the following have been paid to police officers at your facility in fiscal year 2017 (October 1, 2016 through September 30, 2017) to recruit and retain police officers? Check all that apply

(b)(5)



Following is a report of all the responses received to date. (b)(5)
the survey.

- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV
- (b)(6)  @VA.GOV

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

Replies = 93.    (b)(5)

Figure 1: Q1: Login Unique ID

---

Percents Counts

1 - 5 years          62.4      53

| | Percents | Counts | |
|---|---|---|---|
| Less than one year | 25.9 | 22 | |
| 6 - 10 years | 8.2 | 7 | |
| 10 years or more | 3.5 | 3 | |
| Totals | 100.0% | 85 | |

Replies = 85.

Figure 2: Q2: How long have you been the medical director at your facility?

| | Percents | Counts | |
|---|---|---|---|
| Veterans Integrated Service Network director | 94.1 | 80 | |
| Office of the Deputy Under Secretary for Health for Operations and Management | 1.2 | 1 | |
| Other | 4.7 | 4 | |
| Totals | 100.0% | 85 | |

Replies = 85.

Other blank answers:

- MCD (i'm acting as the MCD currently)
- VISN Driector first line, DUSOM second adn Secretary final
- VBA Pacific District Director
- Facility medical center Director as I am in an 'acting' status

Figure 3: Q3: Which of the following officials or offices provides your performance rating?



| | Percents | Counts | |
|---|---|---|---|
| I do not have any personal experience or training in law enforcement and security | 83.5 | 71 | |
| Less than one year | 10.6 | 9 | |
| 1 - 5 years | 3.5 | 3 | |
| 6 - 10 years | 2.4 | 2 | |
| 10 years or more | 0.0 | 0 | |
| Totals | 100.0% | 85 | |

(b)(5)

Replies = 85.

Figure 4: Q4: Please indicate the number of years of law enforcement experience or training you have?



| | Percents | Counts | |
|---|---|---|---|
| Yes | 97.6 | 83 | |
| No | 2.4 | 2 | |
| Totals | 100.0% | 85 | |

Mean = 1.98. Replies = 85.

Figure 5: Q5: Do you have VA police service officers stationed at your facility?



| | Percents | Counts | |
|---|---|---|---|
| Department of Defense | 50.0 | 1 | |
| Local Law Enforcement | 50.0 | 1 | |
| Federal Protective Service | 0.0 | 0 | |
| VA Contractor | 0.0 | 0 | |
| No One | 0.0 | 0 | |
| Other | 50.0 | 1 | |

Totals    *    *

* Multiple answer question so totals not meaningful. Replies = 2.

Other blank answers:

- US Embassy Local Guard Force

Figure 6: Q6: Which of the following are physically located at your facility to provide security services? Check all that apply



|  | Percents | Counts |
|---|---|---|
| Yes | 75.6 | 59 |
| No | 24.4 | 19 |
| Totals | 100.0% | 78 |

Mean = 1.76. Replies = 78.

Figure 7: Q7: Have you created or updated an enterprise risk assessment for the police program at your facility since October 1, 2015?



|  | Percents | Counts |
|---|---|---|
| Medical director | 78.3 | 65 |
| Assistant/associate director | 73.5 | 61 |
| Police chief | 59.0 | 49 |
| VAMC fiscal service | 55.4 | 46 |
| VAMC budget committee | 30.1 | 25 |
| Veterans Integrated Service Network | 2.4 | 2 |
| Office of the Deputy Under Secretary for Health for Operations and Management | 0.0 | 0 |
| Other | 8.4 | 7 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 83.

Other blank answers:

- Medical Center Director approves budget. That is different than the "medical director" title you have listed as an option.
- Is Medical Director the Chief of Staff or Medical CENTER director??
- Administrative Executive Committee
- AD, PNS; Medical Center Director
- Resource Management Board
- Deputy Director
- Leadership Team (Tetrad)

Figure 8: Q8: Which of the following officials or offices approves the budget for the police service at your facility? Check all that apply

|  | Percents | Counts |
|---|---|---|
| Medical director | 80.7 | 67 |
| Assistant/associate director | 74.7 | 62 |
| Police chief | 62.7 | 52 |
| VAMC budget committee | 47.0 | 39 |
| VAMC fiscal service | 21.7 | 18 |



| | Percents | Counts | |
|---|---|---|---|
| Veterans Integrated Service Network | 1.2 | 1 | |
| Office of the Deputy Under Secretary for Health for Operations and Management | 1.2 | 1 | |
| Other | 16.9 | 14 | |
| Totals | * | * | |

* Multiple answer question so totals not meaningful. Replies = 83.

Other blank answers:

- Medical Center Director
- HOWEVER, changing this FY to FTEE ceiling provided to Chief to manage
- Administrative Executive Committee
- AD, PNS; Medical Center Director
- Resource Management Committee
- Resource Management Board makes recommendation to MCD
- Chief, Human Resources Management
- Police Chief re: staffing decisions, unless it requires additional resources, then refer to #7
- Quad
- Org Chart/Hires approved by AD/MCD. Service staff by Police Chief.
- Deputy Director
- Leadership Team (Tetrad)
- Human Resoruces
- Position Management Committee made up of execs

Figure 9: Q9: Which of the following officials or offices approves police service staffing decisions at your facility? Check all that apply

| | Percents | Counts | |
|---|---|---|---|
| None of the above | 67.5 | 56 | |
| Assignment of staff and resources | 18.1 | 15 | |
| Case selection | 9.6 | 8 | |
| Investigation planning | 8.4 | 7 | |
| Directing how the investigation will be conducted | 7.2 | 6 | |
| Other | 9.6 | 8 | |
| Totals | * | * | |

* Multiple answer question so totals not meaningful. Replies = 83.

Other blank answers:

- (b)(5); (b)(7)(E)
- 
- 
- 
- 
- 
- 
- 

Figure 10: Q10: In which of the following investigative decisions do you or your designee participate? Check all that apply



| | Percents | Counts | |
|---|---|---|---|
| Always | 71.3 | 57 | |
| Never | 22.5 | 18 | |

| | | | |
|---|---|---|---|
| Rarely | 3.8 | 3 | ■ |
| Sometimes | 2.5 | 2 | ■ |
| Very often | 0.0 | 0 | | |
| Totals | 100.0% | 80 | |

Replies = 80.

Figure 11: Q11: How often is your police service allowed to investigate misconduct complaints against you without your knowledge?

(b)(5)

| | Percents | Counts | |
|---|---|---|---|
| Veterans Integrated Service Network director | 57.3 | 47 | |
| Office of Security and Law Enforcement | 43.9 | 36 | |
| Assistant/associate director | 9.8 | 8 | |
| Medical director | 6.1 | 5 | |
| Office of the Deputy Under Secretary for Health for Operations and Management | 6.1 | 5 | |
| No one | 6.1 | 5 | |
| Other | 39.0 | 32 | |
| Totals | * | * | |

* Multiple answer question so totals not meaningful. Replies = 82.

Other blank answers:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-

- (b)(5)
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-

- OIG
- (b)(6)

Figure 12: Q12: Please identify who your police chief is required to notify about investigations of misconduct complaints against you? Check all that apply



|  | Percents | Counts |
|---|---|---|
| Never | 35.4 | 29 |
| Always | 34.1 | 28 |
| Rarely | 14.6 | 12 |
| Sometimes | 8.5 | 7 |
| Very often | 7.3 | 6 |
| Totals | 100.0% | 82 |

Replies = 82.

Figure 13: Q13: How often is your police service allowed to investigate misconduct complaints against police officers without your knowledge?

|  | Percents | Counts |
|---|---|---|
| Assistant/associate director | 80.7 | 67 |
| Medical director | 71.1 | 59 |
| Office of Security and Law Enforcement | 36.1 | 30 |
| No one | 3.6 | 3 |
| Veterans Integrated Service Network director | 2.4 | 2 |
| Office of the Deputy Secretary for Health for Operations and Management | 1.2 | 1 |
| Other | 26.5 | 22 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 83.

