| | |
|---|---|
| **From:** | Oshinski, Renee |
| **To:** | (b)(6)          (OIG) |
| **Cc:** | (b)(6)          (OIG); (b)(6)          (OIG); (b)(6)          (OIG); (b)(6)          (b)(6) |
| **Subject:** | RE: OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N |
| **Date:** | Thursday, July 25, 2019 4:57:42 PM |

Sorry for the delay.

(b)(5)

1. Please describe the importance the information documented and tracked by VA police has on VHA operations for Central Office, including how it may be used.

Ideally the information documented by the police can be used to provide (b)(5), (b)(7)(E)
(b)(5); (b)(7)(E)        In turn, this information then can be used to identify systemic issues that require mitigation strategies at the local level as well as at the enterprise level. Data on the types of investigations provide and over view of the type of activities we see in our facilities, this then allows for identification of additional tools needed to mitigate risk, education opportunities, and helps leadership make informed decisions about resource needs. The police have been migrated to one reporting system.

2. Do you believe the police program has had a reliable system to identify and track program activities, operations, and workload at each medical facility? For instance, have either of those systems been able to provide you comprehensive information of police activities such as arrests, investigations, missing patients, suicide attempts, traffic violations, or use of force matters? We currently do not have reliable information at the VA Central Office level. Data is requested either from OSLE or the facilities.

   a. If so, what reports or data do you receive? Please provide supporting documentation.
   (b)(5)    Reports and data related to police activity are recorded locally at each facility. Reports are available to the Police Chief and the Medical Center Leadership. This data, when appropriate is rolled up to Central Office through the Issue Brief Process. When requested, the actual police reports are provided to Central Office.

3. If no to Question 2, please explain how not having this information may impact your ability to manage and support the police program at headquarters. Data we are currently not able to see at the national level is the Physical Security Assessments and this is being corrected. Currently, VHA is working with (b)(5); (b)(7)(E)
   (b)(5); (b)(7)(E)        to do the assessments. This will then provide Central Office an enterprise view of potential vulnerabilities in our overall security programs and how the Medical Centers plan to address those vulnerabilities. We do not currently receive reports on local police activity and this inhibits VACO's ability to plan enterprise wide.

   a. What information collected within the police program do you believe is necessary to support 10N's administration and management of the program? Information on enterprise
   (b)(5); (b)(7)(E)        to identify patterns. Ideally, information on use of force, the number of tickets, the number of arrests, the number of saves (from suicide or other potential harm), customer service, trended data from OSLE inspections, etc…. this data would assist in determining the need for education, resources, and help senior leaders at every level make informed decisions.

**From:** (b)(6)          (OIG)

**Sent:** Thursday, July 25, 2019 3:10 PM
**To:** Oshinski, Renee <(b)(6) @va.gov>
**Cc:** (b)(6) (OIG) <(b)(6) @va.gov>; (b)(6) (OIG)
<(b)(6) @va.gov>; (b)(6) (OIG) <(b)(6) @va.gov>; (b)(6)
<(b)(6) @va.gov> (b)(6) @va.gov>
**Subject:** RE: OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N

Good afternoon Ms. Oshinski,

I am checking in about the status of the information request. Please let us know if you have any questions or concerns.

Thank you,

(b)(6)

---

**From:** Oshinski, Renee
**Sent:** Monday, July 22, 2019 3:49 PM
**To:** (b)(6) (OIG) <(b)(6) @va.gov>
**Cc:** (b)(6) (OIG) <(b)(6) @va.gov>; (b)(6) (OIG)
<(b)(6) @va.gov>; (b)(6) (OIG) <(b)(6) @va.gov>; (b)(6)
(b)(6) @va.gov>; (b)(6) <(b)(6) @va.gov>
**Subject:** RE: OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N

Sorry (b)(6) – can we have an extension until Wednesday?  We are actually working on Police issues at a sequester with OSLE today and tomorrow.

---

**From:** (b)(6) (OIG)
**Sent:** Monday, July 22, 2019 3:42 PM
**To:** Oshinski, Renee <(b)(6) @va.gov>
**Cc:** (b)(6) (OIG) <(b)(6) @va.gov>; (b)(6) (OIG)
<(b)(6) @va.gov>; (b)(6) (OIG) <(b)(6) @va.gov>; (b)(6)
<(b)(6) @va.gov>; (b)(6) @va.gov>
**Subject:** OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N

Good afternoon Ms. Oshinski,

I am following up the information request we sent last Wednesday, with a requested response by today, July 22, 2019. We were wondering if you had any questions or need additional time to provide a response.

