UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERAN AFFAIRS,<br><br>Defendant. | Civil Action No. 21-1298 (RC) |

**CONSENT MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendant U.S. Department of Veterans Affairs ("VA") respectfully moves to amend the summary judgment briefing schedule entered by the Court's April 20, 2023 Minute Order. Plaintiff, through counsel, graciously consents to the relief requested herein.

In support of this motion, Defendant states as follows:

1. This is a Freedom of Information Act ("FOIA") case. *See* ECF No. 1.

2. In the April 20, 2023, Minute Order, the Court granted Plaintiff's consent motion for extension of time *nunc pro tunc* and ordered the following briefing schedule for the remainder of the parties' summary judgment filings: "Plaintiff shall submit its opposition and cross-motion for summary judgement on or before May 5, 2023; Defendant shall submit its opposition and any reply on or before June 16, 2023; and Plaintiff shall submit any reply on or before June 30, 2023."

3. Defendant respectfully requests that the Court enter a modified briefing schedule that would allow Defendant a two-business-day (five-calendar-day) extension of the June 16, 2023 deadline to move for summary judgment and adjust the other briefing deadline as stated below. Specifically, Defendant moves for the following modified briefing schedule:

- June 21, 2023: Defendant's reply / opposition to Cross-motion for summary judgment
- July 11, 2023: Plaintiff's reply

4. There is good cause to grant this extension request. Additional time is needed for Defendant's deadline because the undersigned counsel has become aware that agency counsel will be out of the office on the day of filing and the holiday weekend is likely to impact the undersigned counsel's office's internal review capacity. Moreover, Plaintiff's counsel seeks an additional week for Plaintiff's deadline because he has represented that he will be out of the office the week of July 4th.

5. This is the first extension that Defendant has requested in connection with the deadline to file the reply and opposition to Plaintiff's cross-motion for summary judgment. As Defendant moves to amend the entire briefing schedule, granting the relief requested by Defendant will not affect any other deadlines in this case.

6. Moreover, pursuant to Local Rule 7(m), the undersigned counsel for Defendant conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the relief requested herein.

7. For the foregoing reasons, Defendant respectfully requests that the Court grant this motion to modify the summary judgment briefing schedule. A proposed Order has been filed with this motion.

Dated: June 13, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Christina O'Tousa*
CHRISTINA O'TOUSA, DC Bar #241667
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
Telephone: (202) 252-2437
christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*