UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 21-1298 (RC) |
| U.S. DEPARTMENT OF VETERAN AFFAIRS, ) ) ) ) | |
| Defendant. ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Modify the Summary Judgment Briefing Schedule, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that following schedule shall govern:

- June 21, 2023: Defendant's reply / opposition to Cross-motion for summary judgment
- July 11, 2023: Plaintiff's reply

SO ORDERED this _____ day of _____, 2023.

_____
HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE