UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF VETERAN AFFAIRS,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 21-1298 (RC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendant U.S. Department of Veterans Affairs ("VA") respectfully moves to amend the summary judgment briefing schedule entered by the Court's June 14, 2023 Minute Order. Plaintiff, through counsel, graciously consents to the relief requested herein.

In support of this motion, Defendant states as follows:

1. This is a Freedom of Information Act ("FOIA") case. *See* ECF No. 1.

2. In the June 14, 2023, Minute Order, the Court granted Plaintiff's consent motion for extension of time and ordered that "Defendant shall submit its opposition to Plaintiff's cross-motion for summary judgment and any reply in support of its motion for summary judgment on or before June 21, 2023; and Plaintiff shall submit any reply in support of its cross-motion for summary judgment on or before July 11, 2023."

3. Defendant respectfully requests that the Court enter a modified briefing schedule that would allow Defendant a one-week extension of the June 21, 2023 deadline to file its combined opposition to Plaintiff's cross-motion for summary judgment and reply in support of its

motion for summary judgment, and adjust the other briefing deadline as stated below. Specifically, Defendant moves for the following modified briefing schedule:

- June 28, 2023: Defendant's reply / opposition to Plaintiff's Cross-motion for summary judgment

- July 18, 2023: Plaintiff's reply

4. There is good cause to grant this extension request. The undersigned counsel for Defendant has prepared a draft of Defendant's submission, but the undersigned counsel for Defendant has significant caseload obligations and other pressing case matters have arisen that have conflicted with its completion, and she needs additional time to complete the draft. In short, the brief extension is needed in order to complete the draft of the submission and allow for supervisory review.

5. This is the second extension that Defendant has requested in connection with the deadline to file the opposition to Plaintiff's cross-motion for summary judgment and any reply in support of its motion for summary judgment. As Defendant moves to amend the remaining summary judgment briefing schedule deadlines, granting the relief requested by Defendant will not affect any other deadlines in this case.

6. Moreover, pursuant to Local Rule 7(m), the undersigned counsel for Defendant conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the relief requested herein.

7. For the foregoing reasons, Defendant respectfully requests that the Court grant this motion to modify the summary judgment briefing schedule deadlines. A proposed Order has been filed with this motion.

Dated:  June 21, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Christina O'Tousa*
CHRISTINA O'TOUSA, DC Bar #241667
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
Telephone: (202) 252-2437
christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*