UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>  Defendant. | Civil Action No. 21-1298 (RC) |

**FOURTH  DECLARATION  OF  RUTHLEE  GOWINS-BELLAMY**

Under penalty of perjury, I, Ruthlee Gowins-Bellamy, do hereby declare the following:

1.      I am the Supervisory Government Information Specialist for the Department of Veterans Affairs ("VA"), Office of Inspector General ("OIG"), Office of Information Release.

2.      One of my duties as Supervisory Government Information Specialist is to respond to requests for records made pursuant to the Freedom information Act ("FOIA"), 5 U.S.C. § 552, to the OIG Office of Information Release.

3.      I have been employed by the OIG Office of Information Release in this capacity since September 4, 2017. I make the following statements based upon my personal knowledge, which in turn is based on a personal review of the appropriate records in the case file, discussions with relevant FOIA personnel designated for processing the subject request, and information furnished to me in the course of my official duties.

4.      The VA OIG is an "independent and objective unit[]" of the Department of Veterans Affairs pursuant to the Inspector General Act, 5 U.S.C. § 401 *et seq.*, which was established "to conduct and supervise audits and investigations relating to the programs and

operations," "provide leadership and coordination and recommend policies for activities designed . . . to promote economy, efficiency, and effectiveness in the administration of those programs and operations" and "to prevent and detect fraud and abuse in those programs and operations," and to keep the head of the VA "and Congress fully and currently informed about problems and deficiencies." 5 U.S.C.§ 402(b). Its mission is "to serve veterans and the public by conducting meaningful independent oversight of the Department of Veterans Affairs" ([Department of Veterans Affairs Office of Inspector General - Mission, Vision, Values](#)).

5.      As noted, part of VA OIG's statutory oversight responsibilities involves conducting audits, inspections, investigations, and reviews of all VA programs. The VA police service is one example of an agency program over which VA OIG must conduct independent oversight.

6.      The VA Police "are the armed and uniformed federal law enforcement service of the U.S. Department of Veterans Affairs" ([VA Police - U.S. Department of Veterans Affairs](#)). VA Police are responsible for protecting all VA facilities and their "primary role . . . is to deter and stop crime, keep order, and investigate crimes." According to the VA Police public website, the VA police officers and criminal investigators get their authority from 38 U.S.C. § 901-902.

7.      OIG Report #17-01007-01 is an audit conducted by VA OIG over the VA Police program. This publicly available report explains that VA police officers are federal law enforcement officers who provide security and law enforcement services at VA facilities. The report made four findings and made five recommendations related to VA policies. VA OIG found that VHA and OSLE did not track and assess police program operations and performance in a systemic and effective manner; that no facility-appropriate police officer staffing models were used and there were shortages of VA police officers; that OSLE did not conduct timely inspections of VA police operations; and that VA officers lacked guidance on investigating facility leaders who manage their program or control its resources. VA OIG recommended that

the VA Deputy Secretary clarify program responsibilities and evaluate the need for centralized management for the security and law enforcement program; ensure police staffing models are implement; make certain medical facilities use strategies to address police staffing challenges; assess the staffing levels for OSLE police inspection program and authorize sufficient resources; and ensure procedures are developed for appropriately handling VA police investigations. All of these findings and recommendations are discussed in detail in the publicly available report. During the course of conducting this audit, VA OIG collected information that included specific details about criminal investigation processes and procedures, including thresholds, details of law enforcement standard operating procedures and guidelines for the process of investigating a variety of crimes that occur on VA health facility property. These specific techniques, procedures and guidelines vary depending on facility resources and they are not known to the public. This information reveals guidelines for law enforcement investigations, is not publicly available, and is explained in the VA OIG Vaughn index, Bates 1-33.

       8.     OIG Report #19-05798-107 is an audit conducted by VA OIG over the VA Police program, specifically focusing on the information management system. The report made six recommendations related to VA policies. The recommendations included evaluating who should manage the VA police records management system, establishing a working group of experts to evaluate the current system and whether it meets police needs, developing a strategy to fully implement the records system or find a replacement, developing a plan to resolve issues with the police records management system and updating police program procedures to meet information management needs. This publicly available report describes the law enforcement mission of VA police, explaining that VA police conduct arrests and investigations and must collect information about crimes in order to analyze crime patterns, manage patrols and determine what police services are needed. During the course of conducting this audit, VA OIG collected information that included specific and detailed information about law enforcement databases used by VA

police and how they are used to track crimes as well as details about how they work. VA OIG collected information from VA police chiefs about weaknesses and how they impact investigations. This information reveals guidelines for law enforcement investigations, is not publicly available, and is explained in the VA OIG Vaughn index, Bates 48-105.

9.     OIG Report #17-04460-84 is an inspection conducted by VA OIG over the management of disruptive and violent behavior in VA facilities. The report made four recommendations related to VA policies. The recommendations included establishing employee threat assessment teams, requiring VA police and others attend disruptive behavior committee meetings, ensuring proper documentation and notice when issuing orders of behavioral restriction, and ensuring all employees complete appropriate levels of management of disruptive behavior training.  During the course of this inspection, VA OIG collected and reviewed VA police physical security assessments and VA police reports. Those underlying VA records (physical security assessments and police investigation reports) were compiled by VA police for law enforcement purposes – specifically the investigation of possible crimes on VA property and the assessment of the physical security of VA property. VA OIG reviewed police investigation reports and entered deliberative notes, questions and comments into "large excel spreadsheet #1." As discussed in detail in the *Vaughn* index, that spreadsheet contains information about law enforcement techniques and procedures specific to handling violent behavior and possible crimes at VA facilities. The VA police reports were compiled for the law enforcement purpose of investigating possible crimes.

10.     VA OIG disclosed all survey questions and all pre-determined survey responses along with the statistical breakdown of those pre-determined survey responses.

11.     One of the missions of VA OIG is to investigate crimes involving VA programs and operations. The Office of Investigations is a component of VA OIG that is staffed with special agents with full law enforcement authority. This is described in detail on our public facing website:

About Us - Investigations (va.gov).

12.     The VA OIG Office of Investigations investigates potential crimes involving VA programs and operations, focusing on a wide range of issues including many types of fraud, cybercrime, embezzlement drug offenses and violent crime. Many of these criminal investigations are summarized in VA OIG monthly reports on the public website: April 2023 Monthly Highlights (va.gov).

13.     I declare under penalty of perjury that the foregoing is true and correct.


Executed this 28th day of June, 2023.


_____
Ruthlee Gowins-Bellamy

Supervisory Government Information Specialist
Department of Veterans Affairs
Office of Inspector General
Office of Information Release