UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | Civ. No. 21-1298 |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Plaintiff National Association of Minority Veterans moves to extend its time to file its reply brief in support of its cross-motion for summary judgment by two weeks. Defendant consents to the extension.

In the June 21, 2023 Minute Order, the Court modified the existing briefing schedule and ordered "Plaintiff shall submit any reply in support of its cross-motion for summary judgment on or before July 18, 2023."

Plaintiff requests a two-week extension of that July 18, 2023 deadline to August 1, 2023.

Plaintiff has good cause for this extension request. Two of the three attorneys actively involved in the briefing of this motion have transitioned to new positions since Plaintiff submitted its opening brief on its cross-motion for summary judgment. Plaintiff's remaining counsel, the undersigned counsel, has and continues to have numerous other obligations, including hearings and multiple briefs, since Defendant submitted its opposition to Plaintiff's cross-motion for summary judgment.

Counsel for Plaintiff conferred with counsel for Defendants, who indicated Defendant consents to the requested relief.

For those reasons, Plaintiff requests this Court grant this motion to extend Plaintiff's deadline to file a reply on its cross-motion for summary judgment to August 1, 2023.

Date: July 15, 2023　　　　　　　　　　　　　　Respectfully submitted,

/s/ Matthew Strugar
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | Civ. No. 21-1298 |

**[Proposed] Order**

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Reply Brief and the record herein, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that Plaintiff shall submit any reply in support of its cross-motion for summary judgment on or before August 1, 2023.

SO ORDERED

Dated: _____   _____
RUDOLPH CONTRERAS
United States District Judge