UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>                Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>                Defendant. | Civil Action No. 21-1298 (RC) |

**DEFENDANT'S NOTICE OF *EX PARTE* SUBMISSION FOR *IN CAMERA* REVIEW**

Pursuant to the Court's January 8, 2024, Order, Defendant U.S. Department of Veterans Affairs ("VA"), by and through counsel, respectfully submits this Notice to notify the Court that Defendant has submitted the pertinent records for *in camera* review: (1) the redacted answers and follow up communications related to OIG's survey; (2) the large excel spreadsheet containing information compiled from VA Police Force records; and (3) the large excel spreadsheet containing information compiled from VA patient health records.

\*     \*     \*

Dated: February 7, 2024

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Christina O'Tousa*
    CHRISTINA O'TOUSA, D.C. Bar # 241667
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437
    christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*