# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 21-1298 (RC) |
| | : | | |
| v. | : | Re Document No.: | 37, 40 |
| | : | | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Defendant's renewed motion for summary judgment (ECF No. 37) is **GRANTED IN PART** and **DENIED IN PART** and Plaintiff's renewed cross-motion for summary judgment (ECF No. 40) is **GRANTED IN PART** and **DENIED IN PART** as detailed in the Court's Memorandum Opinion separately and contemporaneously issued.

**SO ORDERED**.

Dated: February 27, 2024                                                                RUDOLPH CONTRERAS
                                                                                                              United States District Judge