UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-1298 (RC) |
| THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATED MOTION FOR EXTENSION OF TIME TO MOVE FOR AWARD OF ATTORNEY'S FEES AND COSTS**

Plaintiff National Association of Minority Veterans and Defendant United States Department of Veterans Affairs jointly stipulate and move for an order extending time for Plaintiff National Association of Minority Veterans to move for an award of attorney's fees and costs, currently due on March 12, 2024, by 62 days, to May 6, 2024.

Good cause exists for this motion. The parties are negotiating the issue of Plaintiff's attorney's fees and costs but have not yet been able to reach a resolution. This requested extension would provide the parties time to complete negotiations and hopefully avoid litigating the issue of attorney's fees and costs.

A proposed order granting this motion is filed concurrently.

\* \* \*

| | |
|---|---|
| Dated:  March 9, 2024 | Respectfully submitted, |
| By: */s/ Matthew Strugar*<br>MATTHEW STRUGAR<br>The Law Offices of Matthew Struger<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>Telephone: (323) 696-2299<br>Email: matthew@matthewstrugar.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ Christina O'Tousa<br>CHRISTINA O'TOUSA<br>D.C. Bar #241667<br>Assistant United States Attorney<br>United States Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2437<br>christina.o'tousa@usdoj.gov<br><br>*Counsel for Defendant* |