UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendants. | Civil Action No. 21-1298 (RC) |

### [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO MOVE FOR AWARD OF ATTORNEY'S FEES AND COSTS

Based on the parties' Stipulated Motion for Extension of Time to Move for Award of Attorney's Fees and Costs, and for good cause appearing, IT IS HEREBY ORDERED:

the Stipulated Motion for Extension of Time to Move for Award of Attorney's Fees and Costs is GRANTED. Plaintiff may have until May 6, 2024 to move for an award of attorney's fees and costs.

It is **SO ORDERED**.

_____          _____
DATE                                                                         RUDOLPH CONTRERAS
                                                                                       UNITED STATES DISTRICT JUDGE