UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | Civil Action No. 21-1298 (RC) |

## MOTION FOR EXTENSION OF TIME TO MOVE FOR AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff National Association of Minority Veterans move for an order further extending time for Plaintiff National Association of Minority Veterans to move for an award of attorneys' fees and costs, currently due on May 6, 2024, by 53 days, to June 28, 2024. Defendant United States Department of Veterans Affairs both proposed and consents to this extension.

Good cause exists for this motion. The parties would like to negotiate the Plaintiff's attorneys' fees and costs. Defendant has only recently decided to not appeal this Court's order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment and represent to Plaintiff that it required more time to attempt to resolve the issue of Plaintiff's attorneys' fees. This requested extension would provide the parties time to complete negotiations and hopefully avoid litigating the issue of attorneys' fees and costs.

A proposed order granting this motion is filed concurrently.

Dated:  April 29, 2024

By: /s/ Matthew Strugar
Matthew Strugar

        The Law Offices of Matthew Strugar
        3435 Wilshire Blvd., Suite 2910
        Los Angeles, CA 90010
        Telephone: (323) 696-2299
        Email: matthew@matthewstrugar.com

*Counsel for Plaintiff*