UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 21-1298 (RC) |
| THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO MOVE FOR AWARD OF ATTORNEY'S FEES AND COSTS**

Upon consideration of Plaintiff's Motion for Extension of Time to Move for Award of Attorneys' Fees and Costs, and for good cause appearing, IT IS HEREBY ORDERED:

Plaintiff's Motion for Extension of Time to Move for Award of Attorneys' Fees and Costs is GRANTED. Plaintiff may have until June 28, 2024 to move for an award of attorneys' fees and costs.

It is **SO ORDERED**.

_____        _____
         DATE                                                                              RUDOLPH CONTRERAS
                                                                                                        UNITED STATES DISTRICT JUDGE