UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>          Plaintiff,<br><br>     v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>          Defendant. | Civil Action No. 21-1298 (RC) |

## CONSENT MOTION FOR EXTENSION OF TIME TO MOVE FOR AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff National Association of Minority Veterans move for an order further extending time for Plaintiff National Association of Minority Veterans to move for an award of attorneys' fees and costs, currently due on June 28, 2024, by 31 days, to July 29, 2024. Defendant United States Department of Veterans Affairs consents to this extension.

Good cause exists for this motion. The parties are still hopeful they can negotiate Plaintiff's attorneys' fees and costs and spare the parties and this Court motion practice. To date, they have not reached a resolution. This requested extension would provide the parties time to negotiate and hopefully avoid litigating the issue of attorneys' fees and costs.

A proposed order granting this motion is filed concurrently.

Dated:  June 20, 2024

By: /s/ Matthew Strugar
Matthew Strugar
The Law Offices of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone: (323) 696-2299

- 2 -

Email: matthew@matthewstrugar.com

*Counsel for Plaintiff*