UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendants. | Civil Action No. 21-1298 (RC) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO MOVE FOR AWARD OF ATTORNEY'S FEES AND COSTS**

Upon consideration of Plaintiff's Motion for Extension of Time to Move for Award of Attorneys' Fees and Costs, and for good cause appearing, IT IS HEREBY ORDERED:

Plaintiff's Motion for Extension of Time to Move for Award of Attorneys' Fees and Costs is GRANTED. Plaintiff may have until July 29, 2024 to move for an award of attorneys' fees and costs.

It is **SO ORDERED**.

_____       _____
DATE                                                                   RUDOLPH CONTRERAS
                                                                              UNITED STATES DISTRICT JUDGE