UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF MINORITY VETERANS,<br><br>     Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>     Defendant. | Civil Action No. 21-1298 (RC) |

**STIPULATION OF DISMISSAL**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

* * *

| | |
|---|---|
| Dated: July 29, 2024 | Respectfully submitted, |
| /s/ *Matthew Strugar*<br>MATTHEW STRUGAR<br>D.C. Bar #1010198<br>Law Office of Matthew Strugar<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>(323) 696-2299<br>matthew@matthewstrugar.com | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar #481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |
| SUNITA PATEL<br>D.C. Bar. #1026102<br>UCLA Veterans Legal Clinic<br>907 Westwood Blvd., Unit 444<br>Los Angeles, CA 90024<br>(310) 792-1498<br>patel@law.ucla.edu | By: /s/ *Christina O'Tousa*<br>CHRISTINA O'TOUSA, DC Bar #241667<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-2437<br>christina.o'tousa@usdoj.gov<br><br>*Attorneys for the United States of America* |
| COURTNEY BACHMAN<br>*Pro Hac Vice*<br>UCLA Veterans Legal Clinic<br>907 Westwood Blvd., Unit 444<br>Los Angeles, CA 90024<br>(424) 235-5047<br>bachman@law.ucla.edu | |
| AISHA CHERI NOVASKY<br>*Pro Hac Vice*<br>UCLA School of Law<br>Veterans Legal Clinic 907 Westwood Boulevard Suite 444<br>Los Angeles, CA 90024<br>(310) 478-3711<br>Novasky@law.Ucla.Edu | |
| *Attorneys for Plaintiff* | |