Other blank answers:



- (b)(5); (b)(6)
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-

Figure 14: Q14: Please identify who your police chief is required to notify about investigations of misconduct complaints against police officers at your facility? Check all that apply

| | Percents | Counts |
|---|---|---|
| Police inspection deficiencies and corrective actions | 85.5 | 71 |
| Police complaints | 48.2 | 40 |
| Police behavioral problems | 32.5 | 27 |
| None of the above | 4.8 | 4 |
| Other | 14.5 | 12 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 83.

Other blank answers:

- I am not aware
- Police compliments
- Disruptive Behavior Reporting System
- Depends on the nature of the complaint or problem
- Needs clarification
- (b)(5); (b)(7)(E)
- I don't know what you want here
- All management documentation is submited into (b)(5); (b)(7)(E)
- Not sure
- (b)(5); (b)(7)(E)
-
- (b)(5); (b)(7)(E)

Figure 15: Q15: Which of the following types of information does your facility track in a management information system? Check all that apply

| | Percents | Counts |
|---|---|---|
| Special salary rate | 39.0 | 32 |
| None of the above | 37.8 | 31 |
| Recruitment incentive | 29.3 | 24 |
| Relocation incentive | 19.5 | 16 |
| Retention incentive | 17.1 | 14 |
| Other | 4.9 | 4 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 82.

Other blank answers:

- Special salary rate was finally approved by VACO in FY17 after 6 years of continual local requests
- Have requested higher level approval for Special Salary Rate.
- ocassionally

Figure 16: Q16: Which of the following have been paid to police officers at your facility in fiscal year 2016 (October 1, 2015 through September 30, 2016) to recruit and retain police officers?

| | Percents | Counts |
|---|---|---|
| Special salary rate | 50.6 | 42 |

| | | | |
|---|---|---|---|
| None of the above | 34.9 | 29 | |
| Recruitment incentive | 21.7 | 18 | |
| Relocation incentive | 20.5 | 17 | |
| Retention incentive | 12.0 | 10 | |
| Other | 6.0 | 5 | |
| Totals | * | * | |

* Multiple answer question so totals not meaningful. Replies = 83.

Other blank answers:

- Special Salary Rate has been established. I am not sure if this has been offered to anyone yet.
- Special salary rate was finally approved by VACO in FY17 after 6 years of continual local requests
- Have requested higher level approval for Special Salary Rate.
- ocassionally
- working on developing special salary rates, incorporating Rs for FY18

Figure 17: Q17: Which of the following have been paid to police officers at your facility in fiscal year 2017 (October 1, 2016 through September 30, 2017) to recruit and retain police officers?

(b)(5)

| | |
|---|---|
| **From:** | (b)(6) |
| **To:** | (b)(6) (OIG) |
| **Subject:** | RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey |
| **Date:** | Friday, April 19, 2019 1:47:36 PM |

(b)(5)

(b)(6)   None that impacted the prosecution, only delayed in submitting.   Thanks, (b)(6)

**From:** (b)(6) (OIG)
**Sent:** Tuesday, April 16, 2019 2:43 PM
**To:** (b)(6) @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting cases being prosecuted.

Are you aware of any specific examples where the systems' delays impacted the prosecution of a case? If so, can you please provide some details.

Thank you,
(b)(6)
(b)(6)
Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

**From:** (b)(6)
**To:** (b)(6)   OIG)
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Wednesday, April 17, 2019 2:33:47 PM

---

(b)(5)

I hope this helps. If you need any additional information please let me know. Thank-you!

(b)(5)

(b)(6)

-----Original Message-----
From: (b)(6) (OIG)
Sent: Wednesday, April 17, 2019 1:21 PM
To: (b)(6) (b)(6) @va.gov>
Subject: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting cases being prosecuted.

Are you aware of any specific examples where the systems' delays impacted the prosecution of a case? If so, can you please provide some details.

Thank you,

(b)(6)

(b)(6)

Department of Veterans Affairs

Office of Inspector General

iPhone:  202.6 (b)(6)

**From:** (b)(6)
**To:** (b)(6)      (OIG)
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Wednesday, April 17, 2019 1:58:10 PM

(b)(6)      (b)(5)

Thank You for asking.   No we have not experienced any delays in the prosecution of a case because of Report Exec problems.

**From:** (b)(6) (OIG)
**Sent:** Wednesday, April 17, 2019 1:53 PM
**To:** (b)(6) @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting cases being prosecuted.

Are you aware of any specific examples where the systems' delays impacted the prosecution of a case? If so, can you please provide some details.

Thank you,
(b)(6)
(b)(6)
Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

| From: | (b)(6) |
|---|---|
| To: | (b)(6)                    (OIG) |
| Subject: | RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey |
| Date: | Wednesday, April 17, 2019 12:14:38 PM |
| Attachments: | image001.png |

Hello,                        (b)(5)

I do not have any specific examples

*Thank you,*
(b)(6)

*U.S. Department of Veterans Affairs*
*Detroit, Michigan*
Office: (313) 57(b)(6)
Cell: (313) 47(b)(6)

**Customer feedback is appreciated - Please click on link to submit feedback**

**VA Core Values**: **I**ntegrity, **C**ommitment, **A**dvocacy, **R**espect, **E**xcellence
**Suicide Prevention is Everyone's Business. *#BeThere***

*Confidentiality Statement: This e-mail, including any attachments, may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this message as well as any and all copies, including attachments. Any unauthorized review, use, copying, disclosure or distribution of the material in this e-mail is strictly forbidden.*

**From:** (b)(6)                  (OIG)
**Sent:** Tuesday, April 16, 2019 2:40 PM
**To:** (b)(6)                        @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting cases being prosecuted.

Are you aware of any specific examples where the systems' delays impacted the prosecution of a case? If so, can you please provide some details.

Thank you,
(b)(6)

**From:** [b)(6)]
**To:** [b)(6)]    [OIG)]
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Wednesday, April 17, 2019 9:58:34 AM

No I am not.    [(b)(5)]

**From:** [b)(6)]    (OIG)
**Sent:** Tuesday, April 16, 2019 1:48 PM
**To:** [b)(6)]    @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings [b)(6)]

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting cases being prosecuted.

Are you aware of any specific examples where the systems' delays impacted the prosecution of a case? If so, can you please provide some details.

Thank you,
[b)(6)]
[b)(6)]
Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66[b)(6)]

| | |
|---|---|
| **From:** | (b)(6) |
| **To:** | (b)(6)        (OIG) |
| **Subject:** | OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey |
| **Date:** | Tuesday, April 16, 2019 3:57:16 PM |

Good Afternoon (b)(6)                    (b)(5)

(b)(6)

(b)(6)

---

**From:** (b)(6)          (OIG)
**Sent:** Tuesday, April 16, 2019 2:42 PM
**To:** (b)(6)                    @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thank you for completing our survey of VA Police Chiefs. We have a quick follow-up question concerning the VA police information systems' delays impacting the prosecution of cases.

Are you aware of any specific examples where the systems' delays impacted the prosecution of a case? If so, can you please provide some details.

Thank you,


(b)(6)
Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)



| From: | (b)(6) |
|---|---|
| To: | (b)(6)          (OIG) |
| Subject: | RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey |
| Date: | Tuesday, April 16, 2019 4:20:04 PM |

South Texas Veterans Health Care System uses Report Exec for the Police data-base.  We print hard-copies of the original report and supporting documents are filed with the report.

(b)(5)

I hope this answers your question.

Please let me know if there is anything further.

(b)(6)

(b)(6)

Dept of Veterans Affairs

7400 Merton Minter Blvd

San Antonio, TX  78229

(210)6(b)(6) office

(210)949-3333 fax

**From:** (b)(6)          (OIG)
**Sent:** Tuesday, April 16, 2019 1:28 PM
**To** (b)(6)                @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thanks for completing our OIG survey. We have a quick follow-up question regarding which record management system your facility is currently using.