Thank you again for you cooperation and assistance.

(b)(6)

Management Analyst
Department of Veterans Affairs
Office of Inspector General (Division - 52DC)
Washington, DC
Office Number (202) 6: (b)(6)
Cell Number (202) (b)(6)
Fax Number (202) 632-6692
(b)(6)        @va.gov

**From:** (b)(6)        (OIG)
**Sent:** Wednesday, July 17, 2019 2:52 PM
**To:** Oshinski, Renee <(b)(6)        @va.gov>
**Cc:** (b)(6)        <(b)(6)        @va.gov>; (b)(6)        <(b)(6)        @va.gov>; (b)(6)
(b)(6)        (OIG) <(b)(6)        @va.gov>; (b)(6)        (OIG) <(b)(6)        @va.gov>; (b)(6)
(b)(6)        OIG) <(b)(6)        @va.gov>
**Subject:** OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities
(Project No. 2019-05798-D2-0002)--VHA 10N

Good afternoon Ms. Oshinski—

We are continuing our national audit of VA's police information management systems at medical facilities.
As you know from our recent audit update, we identified concerns regarding VA police at the medical
facilities using different ways of reporting and tracking information such as investigative activities and
incidents. Primarily, the use of two separate electronic records management systems called VA Police
System (VAPS) and Report Exec.

We gathered (b)(6)        input on concerns and limitations impacting VHA related to this before he retired.
We would like to also gather any input as the acting DUSHOM.  We have a few questions that we would like
to ask you:

1. Please describe the importance the information documented and tracked by VA police has on VHA
   operations for Central Office, including how it may be used.

2. Do you believe the police program has had a reliable system to identify and track program activities,
   operations, and workload at each medical facility? For instance, have either of those systems been
   able to provide you comprehensive information of police activities such as arrests, investigations,
   missing patients, suicide attempts, traffic violations, or use of force matters?
   a. If so, what reports or data do you receive? Please provide supporting documentation.

3. If no to Question 2, please explain how not having this information may impact your ability to
   manage and support the police program at headquarters.

   a. What information collected within the police program do you believe is necessary to support
      10N's administration and management of the program?

We request a response by **July 22, 2019**. We appreciate your cooperation and assistance. Thank you.

(b)(6)          Project Manager

Department of Veterans Affairs OIG

Washington, DC, Audit Operations Division (52DC)

| | |
|---|---|
| **From:** | (b)(6) |
| **To:** | (OIG) |
| **Subject:** | FW: 10N RESPONSE: OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N |
| **Date:** | Wednesday, January 09, 2019 4:59:25 PM |
| **Attachments:** | image001.png |

(b)(6)

My apologies! I thought you were on this email. Please see below.

Have a blessed evening!

V/R

(b)(6)

U. S. Navy Veteran (Ret.)

Management Analyst, (859 C)

GAO/OIG Accountability Liaison (GOAL) (10EG)

U.S. Department of Veterans Affairs

810 Vermont Avenue, NW

Washington, DC 20420

(b)(6)@va.gov

*GOAL intranet:* http://vaww.pdush.med.va.gov/programs/mrs

Office: (202) 4(b)(6)

VA Core Values: **I**ntegrity **C**ommitment **A**dvocacy **R**espect **E**xcellence    (b)(5)

**From:** (b)(6)

**Sent:** Monday, January 07, 2019 2:17 PM

**To:** (b)(6) @va.gov>

**Cc:** (b)(6) @va.gov>

**Subject:** RE: 10N RESPONSE: OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N

Yes. Please note that (b)(6) retired last week.

Thank you

(b)(5)

(b)(6)

Executive Assistant | Office of the Deputy Under Secretary for Health for Operations & Mgmt (10N)
810 Vermont Avenue, NW | Washington, DC 20420
Phone: (202) 44(b)(6)    | |phone: (202) 69(b)(6)
(b)(6)          @va.gov

**From:** (b)(6)              (OIG)
**Sent:** Monday, January 07, 2019 2:14 PM
**To:** (b)(6)                  @va.gov>; (b)(6)                     @va.gov>
**Cc:** (b)(6)                      @va.gov>; (b)(6)
<(b)(6)              @va.gov>; (b)(6)                    @va.gov>
**Subject:** RE: 10N RESPONSE: OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N

Thank you. Was this response provided on behalf of (b)(6)          ?