We see your response was "All filed in accordance with RCS Filing system."

Does your facility use VAPS, Report Exec, a paper-based process, or a mix of those? Please provide some brief details.

Thanks,

(b)(6)

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone: 202.66[(b)(6)]

---

**From:** [(b)(6)] (OIG)
**Sent:** Monday, March 18, 2019 10:36 AM
**To:** [(b)(6)] @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Please try using [(b)(6)] @va.gov as the email to log in.

Our survey system will record that you completed the survey, instead of [(b)(6)]

[(b)(6)]

[(b)(6)]
Department of Veterans Affairs
Office of Inspector General
iPhone: 202.66[(b)(6)]

---

**From:** [(b)(6)]
**Sent:** Monday, March 18, 2019 10:32 AM
**To:** [(b)(6)] (OIG) <[(b)(6)] @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Sir,

I attempted to complete by clicking link below and it reads:  The access code below is missing or not valid.  Please re-type it and click the button again.

The only thing I entered and clicked start was my email: [(b)(6)] @va.gov

Do you need to change something in the survey to reflect coming from me and not [(b)(6)] ?

[(b)(6)]

[(b)(6)]
Dept of Veterans Affairs
7400 Merton Minter Blvd
San Antonio, TX  78229
(210)9[(b)(6)] office
(210)949-3333 fax

**From:** (b)(6) (OIG)
**Sent:** Monday, March 18, 2019 9:24 AM
**To:** (b)(6) @va.gov>
**Subject:** FW: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Hi (b)(6) ,

As acting police chief, can you please complete our survey of VA police chiefs? The survey information is at the bottom of this email chain.

Please use (b)(6) @va.gov as the email to log in.

Thank you,

(b)(6)
(b)(6)
Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

**From:** (b)(6)
**Sent:** Monday, March 18, 2019 10:20 AM
**To:** (b)(6) (OIG) <(b)(6) @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Please send this request to the acting (b)(6) @va.gov) I am no longer the Chief for San Antonio, TX. (b)(5)

Sent with BlackBerry Work
(www.blackberry.com)

**From:** (b)(6) (OIG) <(b)(6) @va.gov>
**Date:** Monday, Mar 18, 2019, 7:01 AM
**To:** (b)(6) (OIG) <(b)(6) @va.gov> (b)(6) (OIG) <(b)(6) @va.gov>
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Good Morning,

| From: | (b)(6) |
|-------|--------|
| To: | (b)(6)     (OIG) |
| Subject: | RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey |
| Date: | Tuesday, April 16, 2019 2:31:06 PM |

Spokane uses the Report Exec system.  We had so many problems with access, data retrieval, and just general use I asked LETC to put Spokane back onto VAPs. (b)(5)

I knew that VAPs still had issues but at least the stations on VAPs were still able to access the system and pull data, (as limited as it was).

LETC refused to let me return to VAPS.  As of today LETC is telling the field that there are no problems with Report Exec but as Long Beach VAMC implements Report Exec access is remains unreliable.

Thank you,


(b)(6)

(b)(6)

Spokane Washington VAMC

Acting Police Chief Long Beach VAMC

509-4(b)(6)


---

**From:** (b)(6)        (OIG)
**Sent:** Tuesday, April 16, 2019 11:20 AM
**To** (b)(6)        <(b)(6)        @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings (b)(6)

Thanks for completing our OIG survey. We have a quick follow-up question regarding which record management system your facility is currently using.

We see your response was "Other-Attempted to return back to (b)(6)    in 2018 because of ongoing issues but was refused."

Does your facility use (b)(5)                          ? Please provide some brief details.

Thanks,

(b)(6)

(b)(6)

Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)

**From:** [(b)(6)]
**To:** [(b)(6)] (OIG)
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Tuesday, April 16, 2019 2:22:05 PM

We only have Report EXEC, we use VA authorized forms for police. When Report Exec doesn't work (frequently, slowly or not at all)mostly Journal form (VA Form 1433) or Incident report (VA form 10173).   [(b)(5)]

[(b)(6)]

[(b)(6)]

**VAMC Altoona**

**2907 Pleasant Valley Blvd.**

**Altoona PA 16692**

**Phone (814) 94[(b)(6)] (Office) /[(b)(6)] (Operations)**

**FAX (814) 940-6530**

**From:** [(b)(6)] (OIG)
**Sent:** Tuesday, April 16, 2019 2:14 PM
**To:** [(b)(6)] @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings [(b)(6)]

Thanks for completing our OIG survey. We have a quick follow-up question regarding which record management system your facility is currently using.

We see your response was "Other-paper forms due to Report Exec not functioning properly."

Does your facility use either VAPS or Report Exec, or does it solely use a paper-based process for recording police information?

[(b)(6)]
[(b)(6)]
Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66[(b)(6)]

| From: | (b)(6) |
|---|---|
| To: | (b)(6) (OIG) |
| Cc: | (b)(6) (b)(6) |
| Subject: | RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) |
| Date: | Thursday, April 18, 2019 12:51:12 PM |

Good afternoon (b)(6) (b)(5)

The Canandaigua VAMC now falls under the umbrella of the "Fingerlakes Healthcare System", which is now inclusive of the Bath, NY VAMC.  Both sites use Report Exec for VAPD reporting.

I have included (b)(6) and Acting (b)(6) into the CC line for their information.

Be safe,

(b)(6)

---

**From:** (b)(6) (OIG)
**Sent:** Thursday, April 18, 2019 11:56 AM
**To:** (b)(6) @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 )

Greetings (b)(6) ,

The VA Office of Inspector General (OIG) is conducting a national audit on VA's Police Information Management Systems at Medical Facilities. For this audit, the information management system includes the electronic records management systems (i.e., VAPS or Report Exec) and the paper-based processes that are used at your police service to report all activities handled by officers and staff.

Can you please tell us which system (VAPs, Report Exec, or a paper-based process) the Canandaigua VA Medical Center uses to report and record activities?

(b)(6)
(b)(6)
Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66 (b)(6)



**From:** [(b)(6)]
**To:** [(b)(6)] (OIG)
**Subject:** RE: OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey
**Date:** Thursday, April 18, 2019 12:13:40 PM

Sir,

We use Report Exec at my station. Thanks.

[(b)(5)]

Respectfully,

[(b)(6)], VA Police
OKC VA Medical Center
921 NE 13th Street
Oklahoma City, OK 73104
Email:[(b)(6)]@va.gov
Work:405-45[(b)(6)]
*"There is nothing so fatal to character as half finished tasks." – Former British PM David Lloyd George*

---

**From:** [(b)(6)] (OIG)
**Sent:** Thursday, April 18, 2019 10:53 AM
**To** [(b)(6)] @va.gov>
**Subject:** OIG Information Request: Audit of VA's Police Information Management Systems at Medical Facilities (2019-05798-D2-0002 ) – Medical Facility Survey

Greetings [(b)(6)]

The VA Office of Inspector General (OIG) is conducting a national audit on VA's Police Information Management Systems at Medical Facilities. For this audit, the information management system includes the electronic records management systems (i.e., VAPS or Report Exec) and the paper-based processes that are used at your police service to report all activities handled by officers and staff.

Can you please tell us which system (VAPs, Report Exec, or a paper-based process) your facility uses to report and record activities?

[(b)(6)]
[(b)(6)]
Department of Veterans Affairs
Office of Inspector General
iPhone:  202.66[(b)(6)]



# Survey of VA Police Information Management System

Respondent activity to date:    

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV
- (b)(6) @VA.GOV

(b)(5)

Replies = 137.

Figure 1: Q1: Login Unique ID

---

| | Percents | Counts | |
|---|---|---|---|
| 1 to 5 years | 43.1 | 59 | |
| Less than one year | 24.8 | 34 | |
| 6 to 10 years | 17.5 | 24 | |
| Over 10 years | 14.6 | 20 | |
| Totals | 100.0% | 137 | |

Replies = 137.