**From** (b)(6)              @va.gov>
**Date:** Monday, Jan 07, 2019, 11:12 AM
**To:** (b)(6)              @va.gov>
**Cc** (b)(6)          <(b)(6)          @va.gov>, (b)(6)                  @va.gov>,
(b)(6)      (OIG) <(b)(6)          @va.gov>, (b)(6)              @va.gov>
**Subject:** 10N RESPONSE: OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N

Good Afternoon

I am forwarding the 10N Response to the OIG Request:  Audit of VA's Police Information Management Systems at Medical Facilities.

Thank you

**10N REPONSE:**

1. Please describe the importance of the information documented and tracked by VA police officers has on VHA operations within Central Office, including how it may be used.

(b)(5)

VA Police reporting systems are a vital piece of VHA's ability to document events that occur at every VA facility throughout the enterprise.  Those events can be sorted in various parts of the system.  In general, all police activity is entered in the Daily Operations Journal (DOJ).  When there is an issue requiring a police investigation, the user will document that report in the (b)(5); (b)(7)(E)

The reporting systems are designed to provide (b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)   Many reports can be drafted from the systems related to crime statistics.   Those reports could be used to conduct (b)(5); (b)(7)(E)

2. Do you currently have a reliable system to identify and track VA police program activities, operations, and workload occurring at each medical facility? For instance, are you currently able to gather a comprehensive view of police activities such as security incidents, arrests, investigative activities, missing patients, traffic violations, use of force matters?

(b)(5)

As is stands, VA Police does not have (1) reliable system to identify and track VA police program activities, operations, and workload occurring at each medical facility

VA Police Officers currently operate two different systems, VA Police System (VAPS) and Report Exec.  Report Exec was purchased by the Office of Security and Preparedness more than 3 years ago to replace VAPS. Each system individually can gather reports of security incidents, arrests, investigative activities, missing patients, traffic violations, use of force matters.

a. If so, what reports or data do you receive? Reports and data related to police activity are stored locally at each facility in the (b)(5), (b)(7)(E)

(b)(5)

(b)(5); (b)(7)(E) .  Those reports are reviewed by the police chief, facility leadership and as well as OSLE during a bi-annual police program inspection. Significant issues are reported to VHA leadership drafted in Issue Brief (IB) format. Please provide supporting documentation.

(b)(5)

b. How is this used to manage the program?  Please provide supporting documentation.

The data is used to address (b)(5); (b)(7)(E)
(b)(5); (b)(7)(E)   VA Police activity and ultimately improve the overall safety and security of each medical center.

3. If no to Question 2, please explain how not having this information may impact your ability to manage and support the police program at headquarters.

(b)(5)

Budget decisions in support of VA Police needs impacts our ability to manage and support the police program at headquarters. The data we currently can obtain from the 2 separate systems can only be obtained locally upon request from VHA headquarters.  The separate systems cannot provide one roll up of security incidents, arrests, investigative activities, missing patients, traffic violations, use of force matters etc.… The reliability of available comprehensive data is used to provide the Undersecretary for Health detailed facts of what occurs at VA facilities in real time.

a. **What information collected within the police program do you believe is necessary to support 10N's administration and management of the program?** Any information documented in both system, VAPS or Report Exec would be vital and necessary to support 10N's administration and management of the program.



4. **Have you or anyone in your office been asked by OSP for your information requirements that you would need to manage the police program? If so, please explain.** No, but I cannot speak to prior leadership.

5. **Have you or anyone in your office been asked by OSP about strategies and systems required to be used by police officers to document program information? If so, please explain.** No, but I cannot speak to prior leadership.

6. **Have you or anyone in your office been consulted by OSP about the electronic systems (VAPS and Report Exec) that were developed and required for use by police officers? If so, please explain.** No, but I cannot speak to prior leadership.