Figure 2: Q2: How long have you been the police chief at your facility?

---

Percents Counts



| | | | |
|---|---|---|---|
| 2001-2005 | 30.7 | 42 | |
| Before 2001 | 27.7 | 38 | |
| 2006-2010 | 22.6 | 31 | |
| 2011-2015 | 12.4 | 17 | |
| 2016-2019 | 6.6 | 9 | |
| Totals | 100.0% | 137 | |

Replies = 137.

Figure 3: Q3: When did you first become a VA police officer?



| (b)(5) | Percents | Counts |
|---|---|---|
| VA Police System (VAPS) | 89.8 | 123 |
| Paper-based process or records requiring written signature | 46.0 | 63 |
| Report Exec | 31.4 | 43 |
| Other | 5.8 | 8 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 137.

Other blank answers:

- (b)(5); (b)(7)(E)
- I was not part of management and I am not sure
- (b)(5); (b)(7)(E)
-
-

- (b)(5); (b)(7)(E)
-
-                                                                                          (b)(5)

Figure 4: Q4: What processes and records management systems were used at your facility police service to record police activity in: CY 2016 (January 1, 2016 - December 31, 2016)? Check all that apply



| (b)(5) | Percents | Counts |
|---|---|---|
| VA Police System (VAPS) | 68.6 | 94 |
| Report Exec | 55.5 | 76 |
| Paper-based process or records requiring written signature | 45.3 | 62 |
| Other | 4.4 | 6 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 137.

Other blank answers:

- (b)(5); (b)(7)(E)
-
-
-
-
-





Figure 5: Q5: What processes and records management systems were used at your facility police service to record police activity in: CY 2017 (January 1, 2017 - December 31, 2017)? Check all that apply



| | Percents | Counts |
|---|---|---|
| Report Exec (b)(5) | 55.5 | 76 |
| VA Police System (VAPS) | 54.7 | 75 |
| Paper-based process or records requiring written signature | 44.5 | 61 |
| Other | 3.6 | 5 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 137.

Other blank answers:

- I was not part of management and I am not sure
- (b)(5); (b)(7)(E)
- 
- 
- (b)(5); (b)(7)(E)                                    (b)(5)

Figure 6: Q6: What processes and records management systems were used at your facility police service to record police activity in: CY 2018 (January 1, 2018 - December 31, 2018)? Check all that apply



| | Percents | Counts |
|---|---|---|
| Yes | 51.8 | 71 |
| No | 48.2 | 66 |
| Totals | 100.0% | 137 |

Mean = 1.52. Replies = 137.

Figure 7: Q7: Does your facility police service currently use a paper-based process to record police information?

| | Percents | Counts |
|---|---|---|
| Records of evidence (Chain of custody, description of articles/property, dispositions) | 98.6 | 70 |
| Firearms and ammunition | 95.8 | 68 |
| Police officer training | 95.8 | 68 |
| Traffic violations(courtesy violations, District court violations) | 91.5 | 65 |
| Reports(Uniform Offense Reports or Incident Reports, Investigative Reports) | 83.1 | 59 |
| Daily Operations Journal | 77.5 | 55 |
| Photographs of all persons and/or scenes pertinent to an incident or investigation | 54.9 | 39 |
| Other | 28.2 | 20 |
| Totals | * | * |

* Multiple answer question so totals not meaningful. Replies = 71.

Other blank answers:



- (b)(5); (b)(7)(E)
- 
-



Figure 8: Q8: What information is maintained using this paper-based process or record requiring written signature? Check all that apply

| | Percents | Counts | |
|---|---|---|---|
| Report Exec | 60.6 | 83 | |
| VA Police System (VAPS) | 37.2 | 51 | |
| Other | 2.2 | 3 | |
| Totals | 100.0% | 137 | |

Replies = 137.



Other blank answers:

Figure 9: Q9: What record management system is currently used at your facility police service to record police activity?

| | Percents | Counts | |
|---|---|---|---|
| Daily Operations Journal | 100.0 | 51 | |
| Reports(Uniform Offense Reports or Incident Reports, Investigative Reports) | 98.0 | 50 | |
| Traffic violations(courtesy violations, District court violations) | 94.1 | 48 | |
| Records of evidence (Chain of custody, description of articles/property, dispositions) | 25.5 | 13 | |
| Photographs of all persons and/or scenes pertinent to an incident or investigation | 7.8 | 4 | |
| Firearms and ammunition | 7.8 | 4 | |
| Police officer training | 5.9 | 3 | |
| Other | 5.9 | 3 | |
| Totals | * | * | |



* Multiple answer question so totals not meaningful. Replies = 51.

Other blank answers:

- Police Officer Profiles, Badge/Credential Information of current and former officers
- Name database
- (b)(5):



(b)(5)

Figure 10: Q10: What information is maintained using the VA Police System (VAPS)? Check all that apply



|  | Percents | Counts |
|---|---|---|
| Reports(Uniform Offense Reports or Incident Reports, Investigative Reports) | 100.0 | 83 |
| Daily Operations Journal | 97.6 | 81 |
| Traffic violations(courtesy violations, District court violations) | 92.8 | 77 |
| Photographs of all persons and/or scenes pertinent to an incident or investigation | 56.6 | 47 |
| Records of evidence (Chain of custody, description of articles/property, dispositions) | 28.9 | 24 |
| Firearms and ammunition | 6.0 | 5 |
| Police officer training | 2.4 | 2 |
| Other | 7.2 | 6 |
| Totals | * | * |

(b)(5)

* Multiple answer question so totals not meaningful. Replies = 83.

Other blank answers:

- (b)(5); (b)(7)(E)
- 
- 
- 
- 

(b)(5)

Figure 11: Q11: What information is maintained using Report Exec? Check all that apply



|  | Percents | | | | Counts | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Easy | Moderate | Difficult | Not Applicable/ No Opinion | Easy | Moderate | Difficult | Not Applicable/ No Opinion | Replies |
| Enter information into VAPS? | 34.8 | 45.9 | 8.9 | 10.4 | 47 | 62 | 12 | 14 | 135 |
| Retrieve information (such as Daily Operations Journals, Investigative Reports) from VAPS? | 41.5 | 34.8 | 14.1 | 9.6 | 56 | 47 | 19 | 13 | 135 |
| Generate reports (such as Uniform Crime Analysis Report) from VAPS? | 39.8 | 27.8 | 21.8 | 10.5 | 53 | 37 | 29 | 14 | 133 |

Figure 12: QG2: EasyModerateDifficult



|  | Percents | Counts |
|---|---|---|
| Somewhat meets needs | 49.6 | 66 |
| Meets needs | 33.1 | 44 |
| Does not meet needs | 17.3 | 23 |
| Totals | 100.0% | 133 |

(b)(5)

Figure 13: Q15: How would you rate VAPS on how it meets the objectives and the needs of your police service?