---

**From:** (b)(6)
**Sent:** Friday, December 21, 2018 1:19 PM
**To:** (b)(6) <(b)(6) @va.gov>; (b)(6) @va.gov>; (b)(6) @va.gov>; (b)(6) @va.gov>
**Cc:** (b)(6) <(b)(6) @va.gov>; (b)(6) OIG) <(b)(6) @va.gov>
**Subject:** FW: OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N
**Importance:** High

Greetings All,

Please respond to OIG's email below. This response is due back to (b)(6) (OIG) by **NLT COB TODAY.**

Thanks for your support and have a blessed afternoon!

V/R

(b)(6)
U. S. Navy Veteran (Ret.)
Management Analyst, (859 C)
GAO/OIG Accountability Liaison (GOAL)
U.S. Department of Veterans Affairs

810 Vermont Avenue, NW
Washington, DC 20420
(b)(6) @va.gov
*GOAL intranet:* http://vaww.pdush.med.va.gov/programs/mrs
Office:  (202) 46(b)(6)



VA Core Values: **I**ntegrity **C**ommitment **A**dvocacy **R**espect **E**xcellence

---

**From:** (b)(6) (OIG)
**Sent:** Friday, December 21, 2018 12:05 PM
**To:** (b)(6) <(b)(6) @va.gov>
**Subject:** FW: OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N

Happy holidays (b)(6) Have you heard whether we may be getting a response on this today?

---

**From:** (b)(6) (OIG)
**Sent:** Tuesday, December 18, 2018 2:56 PM
**To:** (b)(6) <(b)(6) @va.gov>
**Cc:** (b)(6) <(b)(6) @va.gov>; (b)(6) <(b)(6) @va.gov>; (b)(6) (b)(6) @va.gov>; (b)(6) (OIG) <(b)(6) @va.gov>; (b)(6) (OIG) <(b)(6) @va.gov>
**Subject:** OIG Request: Audit of VA's Police Information Management Systems at Medical Facilities (Project No. 2019-05798-D2-0002)--VHA 10N

Good afternoon (b)(6) ,

My office is currently conducting a national audit of VA's police information management systems at medical facilities. The objective of the audit is to determine whether the VA's police information management strategy and systems provide program leaders and workforce with the necessary information to manage and guide operational performance. We held an entrance conference on December 13 to discuss the audit with representatives from VHA, Operations, Security, and Preparedness (OSP), and the Office of Information and Technology. This is a follow-on project intended to identify additional measures to improve police program governance following the completion of our recently published audit of the police program last week.

We learned that VA police at the medical facilities currently use different ways of reporting and

tracking information occurring on facility properties such as investigative activities and incidents, including a paper-based system and the use of two electronic systems called VA Police System (VAPS) and Report Exec. We have been told that both electronic systems are operational, but neither VHA nor OSP are aware of which electronic system is currently being used at each facility. As VA Directive 0730, page 12, which is still in effect, assigns the VHA DUSHOM responsibility for ensuring program requirements are fulfilled, we have a few questions that we would like to ask you:

1. Please describe the importance of the information documented and tracked by VA police officers has on VHA operations within Central Office, including how it may be used.

2. Do you currently have a reliable system to identify and track VA police program activities, operations, and workload occurring at each medical facility? For instance, are you currently able to gather a comprehensive view of police activities such as security incidents, arrests, investigative activities, missing patients, traffic violations, use of force matters?

   a. If so, what reports or data do you receive? Please provide supporting documentation.

   b. How is this used to manage the program?  Please provide supporting documentation.

3. If no to Question 2, please explain how not having this information may impact your ability to manage and support the police program at headquarters.

   a. What information collected within the police program do you believe is necessary to support 10N's administration and management of the program?

4. Have you or anyone in your office been asked by OSP for your information requirements that you would need to manage the police program? If so, please explain.

5. Have you or anyone in your office been asked by OSP about strategies and systems required to be used by police officers to document program information? If so, please explain.

6. Have you or anyone in your office been consulted by OSP about the electronic systems (VAPS and Report Exec) that were developed and required for use by police officers? If so, please explain.

We request a response by **December 21, 2018**. We appreciate your cooperation and assistance. Thank you.