- (b)(5); (b)(7)(E)
-
-
-
-

-

(b)(5); (b)(7)(E)

- (b)(5); (b)(7)(E)
-
-
-
-

-
-

- (b)(5); (b)(7)(E)

- 
- 
- 
- 
- 

- Not used at this station
- (b)(5); (b)(7)(E)
- 
- 
- 
- 
- 

(b)(5); (b)(7)(E)
- 
- 
- 
- 
- 
- 
-

(b)(5); (b)(7)(E)

- 
- 

- 

- 

(b)(5); (b)(7)(E)

- 

- 

- 
- 
- 
- 
- 

(b)(5); (b)(7)(E)

- 

- 
- 
-

- (b)(5); (b)(7)(E)

- 

- 
- 

- 
- 
- 
- 

- 

- 
- (b)(5); (b)(7)(E)

- 
- 

- (b)(5); (b)(7)(E)

- (b)(5); (b)(7)(E)

- 

- 
- 

- 
- 
- 
- 
- 

-



(b)(5), (b)(7)(E)

Replies = 89.
Figure 14: Q16: Please describe how VAPS does not meet the objectives and the needs of your police service?

| | Percents | | | | Counts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Easy | Moderate | Difficult | Not Applicable/ No Opinion | Easy | Moderate | Difficult | Not Applicable/ No Opinion | Replies |
| Enter information into Report Exec? | 17.8 | 23.0 | 29.6 | 29.6 | 24 | 31 | 40 | 40 | 135 |
| Retrieve data (such as Daily Operations Journals, Investigative Reports) from Report Exec? | 5.9 | 15.6 | 48.9 | 29.6 | 8 | 21 | 66 | 40 | 135 |
| Generate reports (such as Uniform Crime Analysis Report) from Report Exec? | 6.7 | 14.2 | 47.8 | 31.3 | 9 | 19 | 64 | 42 | 134 |

Figure 15: QG3: Copy of EasyModerateDifficult



| | Percents | Counts |
|---|---|---|
| Somewhat meets needs | 48.3 | 56 |
| Does not meet needs | 36.2 | 42 |
| Meets needs | 15.5 | 18 |
| Totals | 100.0% | 116 |

(b)(5)

Replies = 116.
Figure 16: Q20: How would you rate Report Exec on how it meets the needs of your police service?



(b)(5); (b)(7)(E)

(b)(5)

- (b)(5); (b)(7)(E)
-
-

-
-

-

- (b)(5); (b)(7)(E)

-

-

-
-

-
-

-
-

- (b)(5); (b)(7)(E)
-

-
-
-

-
-

-

(b)(5)

-

(b)(5)

(b)(5); (b)(7)(E)

- 
- 

(b)(5); (b)(7)(E)

- 

- 
- 

(b)(5); (b)(7)(E)
- 

- 
- 

- Not yet in use.
- (b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

- 
- 

- 

- 

- 
- 

- 

- 

(b)(5); (b)(7)(E)

- 

- 
- 

- 

- 
- 

- 

- 
- 
- 

- 

(b)(5); (b)(7)(E)

- 

-

(b)(5); (b)(7)(E)

- 

- 

- 
(b)(5); (b)(7)(E)
- 

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

- (b)(5); (b)(7)(E)
- 

- 

- 
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-

- (b)(5); (b)(7)(E)

-
-

-
-
-

-

-

- (b)(5); (b)(7)(E)

-

-

- (b)(5); (b)(7)(E)
-

-

- (b)(5); (b)(7)(E)

-
-
-

- (b)(5); (b)(7)(E)



- N/A

Replies = 112.
Figure 17: Q21: Please describe how Report Exec does not meet the objectives and the needs of your police service?

| | Percents | Counts | | |
|---|---|---|---|---|
| Very Frequently | 40.9 | 56 | | (b)(5) |
| Frequently | 32.8 | 45 | | |
| Occasionally | 16.8 | 23 | | |
| Rarely | 5.8 | 8 | | |
| Very Rarely | 3.6 | 5 | | |
| Never | 0.0 | 0 | | |
| Totals | 100.0% | 137 | | (b)(5) |



Replies = 137.
Figure 18: Q22: How frequently have you experienced delays using your previous or current information systems to track and record police activity? (For example, unable to generate reports or unable to enter an invest

- (b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

- 
- 
- 

(b)(5) •

- 

- Previously stated.

(b)(5); (b)(7)(E)

- 
- 

- 
- 

- 

- 

- 

- 

(b)(5); (b)(7)(E)

- 
- 

- 

- 

- 

- 

- 
-

(b)(5); (b)(7)(E)

- 
- 
- 
- 

(b)(5); (b)(7)(E)

- 

- 

- 
- 

- 

- 
- 

- 

(b)(5); (b)(7)(E)

- 
- 

- 

- 

- 
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-





(b)(5), (b)(7)(E)

(b)(5); (b)(7)(E)

Replies = 99.
Figure 19: Q23: please describe how the access delays have prevented or disrupted your police service.



| | Percents | Counts |
|---|---|---|
| Yes | 15.2 | 15 |
| No | 84.8 | 84 |
| Totals | 100.0% | 99 |

(b)(5)

Mean = 1.85. Replies = 99.
Figure 20: Q24: Have the access delays impacted the ability to prosecute cases?



- N/A.
- (b)(5); (b)(7)(E)



- (b)(5); (b)(7)(E)

- (b)(5); (b)(7)(E)

Replies = 14.
Figure 21: Q25: Please explain further.

| | Percents | Counts |
|---|---|---|
| Yes | 29.9 | 41 |
| No | 70.1 | 96 |
| Totals | 100.0% | 137 |

Mean = 1.30. Replies = 137.
Figure 22: Q26: Were you consulted for input on a new police information management system since March 2015?

(b)(5)

- (b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

(b)(5); (b)(7)(E)

- 
- 
- 
- 
- 
- 
- 
- 
- 

(b)(5); (b)(7)(E)

- 
- 
- 
- 
- 
- 
-

- N/A
- Friendly
- We were in constant conversations with  We had regular conversations about most aspects of (b)(7)(E) (b)(6); was always very timely and responsive with answers and guidance.

Replies = 40.
Figure 23: Q27: Please describe who contacted you, when you were contacted, and what you were contacted about.



| | Percents | Counts |
|---|---|---|
| Yes | 32.1 | 44 |
| No | 67.9 | 93 |
| Totals | 100.0% | 137 |

(b)(5)

Mean = 1.32. Replies = 137.
Figure 24: Q28: Were you consulted for testing new police information management systems since March 2015?



(b)(5); (b)(7)(E)



(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

Replies = 42.
Figure 25: Q29: Please explain further.

How many total arrests were made at your facility by VA police officers in FY 2018 (October 1, 201-Number
12 ... 0 ... 3 ... 7 ... 009 ... 3 ... 75 ... 4 ... 0 ... 27 ... 62 ... 41 ... 3 ... 375 ... 0 ... 9 ... 14 ... 2 ... 25 ... 1 ... 1 ... 2 ... 0
... 1 ... 14 ... 0 ... 33 ... 368 ... 90 ... 0 ... 2 ... 39 ... 7 ... 1 ... 15 ... 2 ... 14 ... 9 ... 1 ... 48 ... 6 ... 1 ... 17 ... 81 ... 60
... 37 ... 1 ... 29 ... 12 ... 10 ... 2 ... 80 ... 14 ... 3 ... 1 ... 4 ... 10 ... 7 ... 0 ... 0 ... 8 ... 28 ... 88 ... 10 ... 01 ... 48 ... 0
... 9 ... 7 ... 5 ... 2 ... 50 ... 0 ... 0 ... 8 ... 23 ... 10 ... 0 ... 0 ... 60 ... 7 ... 5 ... 82 ... 33 ... 0 ... 38 ... 18 ... 0 ... 105 ...
9 ... 0 ... 20 ... 43 ... 14 ... 85 ... 2 ... 0 ... 0 ... 971 ... 19 ... 6 ... 43 ... 36

Mean = 34.83. Replies = 103.
How many total arrests were made at your facility by VA police officers in FY 2019, Qtr 1 (October-Number
5 ... 0 ... 1 ... 3 ... 001 ... 0 ... 45 ... 2 ... 0 ... 5 ... 14 ... 18 ... 2 ... 137 ... 0 ... 2 ... 8 ... 1 ... 5 ... 0 ... 0 ... 2 ... 0 ... 3
... 0 ... 2 ... 0 ... 14 ... 98 ... 21 ... 0 ... 2 ... 8 ... 2 ... 1 ... 0 ... 0 ... 3 ... 1 ... 0 ... 18 ... 1 ... 2 ... 0 ... 2 ... 67 ... 21 ...
4 ... 0 ... 2 ... 19 ... 4 ... 2 ... 0 ... 12 ... 7 ... 0 ... 1 ... 1 ... 7 ... 0 ... 0 ... 0 ... 4 ... 20 ... 1 ... 0 ... 17 ... 1 ... 0 ... 2 ... 2
... 1 ... 6 ... 0 ... 0 ... 1 ... 4 ... 3 ... 0 ... 0 ... 7 ... 2 ... 2 ... 25 ... 16 ... 2 ... 0 ... 28 ... 1 ... 0 ... 26 ... 3 ... 0 ... 6 ... 0
... 3 ... 27 ... 0 ... 0 ... 0 ... 235 ... 9 ... 2 ... 6 ... 2