(b)(6)

Department of Veterans Affairs, Office of Inspector General
Washington, DC, Audit Operations (52DC)
202.65(b)(6)

## MDB3 Summary

| |
| --- |
| Is the facility excluded |
| behavior |
| Ex2.Did the facility have any reported non-patient assaults for the 12–18 months prior to the site visit |
| 1.Was the assault managed appropriately according to the facility's policies |
| 1a.Did the facility do a risk assessment to determine appropriate mitigation |
| 1b.Was there an interdisciplinary review |
| 1c.Were resources (such as time off) offered to handle issues due to the incident |
| 1d.Was the employee's disruptive behavior addressed through correct processes |

| Oct-Mar Review Cycle | | | | | | |
|---|---|---|---|---|---|---|
| YES | | NO | | NA | | Total |
| 4 | 6% | 67 | 94% | 0 | | 71 |
| 4 | 100% | 0 | 0% | 0 | | 4 |
| 0 | 0% | 4 | 100% | 0 | | 4 |
| 50 | 94% | 3 | 6% | 0 | | 53 |
| 31 | 86% | 5 | 14% | 0 | | 36 |
| 30 | 70% | 13 | 30% | 0 | | 43 |
| 20 | 67% | 10 | 33% | 0 | | 30 |
| 31 | 100% | 0 | 0% | 14 | | 31 |

# MDB2 Summary

| |
|---|
| **Was the patient excluded** |
| **1Ex.Patient was not identified as disruptive** |
| **2Ex.Disruptive behavior took place at another site and/or PRF placed at another site** |
| **3Ex.Patient no longer getting care at the CAP site** |
| **1.Was this a new incident of disruptive behavior** |
| **2a.PRF for disruptive behavior** |
| **2b.PRF for Order of Behavioral Restriction** |
| **2c.Police check-in or escort required** |
| **2d.Letter to patient** |
| **2e.Category II PRF (local)** |
| **2f.Care transferred from CBOC to main facility or barred from CBOC** |
| **2g.Counseling of patient** |
| **2h.Clinical warnings** |
| **2i.Reported on disruptive behavior reporting and tracking system** |
| **2j.No action** |
| **2k.Other** |
| **3.If a new PRF was placed, did a Disruptive Behavior Committee/Bd clinician member enter a progress note associated w/ the PRF** |
| **4. If a new PRF was placed, is there evidence that the patient was informed that:** |
| **4a.The PRF was placed in the EHR** |
| **4b.The patient has the right to request to amend or appeal placement of the PRF** |
| **5.If a new PRF for OBR was placed, is there evidence that the Chief of Staff or designee approved the OBR reviewed w/in past 2yrs** |
| **7.Was the review of previous PRF discussed in the DBC/DBB** |
| **8.Are there any discrepancies identified** |

| Oct-Mar Review Cycle | | | | | |
|---|---|---|---|---|---|
| YES | | NO | | NA | Total Y+N |
| 204 | 17% | 1025 | 83% | 0 | 1229 |
| 86 | 100% | 0 | 0% | 0 | 86 |
| 22 | 100% | 0 | 0% | 0 | 22 |
| 96 | 100% | 0 | 0% | 0 | 96 |
| 786 | 77% | 239 | 23% | 0 | 1025 |
| 347 | 100% | 0 | 0% | 0 | 347 |
| 67 | 100% | 0 | 0% | 0 | 67 |
| 91 | 100% | 0 | 0% | 0 | 91 |
| 157 | 100% | 0 | 0% | 0 | 157 |
| 7 | 100% | 0 | 0% | 0 | 7 |
| 48 | 100% | 0 | 0% | 0 | 48 |
| 197 | 100% | 0 | 0% | 0 | 197 |
| 23 | 100% | 0 | 0% | 0 | 23 |
| 334 | 100% | 0 | 0% | 0 | 334 |
| 47 | 100% | 0 | 0% | 0 | 47 |
| 186 | 100% | 0 | 0% | 0 | 186 |
| 327 | 95% | 19 | 5% | 1 | 346 |
| | | | | | |
| 251 | 73% | 95 | 27% | 1 | 346 |
| 174 | 51% | 170 | 49% | 3 | 344 |
| 57 | 85% | 10 | 15% | 0 | 67 |
| 177 | 92% | 15 | 8% | 833 | 192 |
| 164 | 93% | 13 | 7% | 0 | 177 |
| 60 | 6% | 965 | 94% | 0 | 1025 |