Mean = 9.81. Replies = 106.
How many total criminal investigations were initiated at your facility by VA police officers in FY-Number
2846 ... 89 ... 10 ... 253 ... 257 ... 52 ... 991 ... 467 ... 0 ... 332 ... 49 ... 377 ... 64 ... 68 ... 394 ... 10 ... 104 ... 586 ...
684 ... 18 ... 454 ... 675 ... 99 ... 2 ... 110 ... 25 ... 879 ... 117 ... 248 ... 999 ... 276 ... 288 ... 3 ... 428 ... 966 ... 103

... 913 ... 3 ... 94 ... 281 ... 229 ... 34 ... 60 ... 277 ... 741 ... 182 ... 596 ... 18 ... 71 ... 175 ... 136 ... 128 ... 496 ... 394 ... 8 ... 53 ... 528 ... 24 ... 38 ... 167 ... 150 ... 378 ... 336 ... 152 ... 90 ... 1561 ... 107 ... 335 ... 45 ... 239 ... 5 ... 249 ... 1091 ... 48 ... 1408 ... 1238 ... 2032 ... 1082 ... 776 ... 45 ... 20 ... 284 ... 44 ... 291 ... 345 ... 309 ... 174 ... 968 ... 119 ... 97 ... 72 ... 1168 ... 106 ... 494 ... 81 ... 300 ... 541 ... 446 ... 235 ... 997 ... 102 ... 247 ... 6 ... 601 ... 770 ... 303 ... 324

Mean = 371.78. Replies = 107.
How many total criminal investigations were initiated at your facility by VA police officers in FY-Number
503 ... 16 ... 8 ... 9 ... 88 ... 064 ... 7 ... 444 ... 96 ... 0 ... 140 ... 7 ... 91 ... 17 ... 27 ... 98 ... 5 ... 32 ... 204 ... 203 ... 14 ... 67 ... 180 ... 24 ... 2 ... 29 ... 5 ... 189 ... 20 ... 75 ... 219 ... 66 ... 66 ... 2 ... 63 ... 212 ... 79 ... 226 ... 1 ... 10 ... 77 ... 75 ... 19 ... 26 ... 78 ... 220 ... 69 ... 102 ... 6 ... 15 ... 39 ... 33 ... 23 ... 106 ... 81 ... 19 ... 146 ... 5 ... 15 ... 31 ... 40 ... 56 ... 67 ... 19 ... 7 ... 287 ... 49 ... 139 ... 13 ... 60 ... 2 ... 79 ... 326 ... 26 ... 133 ... 341 ... 302 ... 274 ... 149 ... 49 ... 3 ... 49 ... 15 ... 80 ... 164 ... 77 ... 40 ... 218 ... 22 ... 19 ... 13 ... 249 ... 34 ... 229 ... 27 ... 70 ... 141 ... 118 ... 27 ... 378 ... 40 ... 33 ... 5 ... 179 ... 152 ... 105 ... 52

Mean = 91.12. Replies = 107.
How many total U.S. District Court violation notices were issued at your facility by VA police off-Number
322 ... 4 ... 10 ... 34 ... 21 ... 074 ... 0 ... 53 ... 175 ... 30 ... 98 ... 135 ... 286 ... 220 ... 8 ... 36 ... 194 ... 116 ... 22 ... 131 ... 6 ... 98 ... 70 ... 25 ... 29 ... 20 ... 11 ... 52 ... 115 ... 8 ... 282 ... 349 ... 108 ... 316 ... 44 ... 203 ... 12 ... 52 ... 698 ... 38 ... 19 ... 291 ... 34 ... 48 ... 74 ... 168 ... 2 ... 100 ... 46 ... 121 ... 160 ... 51 ... 8 ... 272 ... 2 ... 257 ... 31 ... 49 ... 7 ... 107 ... 108 ... 15 ... 103 ... 69 ... 123 ... 10 ... 249 ... 434 ... 2 ... 426 ... 25 ... 104 ... 302 ... 678 ... 5 ... 14 ... 187 ... 12 ... 112 ... 194 ... 107 ... 102 ... 67 ... 549 ... 470 ... 18 ... 25 ... 710 ... 690 ... 108 ... 72 ... 389 ... 81 ... 549 ... 251 ... 180 ... 78 ... 80 ... 175 ... 45 ... 69 ... 123 ... 48 ... 628 ... 157 ... 190 ... 342 ... 410 ... 389 ... 77 ... 55 ... 137 ... 127 ... 136 ... 409 ... 36

Mean = 151.75. Replies = 116.
How many total U.S. District Court violation notices were issued at your facility by VA police off-Number
64 ... 0 ... 9 ... 9 ... 2 ... 037 ... 0 ... 4 ... 30 ... 32 ... 54 ... 30 ... 155 ... 13 ... 1 ... 5 ... 138 ... 131 ... 24 ... 16 ... 7 ... 22 ... 3 ... 30 ... 2 ... 4 ... 12 ... 30 ... 0 ... 3 ... 94 ... 23 ... 83 ... 18 ... 31 ... 17 ... 30 ... 139 ... 1 ... 2 ... 52 ... 4 ... 17 ... 4 ... 78 ... 0 ... 15 ... 22 ... 31 ... 42 ... 21 ... 9 ... 127 ... 2 ... 53 ... 0 ... 62 ... 1 ... 1 ... 25 ... 33 ... 1 ... 45 ... 39 ... 61 ... 7 ... 141 ... 37 ... 3 ... 51 ... 2 ... 86 ... 10 ... 331 ... 0 ... 5 ... 70 ... 5 ... 11 ... 35 ... 85 ... 11 ... 17 ... 150 ... 62 ... 14 ... 5 ... 135 ... 180 ... 20 ... 38 ... 103 ... 30 ... 100 ... 48 ... 31 ... 28 ... 10 ... 42 ... 7 ... 10 ... 26 ... 7 ... 94 ... 21 ... 41 ... 71 ... 115 ... 139 ... 8 ... 4 ... 35 ... 28 ... 52 ... 102 ... 2

Mean = 40.65. Replies = 116.
How many total traffic courtesy violations notices were issued at your facility in by VA police of-Number
298 ... 20 ... 56 ... 710 ... 228 ... 14 ... 0 ... 53 ... 166 ... 87 ... 203 ... 246 ... 1 ... 0 ... 76 ... 681 ... 13 ... 171 ... 250 ... 134 ... 287 ... 948 ... 148 ... 4 ... 178 ... 50 ... 17 ... 95 ... 59 ... 667 ... 4 ... 20 ... 591 ... 336 ... 366 ... 48 ... 271 ... 38 ... 116 ... 24 ... 121 ... 22 ... 195 ... 1,307 ... 39 ... 951 ... 811 ... 405 ... 73 ... 212 ... 0 ... 163 ... 0 ... 27 ... 16 ... 3 ... 44 ... 252 ... 15 ... 235 ... 249 ... 41 ... 149 ... 161 ... 300 ... 40 ... 88 ... 200 ... 72 ... 303 ... 936 ... 637 ... 76 ... 620 ... 92 ... 429 ... 163 ... 164 ... 0 ... 363 ... 194 ... 499 ... 110 ... 352 ... 55 ... 114 ... 342 ... 56 ... 305 ... 482 ... 111 ... 158 ... 40 ... 278 ... 1456 ... 196 ... 380 ... 408 ... 900 ... 645 ... 0 ... 48 ... 2 ... 1169 ... 149 ... 11 ... 797 ... 210 ... 73 ... 343 ... 17

Mean = 248.18. Replies = 111.
How many total traffic courtesy violations notices were issued at your facility by VA police offic-Number
169 ... 8 ... 46 ... 77 ... 099 ... 0 ... 1 ... 3 ... 121 ... 76 ... 39 ... 1 ... 0 ... 11 ... 142 ... 139 ... 131 ... 181 ... 90 ... 52 ... 187 ... 32 ... 40 ... 2 ... 25 ... 14 ... 6 ... 30 ... 166 ... 0 ... 56 ... 81 ... 339 ... 17 ... 2 ... 0 ... 2 ... 23 ... 7 ... 26 ... 7 ... 10 ... 163 ... 3 ... 259 ... 491 ... 19 ... 35 ... 37 ... 0 ... 8 ... 06 ... 0 ... 0 ... 2 ... 37 ... 13 ... 9 ... 98 ... 59 ... 82 ... 13 ... 58 ... 234 ... 8 ... 13 ... 46 ... 20 ... 80 ... 160 ... 107 ... 33 ... 140 ... 1 ... 46 ... 28 ... 0 ... 58 ... 122 ... 476 ... 20 ... 13 ... 2 ... 7 ... 41 ... 54 ... 43 ... 2 ... 57 ... 24 ... 46 ... 250 ... 22 ... 50 ... 10 ... 134 ... 0 ... 2 ... 0 ... 262 ... 33 ... 0 ... 84 ... 27 ... 8 ... 123 ... 3

Mean = 62.98. Replies = 107.
How many total missing patient searches were conducted at your facility by VA police officers in F-Number
3 ... 2 ... 2 ... 4 ... 006 ... 1 ... 2 ... 6 ... 1 ... 0 ... 3 ... 4 ... 0 ... 3 ... 2 ... 2 ... 3 ... 0 ... 5 ... 3 ... 1 ... 17 ... 9 ... 5 ... 2 ... 1 ... 0 ... 0 ... 24 ... 2 ... 20 ... 12 ... 17 ... 75 ... 3 ... 2 ... 5 ... 0 ... 26 ... 2 ... 1 ... 35 ... 1 ... 3 ... 1 ... 3 ... 1 ... 19 ... 22 ... 2 ... 4 ... 10 ... 0 ... 10 ... 0 ... 15 ... 95 ... 0 ... 2 ... 11 ... 3 ... 4 ... 0 ... 0 ... 1 ... 4 ... 12 ... 04 ... 5 ... 2 ... 1 ... 4 ... 4 ... 19 ... 2 ... 4 ... 3 ... 33 ... 3 ... 5 ... 8 ... 5 ... 11 ... 2 ... 1 ... 2 ... 2 ... 8 ... 0 ... 4 ... 3 ... 3 ... 11 ... 14 ... 1 ... 13 ... 4 ... 32 ... 4 ... 14 ... 3 ... 10 ... 4 ... 11 ... 22 ... 4 ... 2 ... 2

Mean = 7.62. Replies = 108.
How many total missing patient searches were conducted at your facility by VA police officers in F-Number
0 ... 0 ... 0 ... 3 ... 002 ... 0 ... 0 ... 8 ... 0 ... 0 ... 0 ... 0 ... 1 ... 0 ... 0 ... 8 ... 0 ... 0 ... 2 ... 3 ... 1 ... 2 ... 0 ... 0 ... 0 ... 0 ... 0 ... 2 ... 0 ... 2 ... 2 ... 12 ... 26 ... 1 ... 0 ... 0 ... 2 ... 3 ... 1 ... 0 ... 11 ... 1 ... 3 ... 0 ... 0 ... 0 ... 9 ... 1 ... 0 ... 05 ... 0 ... 1 ... 0 ... 4 ... 13 ... 0 ... 0 ... 1 ... 1 ... 0 ... 0 ... 0 ... 1 ... 5 ... 04 ... 2 ... 1 ... 0 ... 1 ... 5 ... 4 ... 2

... 0 ... 4 ... 0 ... 0 ... 1 ... 2 ... 4 ... 0 ... 1 ... 0 ... 0 ... 0 ... 0 ... 0 ... 1 ... 0 ... 4 ... 1 ... 0 ... 5 ... 1 ... 6 ... 2 ... 8 ... 2
... 1 ... 0 ... 0 ... 3 ... 1 ... 0 ... 0

Mean = 1.92. Replies = 106.
How many total vandalism incidents were reported at your facility by VA police officers in FY 2018-Number
46 ... 0 ... 14 ... 6 ... 008 ... 3 ... 0 ... 35 ... 13 ... 0 ... 6 ... 14 ... 12 ... 8 ... 1 ... 1 ... 0 ... 2 ... 6 ... 6 ... 1 ... 4 ... 3 ... 4
... 4 ... 2 ... 0 ... 10 ... 0 ... 29 ... 18 ... 14 ... 8 ... 3 ... 20 ... 11 ... 4 ... 35 ... 8 ... 0 ... 18 ... 3 ... 4 ... 6 ... 14 ... 15 ...
11 ... 16 ... 4 ... 19 ... 8 ... 27 ... 12 ... 0 ... 32 ... 0 ... 1 ... 3 ... 21 ... 22 ... 1 ... 4 ... 4 ... 6 ... 2 ... 2 ... 32 ... 7 ... 26
... 3 ... 38 ... 10 ... 5 ... 13 ... 24 ... 11 ... 23 ... 5 ... 6 ... 12 ... 0 ... 17 ... 12 ... 1 ... 0 ... 19 ... 35 ... 8 ... 13 ... 27 ...
12 ... 0 ... 11 ... 3 ... 4 ... 3 ... 43 ... 8 ... 28 ... 4 ... 5 ... 19 ... 8 ... 14 ... 5 ... 12 ... 10 ... 9 ... 30 ... 14 ... 11 ... 0 ... 1

Mean = 10.75. Replies = 113.
How many total vandalism incidents were reported at your facility by VA police officers in FY 2019-Number
7 ... 0 ... 0 ... 1 ... 002 ... 0 ... 0 ... 5 ... 0 ... 0 ... 2 ... 0 ... 1 ... 8 ... 1 ... 0 ... 1 ... 0 ... 5 ... 2 ... 1 ... 0 ... 0 ... 0 ... 0
... 0 ... 0 ... 0 ... 1 ... 0 ... 7 ... 6 ... 4 ... 3 ... 4 ... 1 ... 6 ... 0 ... 7 ... 4 ... 0 ... 3 ... 1 ... 0 ... 2 ... 5 ... 5 ... 3 ... 2 ... 0
... 3 ... 3 ... 3 ... 3 ... 0 ... 03 ... 1 ... 1 ... 1 ... 1 ... 3 ... 0 ... 0 ... 4 ... 2 ... 2 ... 0 ... 1 ... 13 ... 3 ... 7 ... 1 ... 02 ... 1 ...
2 ... 2 ... 5 ... 2 ... 3 ... 0 ... 4 ... 3 ... 0 ... 5 ... 1 ... 2 ... 0 ... 4 ... 3 ... 4 ... 5 ... 0 ... 0 ... 6 ... 0 ... 1 ... 0 ... 9 ... 1
... 6 ... 0 ... 1 ... 3 ... 2 ... 1 ... 2 ... 0 ... 2 ... 1 ... 5 ... 3 ... 2 ... 0 ... 0

Mean = 2.18. Replies = 115.
Figure 26: QG4: How Many?--Number

---

How many total arrests were made at your facility by VA police officers in FY 2018 (October 1, 201-If you are unable to provide a number, please explain why:

- 52
- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-
- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

Replies = 45.
How many total arrests were made at your facility by VA police officers in FY 2019, Qtr 1 (October-If you are unable to provide a number, please explain why:

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-

Replies = 37.

How many total criminal investigations were initiated at your facility by VA police officers in FY- If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-

- N/A
- (b)(5); (b)(7)(E)
-
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-

Replies = 40.

How many total criminal investigations were initiated at your facility by VA police officers in FY-If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
- N/A
- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-

Replies = 36.
How many total U.S. District Court violation notices were issued at your facility by VA police off-If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-
-

Replies = 27.
How many total U.S. District Court violation notices were issued at your facility by VA police off-If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-

Replies = 26.

How many total traffic courtesy violations notices were issued at your facility in by VA police of-If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-

Replies = 33.

How many total traffic courtesy violations notices were issued at your facility by VA police offic-If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
- Not Tracked
- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
- (b)(5); (b)(7)(E)
-
-
-
-
-
-

Replies = 33.

How many total missing patient searches were conducted at your facility by VA police officers in F-If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-

Replies = 38.
How many total missing patient searches were conducted at your facility by VA police officers in F-If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-

- (b)(5); (b)(7)(E)

-
-
-
-
-

-

-
-

-
-
-

- (b)(5); (b)(7)(E)

-
-
-
-
-
-
-
-
-
-
-
-
-
-

Replies = 39.
How many total vandalism incidents were reported at your facility by VA police officers in FY 2018-If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-

-

-
-
-
-
-
-
-

-

- (b)(5); (b)(7)(E)
-
-
-

-
-
-
-
-
-
-
-
-

Replies = 27.

How many total vandalism incidents were reported at your facility by VA police officers in FY 2019-If you are unable to provide a number, please explain why:

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-
-

Replies = 27.

Figure 27: QG5: How Many?--If you are unable to provide a number, please explain why:



| | Percents | Counts | |
|---|---|---|---|
| Dissatisfied | 37.3 | 50 | |
| Satisfied | 32.1 | 43 | (b)(5) |
| Very dissatisfied | 29.1 | 39 | |
| Very satisfied | 1.5 | 2 | |
| Totals | 100.0% | 134 | |

Replies = 134.

Figure 28: Q54: Overall, please rate your satisfaction level with your overall police information management system.

- (b)(5); (b)(7)(E)
-
-
-
-
-
-
- None.
- (b)(5); (b)(7)(E)
- (b)(5); (b)(7)(E)
-

(b)(5); (b)(7)(E)

- 

- 

- 

- (b)(5); (b)(7)(E)

- 

- 

- 

- 

- 

- (b)(5); (b)(7)(E)

-

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

- 

(b)(5); (b)(7)(E)

- 

- 

-

(b)(5); (b)(7)(E)

- 
- 
- 
- 
- 
- (b)(5); (b)(7)(E)

- 

- N/A
- (b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

- None
- (b)(5); (b)(7)(E)
- 
- 

- 
- 
-

- (b)(5); (b)(7)(E)
-
-
-
-
-
-

- (b)(5); (b)(7)(E)

- (b)(5); (b)(7)(E)
-
-
-
-
-

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

- (b)(5); (b)(6); (b)(7)(C); (b)(7)(E)

- (b)(5); (b)(7)(E)
- 

- 

- (b)(5); (b)(7)(E)
- 

- 

- 

- (b)(5); (b)(7)(E)
- 

- 

- 

- 

- 
- 

- 

- 

- 

- 

- (b)(5); (b)(7)(E)

-

- (b)(5); (b)(7)(E)
- 
- 

- 
- 
- 

- (b)(5); (b)(7)(E)
- 
- 
- 

- 
- 
- 

- (b)(5); (b)(7)(E)

- 
- 
- 
-

- (b)(5); (b)(7)(E)
-
-

Replies = 100.

Figure 29: Q55: Provide any additional information you would like to include concerning your experience with VA Police information management systems; to include any recommended solutions.

- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;16;17;18;Done
- 1;2;3;4;6;7;9;11;12;14;15;16;18;Done
- 1;2;3;4;6;7;9;10;11;14;16;17;18;Done
- 1;2;3;4;5;7;9;10;11;14;16;18;Done
- 1;2;3;4;5;7;9;10;11;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;17;18;Done
- 1;2;4;5;7;8;9;10;11;14;15;16;17;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;4;6;7;9;11;12;14;16;18;Done
- 1;2;3;4;7;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;4;6;7;8;9;11;12;14;15;16;17;18;Done
- 1;2;4;6;7;9;10;11;12;14;15;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;15;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;14;16;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;15;16;18;Done
- 1;2;4;5;7;8;9;10;11;14;16;18;Done
- 1;2;4;6;7;9;11;12;14;15;16;17;18;Done
- 1;2;4;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;15;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;5;7;9;10;11;14;15;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;14;15;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;14;16;18;Done
- 1;2;4;6;7;9;10;11;12;14;15;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;16;17;18;Done
- 1;2;4;6;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;4;5;7;9;10;11;14;16;18;Done
- 1;2;4;6;7;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;8;9;11;12;14;15;16;17;18;Done
- 1;2;4;6;7;8;9;10;11;14;16;17;18;Done

- 1;2;4;6;7;8;9;10;11;12;14;16;17;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;14;16;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;15;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;16;17;18;Done
- 1;2;4;5;7;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;14;15;16;17;18;Done
- 1;2;3;4;5;7;9;11;14;16;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;14;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;14;16;18;Done
- 1;2;4;6;7;9;11;12;14;16;18;Done
- 1;2;4;5;7;8;9;10;11;14;15;16;17;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;14;16;17;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;14;16;18;Done
- 1;2;3;4;6;7;8;9;11;12;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;4;5;7;8;9;10;11;14;15;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;16;18;Done
- 1;2;4;6;7;9;10;11;12;14;16;18;Done
- 1;2;4;6;7;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;16;17;18;Done
- 1;2;4;6;7;8;9;10;11;12;13;14;16;17;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;14;16;18;Done
- 1;2;3;4;5;7;9;10;11;14;15;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;4;5;7;9;10;11;14;15;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;15;16;17;18;Done
- 1;2;3;4;5;7;9;10;11;14;16;18;Done
- 1;2;3;4;6;7;8;9;11;12;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;5;7;9;10;11;14;16;18;Done
- 1;2;4;5;7;9;11;14;16;18;Done
- 1;2;4;6;7;9;10;11;14;16;17;18;Done
- 1;2;3;4;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;14;15;16;18;Done
- 1;2;3;4;6;7;9;11;12;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;14;16;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;16;17;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;17;18;Done
- 1;2;4;6;7;9;10;11;12;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done

- 1;2;3;4;6;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;4;6;7;9;10;11;12;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;4;6;7;8;9;11;12;14;15;16;17;18;Done
- 1;2;4;5;7;9;10;11;14;15;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;3;4;5;7;9;11;14;15;16;17;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;4;5;7;9;10;11;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;14;16;18;Done
- 1;2;4;6;7;9;10;11;12;14;15;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;15;16;18;Done
- 1;2;4;5;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;15;16;18;Done
- 1;2;4;5;7;9;10;11;14;16;18;Done
- 1;2;4;5;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;4;5;7;8;9;11;14;15;16;18;Done
- 1;2;4;6;7;9;11;12;14;15;16;18;Done
- 1;2;3;4;5;7;8;9;11;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;14;15;16;17;18;Done
- 1;2;4;5;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;13;14;16;17;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;3;4;6;7;9;10;11;12;14;15;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;14;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;4;5;7;8;9;11;12;13;14;15;16;18;Done
- 1;2;4;6;7;8;9;10;11;12;13;14;16;18;Done
- 1;2;4;6;7;8;9;11;14;16;18;Done
- 1;2;3;4;5;7;8;9;10;11;12;14;15;16;17;18;Done
- 1;2;4;6;7;8;9;10;11;12;14;16;18;Done
- 1;2;3;4;6;7;9;10;11;12;13;14;16;17;18;Done
- 1;2;4;6;7;9;10;11;12;13;14;16;18;Done

Replies = 137.
Figure 30: Q102: NetCollect Pages